UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN B. BARGER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FIRST DATA CORPORATION, a Delaware corporation;<br>FRANK BISIGNANO, an individual;<br>DAN CHARRON, an individual;<br>ANTHONY MARINO, an individual;<br>KAREN WHALEN, an individual;<br>LORI GRAESSER, an individual; and<br>RHONDA JOHNSON, an individual,<br><br>Defendants. | Civil Case No.: 1:17-cv-04869-FB-LB<br><br><br><br>**AFFIDAVIT OF GARY B. EIDELMAN, ESQ. IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

STATE OF MARYLAND        :
                         :
COUNTY OF BALTIMORE      :

Gary B. Eidelman, Esq., being duly sworn, hereby deposes and says as follows:

1. I am a partner with the law firm of Saul Ewing LLP.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificates of Good Standing annexed hereto I am a member in good standing of the Bars of the State of Maryland and the District of Columbia.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5.  Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this one case for Defendants First Data Corporation, Frank Bisignano, Dan Charron, Anthony Marino, Karen Whalen, Lori Graesser, and Rhonda Johnson.

Respectfully submitted,

SAUL EWING LLP

/s/ Gary B. L——

Gary B. Eidelman. Esq.
500 E. Pratt Street, Suite 900
Baltimore, Maryland 21202
geidelman@saul.com
T: (410) 332-8975
F: (410) 332-8976
*Attorneys for Defendants*
*First Data Corporation Frank Bisignano, Dan Charron, Anthony Marino, Karen Whalen, Lori Graesser, and Rhonda Johnson*

Dated: August 30, 2017

SWORN TO AND SUBSCRIBED BEFORE ME,

This 30th day of August, 2017

Beth R. Pos——
expires 12-20-2018

[Notary Public Seal: BETH R. POSTON, NOTARY PUBLIC, BALTIMORE COUNTY, MD]

2

1099561.1



### District of Columbia Court of Appeals
#### Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D.C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

## GARY B. EIDELMAN

was on **NOVEMBER 9, 1988** duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on **JUNE 12, 2017**.

JULIO A. CASTILLO
Clerk of the Court

By: _____
      Deputy Clerk

# Court Of Appeals of Maryland
### Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

I, Bessie M. Decker, Clerk of the Court of Appeals of Maryland, do hereby certify that on the twenty second day of December, 1987,

### Gary Bruce Eidelman

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

**In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this thirtieth day of August, 2017.

*Bessie M. Decker*

Clerk of the Court Of Appeals of Maryland