# Delaware

Page 1

The First State

*I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THAT THE ATTACHED IS A TRUE AND CORRECT COPY OF THE ANNUAL REPORT OF "FIRST DATA CORPORATION" AS FILED IN THIS OFFICE.*



Jeffrey W. Bullock, Secretary of State

2192851  8200　　　　　　　　　　　　　　　　　　　　　Authentication: 203164485
SR# 20176011411　　　　　　　　　　　　　　　　　　　　Date: 09-05-17
You may verify this certificate online at corp.delaware.gov/authver.shtml

# State of Delaware
# Annual Franchise Tax Report

| CORPORATION NAME | | TAX YR. |
|---|---|---|
| FIRST DATA CORPORATION | | 2016 |

| FILE NUMBER | INCORPORATION DATE | RENEWAL/REVOCATION DATE |
|---|---|---|
| 2192851 | 1989/04/07 | |

**PRINCIPAL PLACE OF BUSINESS**
5565 GLENRIDGE CONNECTOR NE
ATLANTA, GA 30342

**PHONE NUMBER**
(404)890-2760

**REGISTERED AGENT**
CORPORATION SERVICE COMPANY
2711 CENTERVILLE RD
SUITE 400
WILMINGTON DE  19808

**AGENT NUMBER**
9000014

| AUTHORIZED STOCK | | DESIGNATION/ | NO. OF SHARES | PAR VALUE/ SHARE |
|---|---|---|---|---|
| BEGIN DATE | END DATE | STOCK CLASS | | |
| 2016/12/22 | | COMMON | 1,600,000,000 | .0100000000 |
| | | COMMON | 624,998,004 | .0100000000 |
| | | PREFERRED | 100,000,000 | .0100000000 |
| 2015/10/14 | 2016/12/22 | COMMON | 1,600,000,000 | .0100000000 |
| | | COMMON | 800,000,000 | .0100000000 |
| | | PREFERRED | 100,000,000 | .0100000000 |

| OFFICER NAME | STREET/CITY/STATE/ZIP | TITLE |
|---|---|---|
| GUY  CHIARELLO | 5565 GLENRIDGE CONNECTOR NE ATLANTA, GA 30342 | PRESIDENT |

| DIRECTORS NAME | STREET/CITY/STATE/ZIP |
|---|---|
| FRANK J BISIGNANO | 225 LIBERTY STREET NEW YORK, NY 10281 |
| JOE W FOREHAND | 225 LIBERTY STREET NEW YORK, NY 10281 |
| HENRY R KRAVIS | 225 LIBERTY STREET NEW YORK, NY 10281 |
| JAMES E NEVELS | 225 LIBERTY STREET NEW YORK, NY 10281 |

NOTICE:  Pursuant to 8 Del. C.  502(b),  If any officer or director of a corporation required to make an annual franchise tax report to the Secretary of State shall knowingly make any false statement in the report, such officer or director shall be guilty of perjury.

AUTHORIZED BY (OFFICER, DIRECTOR OR INCORPORATOR)
STANLEY J ANDERSEN
6855 PACIFIC ST
OMAHA, NE 68106 US

DATE: 2017/04/03
TITLE: ASST SECRETARY

# State of Delaware
# Annual Franchise Tax Report

| CORPORATION NAME | TAX YR. |
|---|---|
| FIRST DATA CORPORATION | 2016 |

| FILE NUMBER | |
|---|---|
| 2192851 | |

| DIRECTORS NAME | STREET/CITY/STATE/ZIP |
|---|---|
| HEIDE G MILLER | 225 LIBERTY STREET<br>NEW YORK, NY 10281 |
| SCOTT C NUTTAL | 225 LIBERTY STREET<br>NEW YORK, NY 10281 |
| TAGAR C OLSON | 225 LIBERTY STREET<br>NEW YORK, NY 10281 |
| JOSEPH J PLUMERI | 225 LIBERTY STREET<br>NEW YORK, NY 10281 |
| BARBARA A YASTINE | 225 LIBERTY STREET<br>NEW YORK, NY 10281 |