

Gillian A. Cooper
Phone:  (609) 452-5021
Fax:  (609) 452-6103
Gillian.Cooper@saul.com
www.saul.com

September 27, 2017

**Via ECF**
Honorable Frederic Block, U.S.D.J.
U. S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Barger v. First Data Corporation et al.*
             **Civil Action No. 1:17-cv-4869**

Dear Judge Block:

    This firm represents Defendants First Data Corporation, Frank Bisignano, Dan Charron, Anthony Marino, Karen Whalen, Lori Graesser, and Rhonda Johnson (collectively Defendants) in the above-referenced matter filed by Plaintiff Steven Barger (Plaintiff). Currently, a pre-motion conference is scheduled for **October 12, 2017 at 11:00 AM**. Due to a religious holiday, Defendants' counsel respectfully requests the conference be rescheduled. There have been no prior adjournment requests. Based on my conversation with chambers, I contacted Plaintiff's counsel, and all parties are available for the pre-motion conference on **October 20, 2017 at 11:00 AM**. Thank you for your consideration of this request.

                                                Respectfully submitted,

                                                */s/ Gillian A. Cooper*
                                                Gillian A. Cooper

cc:    Counsel of Record (via ECF)