

Gary B. Eidelman
Phone: (410) 332-8975
Fax: (410) 332-8976
Gary.Eidelman@saul.com
www.saul.com

October 27, 2017

**Via ECF**
Honorable Frederic Block, U.S.D.J.
U. S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: *Barger v. First Data Corporation et al.*
     Civil Action No. 1:17-cv-4869

Dear Judge Block:

  This Firm represents Defendants in the above-referenced matter. This letter shall serve as Defendants' response to the Court's October 20, 2017 Minute Entry. After due consideration, Defendants have elected not to file a Fed. R. Civ. P. 12(b)(3) motion to transfer venue from the United States District Court for the Eastern District of New York to either the United States District Court for the Northern District of Georgia or the United States District Court for the Southern District of New York. Defendants reserve any and all other defenses.

  Unless otherwise ordered by the Court, Defendants shall file their answer to the complaint on or before Monday, November 20, 2017.

Respectfully submitted,

*/s/ Gary B. Eidelman*

Gary B. Eidelman

cc: Counsel of Record

500 E. Pratt Street ♦ Suite 900 ♦ Baltimore, MD 21202-3133
Phone: (410) 332-8600 ♦ Fax: (410) 332-8862

DELAWARE   FLORIDA   ILLINOIS   MARYLAND   MASSACHUSETTS   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP