# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN B. BARGER, | Civil Case No.: 1:17-cv-04869-FB-LB |
| Plaintiff, | |
| v. | |
| FIRST DATA CORPORATION, et al, | |
| Defendants. | |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT FOR DEFENDANT FIRST DATA CORPORATION

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant First Data Corporation states it is a non-governmental corporate party and a publically-held corporation. Kohlberg Kravis Roberts & Co. L.P., a/k/a KKR & Co., L.P., a publically-held corporation, indirectly owns more than ten percent (10%) of the stock of First Data Corporation.

Respectfully submitted,

**Saul Ewing Arnstein & Lehr LLP**

*/s/ Gary B. Eidelman*
Gary B. Eidelman, Esq.
*(admitted pro hac vice)*
500 E Pratt Street
Baltimore, Maryland 21202
T: (410) 332-8975
Gary.Eidelman@saul.com

Gillian A. Cooper, Esq.
650 College Road East, Suite 4000
Princeton, New Jersey 08540
T: (609) 452-5021
Gillian.Cooper@saul.com

*Attorneys for Defendants*

Dated: November 20, 2017

-2-

## CERTIFICATION OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on the following counsel via ECF:

Stephen M. Zeitlin, Esq.
David A. Zeitlin, Esq.
Zeitlin & Zeitlin, P.C.
50 Court Street, Suite 506
Brooklyn, New York 11201
T: (718) 522-5644
david@zeitlinlawfirm.com
*Attorneys for Plaintiff*

Shawn E. Shearer, Esq.
The Law Office of Shawn Shearer, P.C.
3839 McKinney Avenue, Suite 155-254
Dallas, Texas 75204
T: (214) 434-1594
shawn@shearerlaw.pro
*Attorneys for Plaintiff*

*/s/ Gary B. Eidelman*
Gary B. Eidelman

Dated: November 20, 2017