# EXHIBIT A

**From:** Eidelman, Gary B.
**Sent:** Thursday, May 24, 2018 9:44 PM
**Subject:** Reimbursement and Proposed Deposition Dates
**To:** Shawn Shearer
**Cc:** david@zeitlinlawfirm.com; Kennedy, Lindsey C.; Cooper, Gillian A.; Lantz, Roseanne A.; Eidelman, Gary B.

Shawn:

My Firm is preparing a check in the amount of $2,199.51 as reimbursement for the hotel in NYC and full airfares to Omaha and NYC. We are assuming that you did not get credit for the hotel booking or any of those flights. The check will be processed and in the mail next week.

I have also secured multiple proposed dates for depositions of: Defendant Frank Bisignano, Defendant Dan Charron, Defendant Rhonda Johnson and First Data employees Matt Cagwin, Oliver St. George, Jennifer Voycheske, Amy Steffen and Stephanie Pulverenti who we are designating as our 30(b)(6) deponents. If you desire to also have Ms. Voycheske, Ms. Steffen or Ms. Pulverenti testify as fact witnesses because of their involvement with Mr. Barger's leave, you can take just one deposition of each of them and we will deal with designating the testimony accordingly. Please see the attached chart for June and July dates. If we need to go into August, that will take some more time. If I have not provided a particular date, it is because we are unavailable.

Please let us know what dates work for each witness.

We also need to discuss scheduling Mr. Barger's deposition in NYC.

Thank you,



**Gary B. Eidelman**
**SAUL EWING ARNSTEIN & LEHR LLP**
500 E. Pratt Street
Suite 900 | Baltimore, MD 21202-3133
Tel: 410.332.8975 | Fax: 410.332.8976 | Mobile: 410.303.8832
Gary.Eidelman@saul.com | www.saul.com

*Follow our blog, WISE: Workplace Initiatives and Strategies for Employers, here*
* Please note that our Firm name and my email address have changed.

1

*Barger v. First Data Corporation et al.*
Witness Availability Chart
June & July 2018

| Date | Witness | Location | Time Issues | Notes |
|---|---|---|---|---|
| Monday, June 4 | Cagwin | Atlanta | 8 am – 3 pm | |
| | St. George | NYC | | |
| Tuesday, June 26 | Bisignano | NYC | After 10:30 am | |
| | St. George | NYC | | |
| | Charron | Atlanta or NYC | 1 pm – 5 pm | Location dependent upon DC schedule |
| | Johnson | Atlanta | | |
| | Cagwin | Atlanta | 11 am – 5 pm | |
| | Steffen | Omaha | | |
| | Pulverenti | Omaha | | |
| | Voycheske | Omaha | | |
| Wednesday, June 27 | Johnson | Atlanta | | |
| | Cagwin | Atlanta | 9 am – 5 pm | |
| | St. George | NYC | | |
| | Steffen | Omaha | | |
| | Pulverenti | Omaha | | |
| | Voycheske | Omaha | | |
| Thursday, June 28 | Cagwin | NYC | 11 am – 5 pm | |
| | St. George | NYC | | |
| | Johnson | Atlanta | | |
| | Steffen | Omaha | | |
| | Pulverenti | Omaha | | |
| | Voycheske | Omaha | | |
| Friday, June 29 | Bisignano | NYC | | |
| | Johnson | NYC or Atlanta | | |
| | Cagwin | NYC or Atlanta | 1 pm – 5 pm | |
| | Steffen | Omaha | | |
| | Pulverenti | Omaha | | |
| | Voycheske | Omaha | | |
| Tuesday, July 3 | Steffen | Omaha | | |
| | Voycheske | Omaha | | |

1

| Thursday, July 4 | Steffen | Omaha | | |
| | Voycheske | Omaha | | |
| | | | | |
| Friday, July 6 | Steffen | Omaha | | |
| | Voycheske | Omaha | | |
| | | | | |
| Wedneday, July 11 | Charron | Atlanta or NYC | 1 pm – 5 pm | Location dependent upon DC schedule |
| | Voycheske | Omaha | | |
| | Pulverenti | Omaha | | |
| | | | | |
| Thursday, July 12 | Bisignano | NYC | | |
| | St. George | NYC | | |
| | Cagwin | Atlanta | 9 am – 5 pm | |
| | Johnson | Atlanta or NYC | | |
| | Pulverenti | Omaha | | |
| | Voycheske | Omaha | | |
| | | | | |
| Friday, July 13 | Johnson | Atlanta | | |
| | Cagwin | Atlanta | 9 am – 5 pm | |
| | St. George | NYC | | |
| | Pulverenti | Omaha | | |
| | | | | |
| Monday, July 16 | Johnson | Atlanta or NYC | | |
| | St. George | NYC | | |
| | Pulverenti | Omaha | | |
| | | | | |
| Tuesday, July 17 | Johnson | Atlanta or NYC | | |
| | St. George | NYC | | |
| | Pulverenti | Omaha | | |
| | | | | |
| Thursday, July 19 | Johnson | Atlanta | | |
| | Pulverenti | Omaha | | |
| | | | | |
| Friday, July 20 | Bisignano | NYC | | |
| | St. George | NYC | | |
| | Johnson | Atlanta or NYC | | |
| | Pulverenti | Omaha | | |
| | | | | |
| Monday, July 23 | Johnson | Atlanta | | |
| | Cagwin | Atlanta | 9 am – 5 pm | |
| | St. George | NYC | | |

Case 1:17-cv-04869-FB-LB   Document 47-1   Filed 06/11/18   Page 5 of 5 PageID #: 786

-3-

|  | Pulverenti | Omaha |  |  |
|  | Voycheske | Omaha |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| Tuesday, July 24 | Johnson | Atlanta |  |  |
|  | Cagwin | Atlanta | 9 am – 5 pm |  |
|  | Steffen | Omaha |  |  |
|  | Pulverenti | Omaha |  |  |
|  | Voycheske | Omaha |  |  |
|  |  |  |  |  |
| Wednesday, July 25 | Cagwin | Atlanta | 9 am – 5 pm |  |
|  | Steffen | Omaha |  |  |
|  | Pulverenti | Omaha |  |  |
|  | Voycheske | Omaha |  |  |
|  |  |  |  |  |
| Thursday, July 26 | Cagwin | Atlanta | 9 am- 5 pm |  |
|  | St. George | NYC |  |  |
|  | Steffen | Omaha |  |  |
|  | Pulverenti | Omaha |  |  |
|  | Voycheske | Omaha |  |  |
|  |  |  |  |  |
| Monday, July 30 | St. George | NYC |  |  |
|  | Steffen | Omaha |  |  |
|  | Pulverenti | Omaha |  |  |
|  | Voycheske | Omaha |  |  |
|  |  |  |  |  |
| Monday, July 31 | St. George | NYC |  |  |
|  | Steffen | Omaha |  |  |
|  | Pulverenti | Omaha |  |  |
|  | Voycheske | Omaha |  |  |

24575871.1 05/24/2018