# EXHIBIT C

**From:** Eidelman, Gary B.
**Sent:** Friday, June 08, 2018 5:40 PM
**Subject:** RE: Barger v. First Data - Deposition of Jennifer Voycheske - June 13, 2018
**To:** Shawn Shearer
**Cc:** Cooper, Gillian A.; Kennedy, Lindsey C.

Shawn:

For weeks now, you have had a calendar of the dates (another copy attached) when we and Ms. Voycheske are available for her deposition yet you unilaterally pick a date that is not available. We are not available on June 11, 2018 for Ms. Voycheske's deposition and we will not produce her on that date. She is available on the following dates (when other depositions are not scheduled): July 3, 5, 6, 11, 12, 23, 24, 25, 26, 30 and 31. Pick from one of those dates.  Do you intend on deposing Ms. Steffen and Pulverenti too?  If so, let us know which dates you select because we only plan to make one trip to Omaha for depositions in this case.

**Gary B. Eidelman, Esq.**
Saul Ewing Arnstein & Lehr LLP
Office: 410.332.8975
Mobile: 410.303.8832

---

**From:** Shawn Shearer [mailto:shawn@shearerlaw.pro]
**Sent:** Friday, June 08, 2018 5:14 PM
**To:** Eidelman, Gary B.; Cooper, Gillian A.; Kennedy, Lindsey C.
**Subject:** Barger v. First Data - Deposition of Jennifer Voycheske - June 13, 2018

Gary – Please see the attached Notice regarding Ms. Voycheske's deposition that has been postponed or no-showed repeatedly for more than four months.

Shawn E. Shearer
The Law Office of Shawn Shearer, P.C.
3839 McKinney Avenue #155-254
Dallas, TX 75204
(214) 434-1594
www.shearerlaw.pro

THIS EMAIL MAY CONTAIN CONFIDENTIAL AND/OR PRIVILEGED INFORMATION AND IS INTENDED FOR USE ONLY BY THE NAMED RECIPIENT. ANY OTHER USE OF THIS INFORMATION OR ANY ATTACHMENTS IS FORBIDDEN. IF YOU RECEIVE THIS EMAIL IN ERROR, PLEASE DELETE