# THE LAW OFFICE OF SHAWN SHEARER, P.C.

3839 McKINNEY AVENUE, SUITE 155-254
DALLAS, TEXAS 75204
OFFICE: (972) 803-4499
SHAWN@SHEARERLAW.PRO

June 11, 2018

**Via ECF**
Honorable Lois Bloom, U.S.M.J.
U.S. District Court for the Eastern District of New York
22 Cadman Plaza East
Brroklyn, New York 11201

    Re:    *Steven Barger v. First Data Corporation et al.,* **Civil Case No. 1:17-cv-4869**
             **Amended Motion to Compel**

Dear Judge Bloom:

    Early on June 11, 2018, Plaintiff filed a Motion to Compel [ECF No. 46]. In error, a complete motion was filed, rather than a 3-page Letter Motion. However, a copy of the Letter Motion and its Exhibits that were to be filed early this morning were delivered to Chambers today pursuant to your individual rules.

    Attached is the Letter Motion and its Exhibits that were delivered to your chambers today.

                                    Very truly yours,
                                    /s/ Shawn Shearer
                                    Shawn Shearer

Attachments
cc:    All counsel of Record (via ECF)