# EXHIBIT A

# January 2018

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
|  |  | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | Day #153 — 18 **FIRST DAY OF DISCOVERY** | Day #154 — 19 | Day #155 — 20 |
| Day #156 — 21 | Day #157 — 22 | Day #158 — 23 | Day #159 — 24 | Day #160 — 25 | Day #161 — 26 | Day #162 — 27 |
| Day #163 — 28 | Day #164 — 29 | Day #165 — 30 | Day #166 — 31 |  |  |  |

print-a-calendar.com

# February 2018

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
| | | | | Day #167  1 | Day #168  2 | Day #169  3 |
| Day #170  4 | Day #171  5 | Day #172  6<br>PLAINTIFF SERVES 12(c) MOTION | Day #173  7 | Day #174  8 | Day #175  9 | Day #176  10 |
| Day #177  11 | Day #178  12 | Day #179  13 | Day #180  14 | Day #181  15 | Day #182  16 | Day #183  17 |
| Day #184  18 | Day #185  19 | Day #186  20<br>DEFENDANT SERVES OPPOSITION TO PLAINTIFFS 12(c) MOTION<br>Voycheske Declaration = new information | Day #187  21<br>BARGER STARTS DEPOSITION PROCESS<br>Omaha<br>Voycheske/Graesser Depo Noticed | Day #188  22 | Day #189  23<br>DEPOSITIONS CANCELED - DEFENSE COUNSEL WILL NOT PRODUCE WITNESSES<br>Omaha<br>Eidelman - 2 days = insufficient notice | Day #190  24 |
| Day #191  25 | Day #192  26 | Day #193  27<br>PLAINTIFF'S REPLY FOR 12(c) DUE AND FILED | Day #194  28 | | | |

print-a-calendar.com

# March 2018

GILLIAN COOPER - OUT OF OFFICE 3-16 to 3-4
GARY EIDELMAN OUT OF THE OFFICE 3-11 THROUGH 3-16, 3-23

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
| | | | | Day #195  1 | Day #196  2 | Day #197  3 |
| Day #198  4 | Day #199  5 SHEARER CONTACTS EIDELMAN RE: BISIGNANO DATES - GIVES 30 DAY RESPONSE TIME | Day #200  6 EIDELMAN - NO RESPONSE RE: BISIGNANO | Day #201  7 Magistrate Bloom orders Voycheske depo for March 14 EIDELMAN - NO RESPONSE RE: BISIGNANO | Day #202  8 EIDELMAN - NO RESPONSE RE: BISIGNANO | Day #203  9 EIDELMAN - NO RESPONSE RE: BISIGNANO | Day #204  10 EIDELMAN - NO RESPONSE RE: BISIGNANO |
| Day #205  11 Eidelman personally needs accommodation - Shearer offers to split depo + use phone/video | Day #206  12 Eidelman rejects compromise - threatens protective order to stop depo b/c he needs 14 days off | Day #207  13 Eidelman instructed Shearer that Cooper could handle Barger's case while he was out - Cooper constantly 'out of office' EIDELMAN - NO RESPONSE RE: BISIGNANO | Day #208  14 Plaintiff grants Defense counsels demand Omaha/Voycheske depo canceled EIDELMAN - NO RESPONSE RE: BISIGNANO | Day #209  15 EIDELMAN - NO RESPONSE RE: BISIGNANO | Day #210  16 EIDELMAN - NO RESPONSE RE: BISIGNANO | Day #211  17 EIDELMAN - NO RESPONSE RE: BISIGNANO |
| Day #212  18 EIDELMAN - NO RESPONSE RE: BISIGNANO | Day #213  19 SHEARER INFORMS EIDELMAN THAT PLAINTIFF = "TOP DOWN" DEPOS SINCE OMAHA WAS TWICE CANCELED - REQUESTS NAMES/LOCATIONS OF 30 (b)(6) ASAP | Day #214  20 EIDELMAN - NO RESPONSE RE: BISIGNANO | Day #215  21 EIDELMAN - NO RESPONSE RE: BISIGNANO | Day #216  22 EIDELMAN - NO RESPONSE RE: BISIGNANO | Day #217  23 EIDELMAN - NO RESPONSE RE: BISIGNANO | Day #218  24 EIDELMAN - NO RESPONSE RE: BISIGNANO |
| Day #219  25 EIDELMAN - NO RESPONSE RE: BISIGNANO | Day #220  26 EIDELMAN - NO RESPONSE RE: BISIGNANO | Day #221  27 EIDELMAN - NO RESPONSE RE: BISIGNANO | Day #222  28 EIDELMAN - NO RESPONSE RE: BISIGNANO | Day #223  29 EIDELMAN - NO RESPONSE RE: BISIGNANO | Day #224  30 EIDELMAN - NO RESPONSE RE: BISIGNANO | Day #225  31 EIDELMAN - NO RESPONSE RE: BISIGNANO |

print-a-calendar.com

GILLIAN COOPER OUT OF OFFICE - 4-01, 4-10, 4-11, 4-13, 4-27 through 4-30

# April 2018

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
| Day #226 **1** EIDELMAN - NO RESPONSE RE: BISIGNANO | Day #227 **2** EIDELMAN - NO RESPONSE RE: BISIGNANO | Day #228 **3** EIDELMAN - NO RESPONSE RE: BISIGNANO | Day #229 **4** EIDELMAN - NO RESPONSE RE: BISIGNANO | Day #230 **5** EIDELMAN - NO RESPONSE RE: BISIGNANO | Day #231 **6** Day 30 since Shearer's request EIDELMAN - NO RESPONSE RE: BISIGNANO | Day #232 **7** EIDELMAN - NO RESPONSE RE: BISIGNANO |
| Day #233 **8** EIDELMAN - NO RESPONSE RE: BISIGNANO | Day #234 **9** EIDELMAN - NO RESPONSE RE: BISIGNANO | Day #235 **10** EIDELMAN PROMISES BISIGNANO FOR MAY 23 OR 24 - SHEARER TAKES MAY 23 Manhattan | Day #236 **11** BARGER REQUESTS ATLANTA DEPONENTS FOR APRIL. EIDELMAN TRIES TO FORCE SHEARER BACK TO OMAHA CLAIMING 30(b)(6) STATUS FOR VOYCHESKE ET AL | Day #237 **12** SHEARER NOTICES BISIGNANO - NO PROTECTIVE ORDER FILED BY EIDELMAN Manhattan | Day #238 **13** | Day #239 **14** |
| Day #240 **15** | Day #241 **16** SHEARER CONFIRMS BISIGNANO AND ADDS JOSH KING FOR MAY 23 WANTS DEFENDANTS MARINO, WHALEN AND ROBIN ORDING MAY 24/25 JOHNSON FOR JUNE OMAHA - TBD | Day #242 **17** | Day #243 **18** EIDELMAN REJECTS MAY 24/25 DISCUSSES MAY 31/JUNE 1 FOR MARINO/WHALEN/ORDING | Day #244 **19** SHEARER ACCEPTS MAY 31-JUNE 1 DATES WANTS 30(b)(6) IN ATLANTA WEEK OF JUNE 11 OR JUNE 18 | Day #245 **20** SHEARER WANTS CAGWIN, 30(b)(6) NAMED BY EIDELMAN AND CHARRON APRIL 24-26 AREA CHARRON IS WILLING AND AVAILABLE - EIDELMAN REFUSES Atlanta | Day #246 **21** |
| Day #247 **22** | Day #248 **23** SHEARER NOTICES EIDELMAN RE: 30(b)(6) TOPICS FOR JUNE 13 | Day #249 **24** DEFENDANT CHARRON IS AVAILABLE - EIDELMAN REFUSES Atlanta | Day #250 **25** SHEARER NOTICES MARINO, WHALEN, ORDING - NO PROTECTIVE ORDER FILED BY EIDELMAN Brooklyn | Day #251 **26** DEFENDANT CHARRON IS AVAILABLE - EIDELMAN REFUSES Atlanta | Day #252 **27** | Day #253 **28** |
| Day #254 **29** | Day #255 **30** A WEEK LATER, EIDELMAN OBJECTS TO EVERY 30(b)(6) TOPIC, BUT NEVER THE DATE | | | | | |

print-a-calendar.com

# May 2018

GARY EIDELMAN OUT OF THE OFFICE - 5-08, 5-15
GILLIAN COOPER OUT OF THE OFFICE - 5-17, 5-22 (planned webinar on day of Bisignano prep), 5-23 (despite Bisignano cancellation)

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
| | | Day #256  1 | Day #257  2 | Day #258  3 SHEARER RESPONDS RE: 30(b)(6) TOPICS AGREES TO CONFER MAY 10 | Day #259  4 EIDELMAN MOVES KING DEPO TO MAY 31, SHEARER AGREES | Day #260  5 |
| Day #261  6 | Day #262  7 | Day #263  8 | Day #264  9 | Day #265  10 SHEARER/EIDELMAN CONFER BY PHONE EIDELMAN REJECTS ALL ACCOUNTING SUBJECTS FOR 30(b)6) DESPITE ARGUING A RIF DEFENSE. EIDELMAN PROMISES THAT BISIGNANO WILL TESTIFY RE;ACCOUNTING AND I.T. - THEN FILES PROTECTIVE ORDER RE; 30 (b)(6) NOT SET UNTIL JUNE 13 | Day #266  11 BARGER PULLS 30 (b)(6) TOPICS IN PART DUE TO EIDELMAN 'S REPRESENTATIONS THAT BISIGNANO WILL TESTIFY | Day #267  12 |
| Day #268  13 | Day #269  14 | Day #270  15 | Day #271  16 | Day #272  17 | Day #273  18 | Day #274  19 |
| Day #275  20 | Day #276  21 AT 3:30 pm CDT, EIDELMAN PROMISED SHEARER THAT HE AND BISIGNANO WOULD ATTEND ON MAY 23. AT 7:30 pm EIDELMAN INFORMED SHEARER THAT THE MEN WOULD NOT BE ATTENDING. | Day #277  22 SHEARER NOTICES 30(b)(6) DEPOSITIONS/TOPICS FOR JUNE 7/8  SINCE BISIGNANO WILL NOT BE PROVIDING THE TESTIMONY EIDELMAN HAD PROMISED Omaha | Day #278  23 BARGER UNEQUIVOCALLY GRANTS BISIGNANO'S REQUEST BISIGNANO 'S DEPO CANCELED Manhattan | Day #279  24 EIDELMAN = MAY 30, OR JUNE 6 W/MAY 31/JUNE 1 SCHEDULED JUNE 6 HE KNOWS HE WILL BE SPEAKING AT A CONFERENCE IN DALLAS. HE ALSO FORCES HIS AGENDA ON BARGER IN THE FORM OF A CRUDE LIST HE CALLS A "CALENDAR " | Day #280  25 BARGER FINDS MAY 30th TO BE ABSURD IF THE CHILD IS INJURED,COMMUNICATES DIRECTLY WITH BISIGNANO, INSISTING THAT BISIGNANO TAKE AT LEAST A WEEK WITH HIS SON | Day #281  26 |
| Day #282  27 | Day #283  28 SHEARER INFORMS EIDELMAN AT LENGTH WHICH DATES BARGER AGREES TO. BISIGNANO IS RESCHEDULED FOR JUNE 29 Manhattan | Day #284  29 AT VARIOUS POINTS, EIDELMAN TRIES TO LOCK DOWN SOME REAL DATES, FOR DEFENDANTS JOHNSON AND CHARRON Atlanta | Day #285  30 NO PROTECTIVE ORDER FILED RE: JUNE 7/8 | Day #286  31 ROBIN ORDING,JOSH KING AND KAREN WHALEN ARE DEPOSED, NO PROTECTIVE ORDER IS FILED Brooklyn | | |

print-a-calendar.com

AT NO TIME DOES MR. EIDELMAN OBJECT TO THE DATE OF JUNE 13, EVEN THE PROTECTIVE ORDER HE SOUGHT AND ABANDONED AFTER MISLEADING PLAINTIFF ABOUT MR. BISIGNANO'S TESTIMONY, HAD NO OBJECTION TO THE DATE

GILLIAN COOPER OUT OF THE OFFICE- 6-04 THROUGH 6-08 (apparently not for the noticed Omaha depositions)

# June 2018

GARY EIDELMAN OUT OF THE OFFICE- 6-04 THROUGH 6-07 (apparently speaking at a convention - not in Omaha as Plaintiff expected)

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
| | | | | | Day #287 **1** DEFENDANT MARINO WAS DEPOSED. SHEARER THEN TOLD COOPER AND EIDELMAN 'SEE YOU NEXT WEEK" A CLEAR REFERENCE TO JUNE 7/8 DEPOSITIONS Brooklyn | Day #288 **2** Ms.Cooper's Email Replies Out Of Office June 4-June 8 |
| Day #289 **3** Ms.Cooper's Email Replies Out Of Office June 4-June 8 | Day #290 **4** | Day #291 **5** | Day #292 **6** SHEARER DRIVES FROM DALLAS TO OMAHA TO TAKE DEPOS | Day #293 **7** SHEARER ARRIVES AT NOTICED LOCATION AT 9am - EIDELMAN, COOPER, ET AL ARE NOT THERE. SHEARER EMAILS/CALLS EIDELMAN WHO IS ON HIS CELL PHONE - EIDELMAN CONFIRMS NO ONE IS ATTENDING SHEARER GOES ON THE RECORD | Day #294 **8** SHEARER ARRIVES AT THE NOTICED LOCATION AGAIN EXACTLY AT 9am - EIDELMAN, COOPER ET AL ARE NOT THERE. SHEARER GOES ON THE RECORD SHEARER NOTICES VOYCHESKE FOR JUNE 13 | Day #295 **9** |
| Day #296 **10** | Day #297 **11** SHEARER FILES MOTION TO COMPEL | Day #298 **12** | Day #299 **13** DEPOSITION OF JENNIFER VOYCHESKE IS NOTICED TO BEGIN AT 9 am Omaha | **14** | **15** | **16** |
| **17** | **18** | **19** | **20** | **21** | **22** | **23** |
| **24** | **25** | **26** | **27** | **28** | **29** | **30** |

print-a-calendar.com