# EXHIBIT B

**Subject:** Re: Bisignano deposition
**From:** Shawn Shearer <shawn@shearerlaw.pro>
**Date:** 5/22/2018 2:55 PM
**To:** "Eidelman, Gary B." <Gary.Eidelman@saul.com>
**CC:** "Kennedy, Lindsey C." <Lindsey.Kennedy@saul.com>, "Cooper, Gillian A." <Gillian.Cooper@saul.com>

Gary:

Plaintiff has already accommodated your endlessly changing schedule multiple times. Do I need to resend you the email I sent at 12:49 am CST this morning wherein I tell you that May 30 will not work for Plaintiff for ANY depositions? Let me know, and I'll drop that email into letter form and attach it to this chain. June 6 will not work either, as I have noticed 30(b)(6) depositions for June 7 and 8 in Omaha.

- Shawn


THIS EMAIL MAY CONTAIN CONFIDENTIAL AND/OR PRIVILEGED INFORMATION AND IS INTENDED FOR USE ONLY BY THE NAMED RECIPIENT. ANY OTHER USE OF THIS INFORMATION OR ANY ATTACHMENTS IS FORBIDDEN. IF YOU RECEIVE THIS EMAIL IN ERROR, PLEASE DELETE


On May 22, 2018, at 2:45 PM, Eidelman, Gary B. <Gary.Eidelman@saul.com> wrote:

> Shawn:
>
> I just heard back from First Data. So as not to cause any further delay, schedules have been moved around and he is available to be deposed on May 30, 2018 which would be in keeping with your desire to have him be the first deposition in this case.  This would amount to a 1 week postponement from tomorrow.  We are already in NYC for depositions on May 31 and June 1 so I would hope that this date works.  Alternatively, he is available to be deposed on June 6, 2018.  Please advise me as soon as you can regarding Frank's deposition.
>
> <image001.jpg>
>
> **Gary B. Eidelman**
> **SAUL EWING ARNSTEIN & LEHR LLP**
> 500 E. Pratt Street
> Suite 900 | Baltimore, MD 21202-3133
> Tel: 410.332.8975 | Fax: 410.332.8976 | Mobile: 410.303.8832
> Gary.Eidelman@saul.com | www.saul.com
>
> <image002.jpg>
> *Follow our blog, WISE: Workplace Initiatives and Strategies for Employers, here*
> * Please note that our Firm name and my email address have changed.

"Saul Ewing Arnstein & Lehr LLP (saul.com)" has made the following annotations:

+~~~~~~~~~~~~~~~~~~~~~~~~+

This e-mail may contain privileged, confidential, copyrighted, or other legally protected information. If you are not the intended recipient (even if the e-mail address is yours), you may not use, copy, or retransmit it. If you have received this by mistake please notify us by return e-mail, then delete.

+~~~~~~~~~~~~~~~~~~~~~~~~+