# EXHIBIT 6

**From:** Steve Barger(steve@thebargergroup.com)
**To:** VOYCHESKE, JENNIFER L.
**CC:**
**BCC:**
**Subject:** Re: Leave of Absence Pay Breakdown
**Sent:** 01/05/2017 10:28:23 PM 0000 (GMT)
**Attachments:**

9/4. My operation was 9/6

Steve Barger
"Find your purpose and live it"

---

**From:** VOYCHESKE, JENNIFER L. <jennifer.Voycheske@firstdata.com>
**Sent:** Thursday, January 5, 2017 5:26:39 PM
**To:** Steve Barger
**Subject:** RE: Leave of Absence Pay Breakdown
Thanks Steve. Can you clarify when you stopped working? Was it on 9/4/16 or 10/22/16?
Thanks again.

From: Steve Barger [mailto:steve@thebargergroup.com]
Sent: Thursday, January 05, 2017 4:24 PM
To: VOYCHESKE, JENNIFER L.
Subject: Re: Leave of Absence Pay Breakdown
You're correct. I plan on returning Jan 17. Will get dr approval on 10th.
Not sure why Ruth indicated differently.

Steve Barger
"Find your purpose and live it"

From: VOYCHESKE, JENNIFER L. <jennifer.Voycheske@firstdata.com>
Sent: Thursday, January 5, 2017 4:19:12 PM
To: Steve Barger; 'mjmsbb@yahoo.com'
Cc: Johnson, Rhonda J.
Subject: RE: Leave of Absence Pay Breakdown
Hi Steve,
Our records from your physician indicates you didn't start missing work until 10/22/16. When did you start missing work? In addition, we have paid you through 12/31/16. In order to provide additional pay beyond that date, we will need MetLife's approval to do so.
Thank you!

From: Steve Barger [mailto:steve@thebargergroup.com]
Sent: Thursday, January 05, 2017 3:07 PM
To: VOYCHESKE, JENNIFER L.; 'mjmsbb@yahoo.com'
Cc: Johnson, Rhonda J.
Subject: Re: Leave of Absence Pay Breakdown
Ruth called and said she approved pay from 9/4 until 10/15. She is waiting for additional info from doctor to extend payment to 12/3.

Steve Barger
"Find your purpose and live it"

From: VOYCHESKE, JENNIFER L. <jennifer.Voycheske@firstdata.com>

Sent: Thursday, January 5, 2017 1:44:39 PM
To: 'mjmsbb@yahoo.com'; Steve Barger
Cc: Johnson, Rhonda J.
Subject: RE: Leave of Absence Pay Breakdown

Good Afternoon Marilyn and Steve,

I hope this email finds you well and having enjoyed the New Year. I wanted to reach out to you to let you know that MetLife has not yet approved Steve's Short Term Disability claim, so we are not able to issue any pay on Steve's 1/13/2017 paycheck unless we receive approval by 1/6/2017 (tomorrow). I encourage you to reach out to them directly, if you haven't already, to discuss what additional information they may need from you to get the claim approved. Once we receive approval from MetLife, we will resume payment.

MetLife can be reached at 877-638-4332. Your claim manager is Ruth and her extension is ext. 6534.

Please let me know if you have additional questions.

Thank you!

*Jennifer Voycheske*

*HR Manager: Leave Management & HR Solutions*
*First Data, 7301 Pacific Street, Omaha, NE 68114*
*Office: 402-777-3708 | Mobile: 402-212-2863*

Jennifer.Voycheske@firstdata.com | firstdata.com

**First Data.**

From: VOYCHESKE, JENNIFER L.
Sent: Wednesday, December 21, 2016 1:49 PM
To: mjmsbb@yahoo.com; Steve Barger (steve@thebargergroup.com)
Cc: Johnson, Rhonda J.
Subject: Leave of Absence Pay Breakdown

Hi Steve and Marilyn,

It was a pleasure speaking with the both of you today. I hope I was able to clearly explain Steve's pay benefit while he is on his leave of absence and that this written breakdown will give you some comfort from a financial perspective.

As I stated on the call, Steve's physician indicated that his leave of absence needed to begin on 10/24/2016 and has projected that Steve will need to remain out until approximately 3/1/2017. As we discussed, if you are able to return earlier than 3/1/2017 that is great, we just need confirmation from your physician that you are released to return and on what date. In terms of your pay, below you will find a breakdown of how the benefit time that you had available when your leave began has been paid to you while you are out.

Let's start with your benefit time. When your leave began you had the following benefit time available for payout:

- 92.00 hours of accumulated sick time (sick bank)
- 40.00 hours of current sick time (2016 grant)
- 16.00 hours of personal time
- 160.00 hours of vacation

One thing I want to ensure you are aware of is how payroll calculates hours paid for salaried employee's on a leave of absence. As you know, since salaried employees are paid on the 16th and 31st each month, that usually doesn't equal exactly 10 working days/80.00 hours per pay period; it often accounts for 11 or 12 working days. In order to account for that extra time, payroll calculates a pay period for salaried employees as equal to 86.67 hours versus the 80.00 hours used for hourly employees. That calculation is also used when paying benefit time during a leave of absence. The total hours paid each pay period totals 86.67 hours.

Ok, so let's now look at how you have been paid since your leave began on 10/24/17 to ensure 100% pay for as long as possible.

- On your paycheck dated 10/31/2015 (10/15-10/31), you were paid 39.40 hours of regular worked time and 47.27 hours of accumulated sick; which equals a full 86.67 hours
- On your paycheck dated 11/15/2016 (11/01-11/15), you were paid the remaining 44.73 hours of your accumulated

  sick, then 40.00 hours of current sick, and finally 1.94 hours of personal; which equals a full 86.67 hours
- On your paycheck dated 11/30/2016 (11/16-11/30), you were paid the remaining 14.06 hours of personal and 72.61 hours of vacation; which equals a full 86.67 hours
- On your paycheck dated 12/15/2016 (12/1-12/15), you were paid 86.67 hours of vacation, thus a full paycheck

As of 12/16/2016 your benefit time was exhausted, thus the remaining time you are out through the 90 day STD period (approximately 01/20/2017) you will be paid the short term disability benefit of 66 2/3% of your normal rate of pay. As of today, we have not yet received the approval from MetLife, our STD vendor, thus we aren't able to pay any disability on the 12/31/16 check yet. Once we receive that approval, we will issue pay for 12/16/16 through 12/31/16. I am hoping we receive that approval this week, so there will not be a delay in pay. Once STD has been approved, I will follow up via email to let you know, so you are wondering about that piece.

That is where we are today. If you have any questions or concerns, please feel free to reach out to me via email or phone. Take care and have a happy holiday!!

***Jennifer Voycheske***

*HR Manager: Leave Management & HR Solutions*
*First Data, 7301 Pacific Street, Omaha, NE 68114*
*Office: 402-777-3708 | Mobile: 402-212-2863*

Jennifer.Voycheske@firstdata.com | firstdata.com

**First Data**

The information in this message may be proprietary and/or confidential, and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify First Data immediately by replying to this message and deleting it from your computer.

CONFIDENTIAL   FDC00007898