# **EXHIBIT 7**

| | Info as of: 01/04/2017 | From: 01/04/2017 | To: 01/04/2017 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Customer: 0095860 | | | | | | | | | |
| | Employee ID | Last Name | First Name | Date Last Worked | Disability Date | Benefit Start Date | Benefit Approved Through Date | Retroactive Benefit Start Date | Claim Status | Claim Status Explanation | Return to Work Date | Custom Field 2 | |
| S09 | 247809 | BARGER | STEVE | 9/1/2016 | 9/4/2016 | 9/18/2016 | 10/15/2016 | | Suspended | NEED MEDICAL/UPDATE INFO | | 026 S09 | |
| B25 | 234081 | | | 12/13/2016 | 12/15/2016 | 12/29/2016 | 1/2/2017 | | Closed | RETURNED TO WORK | 1/3/2017 | 047 B25 | updated |
| B68 | 254265 | | | 1/4/2016 | 1/10/2016 | 1/24/2016 | 2/6/2016 | | Closed | MED UPDATE/INFO NOT RECEIVED | 3/1/2016 | 009 B68 | prior year |
| A79 | 198754 | | | 1/2/2017 | 1/3/2017 | | | | Pending | NEED MEDICAL/UPDATE INFO | | 095 A79 | no chg |
| A79 | 238525 | | | 10/31/2016 | 11/1/2016 | 11/15/2016 | 11/29/2016 | | Closed | MED UPDATE/INFO NOT RECEIVED | | 095 A79 | prior year - no chg |
| B12 | 159256 | | | 12/23/2016 | 12/27/2016 | 1/10/2017 | 2/7/2017 | | Open | | | 026 B12 | updated |
| B12 | 188675 | | | 12/15/2016 | 12/16/2016 | 12/30/2016 | 1/12/2017 | | Open | | | 026 B12 | updated |
| S09 | 144017 | | | 12/30/2016 | 1/3/2017 | | | | Decision Pending Review | | | 026 S09 | |