# EXHIBIT B

```
 1                  IN THE UNITED STATES DISTRICT COURT
 2                  FOR THE EASTERN DISTRICT OF NEW YORK

 3
       STEVEN B. BARGER, an individual,)Case No.:1:17-CV-4869
 4                                     )
                     Plaintiff,        )
 5                                     )STATEMENT ON THE
              vs.                      )
 6                                     )      RECORD
       FIRST DATA CORPORATION, et al,  )
 7                                     )
                     Defendants.       )
 8

 9

10

11

12
       DATE:  June 7, 2018
13
       TIME:  9:00 a.m.
14
       PLACE:  Regus 1299 Farnam Street, Suite 300, Omaha,
15     Nebraska

16

17

18

19

20

21

22

23     Job No. 28252

24

25
```

Page 2

```
                    (402) 476-1153
 1                A P P E A R A N C E S
 2
    APPEARING ON BEHALF OF PLAINTIFF:
 3           Mr. Shawn E. Shearer
             Attorney at Law
 4           THE LAW OFFICE OF SHAWN SHEARER, P.C.
             3839 McKinney Avenue, Suite 155-254
 5           Dallas, Texas 75204
             (972)803-4499
 6           shawn@shearerlaw.pro
 7
 8  APPEARING ON BEHALF OF DEFENDANTS:
             Mr. Gary B. Eidelman
 9           Attorney at Law
             SAUL EWING ARNSTEIN & LEHR LLP
10           Lockwood Place
             500 East Pratt Street
11           Baltimore, Maryland 21202-3133
             (410)332-8975
12           gary.eidelman@saul.com
13
14
15  ALSO PRESENT:  Anna Grady, Videographer and Brenda
    Barger
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1                  I N D E X
 2
 3
    EXHIBITS:                                       Marked
 4
    50 - Multi-page document                           4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

1  (Whereupon, at 9:30 a.m., the following proceedings
2          were had:)
3
4     (Exhibit No. 50, marked for identification.)
5
6          VIDEOGRAPHER:  Good morning.  We
7  are on the record at 9:30 a.m. on Thursday,
8  June 7th, 2018, for the videotaped deposition of
9  First Data Corporation, 30(b)(6).
10      We are taking this deposition at the offices
11  of Regus in Omaha, Nebraska, in the action
12  entitled Steven B. Barger versus First Data
13  Corporation, et al.
14      This is taken before Christine Salerno.
15      This is Case No. 17, CV, 4869.  My name is
16  Anna Grady.  I'm a certified legal video
17  specialist from EcoScribe solutions.
18      This is Disc No. 1.  Would counsel please
19  identify themselves and state whom they
20  represent.
21          MR. SHEARER:  This is Shawn
22  Shearer, plaintiff's counsel for Mr. Steven B.
23  Barger.  And with me is Brenda Barger, my
24  paralegal.  We'll proceed.
25      My name is Shawn Barger.  I'm joined by

Page 5

1  Brenda Barger, my paralegal.  This was to be a
2  Rule 30(b)(6) deposition of First Data
3  corporation.  In addition, there was an
4  agreement with counsel Gary idle man that the
5  testimony of Jennifer Voycheske as a 30(b)(6)
6  witness may also be designated as a fact witness
7  under Rule 30.
8      It's now 9:32 a.m. on May -- on June 7th and
9  no one has appeared from First Data.  No
10  witnesses from First Data.  Mr. Eidelman is not
11  here.  Ms. Gillian Cooper is not here.  None of
12  the counsel for First Data are present.
13      We'll go off the record here in a moment for
14  a -- 15 minutes to give the deponent, or his
15  counsel, a bit more time; however, that is not
16  necessary.  I e-mailed Mr. Eidelman this
17  morning, about 20 minutes ago, to indicate that
18  we were here in Omaha at the noticed place for
19  the deposition.  Mr. Eidelman e-mail returned an
20  out of office.  I telephoned Mr. Eidelman, he
21  indicated he was not going to be here and made
22  some claims about indicating that he was not --
23  that he had indicated he was not going to
24  attend.  Those communications are not in my
25  recollection and are not in my records.

Page 6

1    I'm going to enter into the record Exhibit
2    No. 50 in this case which contains an e-mail
3    from me to miss -- Mr. Eidelman, Ms. Cooper and
4    associate with the same firm, Ms. Lindsay
5    Kennedy, with a CC to David Zeitlin, local
6    counsel on this case in New York, dated
7    May 22nd, 2018, at 2:51.  The e-mail states:
8    "Please see the attached letter and notice of
9    30(b)(6) deposition for Omaha."
10        The letter is also included.  The letter is
11   approximately two pages long and it specifies
12   the dates for these depositions to occur under
13   Rule 30(b)(6) in Omaha today at 9 a.m. at this
14   location.
15        Also attached to the letter is the notice of
16   Rule 30(b)(6) deposition and I'm going to read
17   that into the record and this is in Barger V
18   First Data, Case No. 1:17-CV-4869, pending in
19   the Eastern District of New York, captioned
20   Steven B. Barger plaintiff V. First Data
21   Corporation, et al, defendants, and it states:
22   "Notice of Rule 30(b)(6) deposition and
23   provides, Please take notice that pursuant to
24   Rules 30(b)(6) of the Federal Rules of Civil
25   Procedure, the plaintiff in the above captioned

Page 7

1    case will take the oral depositions under oath
2    of First Data corporation through one or more
3    officers, directors, agents or other
4    representatives who shall be designated to
5    testify on First Data's behalf regarding all
6    information known or reasonably available to
7    First Data with respect to the subject matter
8    identified in Exhibit A.  Plaintiff requests
9    that First Data provide notice of at least five
10   business dates, before the deposition, of the
11   names and employment positions of the
12   individuals designated to testify on First
13   Data's behalf.  This deposition shall commence
14   at 9 a.m. on June 7, 2018, to continue beginning
15   at 9 a.m. on June 8, 2018, if needed, at Regus
16   1299 Farnam Street, Suite 300, Omaha, Nebraska,
17   68102; or such other time and location as agreed
18   by the parties, and it shall be taken before a
19   duly certified court reporter and notary public
20   or other person authorized to administer oaths.
21   The depositions will be recorded by stenographic
22   and video means.  Dated May 22, 2018.  The law
23   office of Shawn Shearer, PC and then my
24   signature with my telephone number and contact
25   information.

Page 8

1       And I would like to enter that into the
2    record and we'll take a -- go off the record for
3    15 minutes, we'll come back to see if they show.
4    Off the record.
5            VIDEOGRAPHER:  Please stand by as
6    we go off the record.  The time is approximately
7    9:37 a.m.
8    (Recess was taken.)
9            VIDEOGRAPHER:  We are back on the
10   record.  The time is approximately 9:54 a.m.
11           MR. SHEARER:  Shawn Shearer again,
12   representing plaintiff Barger in Barger V. First
13   Data.  The citation was given before.
14      It is now 9:54 a.m.  No witnesses are here
15   for the defendant First Data.  Counsel for First
16   Data is not present at the noticed address.
17      At this time, we're going to suspend the
18   deposition and proceed accordingly with defense
19   counsel.  That is it, off the record.
20           VIDEOGRAPHER:  Please stand by as
21   we go off the record.  This is the end of disc
22   one, the time is approximately 9:54 a.m.
23       (Concluded at 9:54 a.m.)
24
25

Page 9

                  C E R T I F I C A T E

    I, Christine M. Salerno, RPR, do hereby certify
that the within and following complete transcript
contains all the evidence requested to be transcribed
by me, from the proceedings had in or at the trial of
the foregoing cause in said court; and that said
complete transcript is a correct and complete
transcription of the evidence requested to be
transcribed from the record made at the time of said
proceedings or trial.
    Dated this 11th day of June, 2018.


                    Christine M. Salerno, RPR

```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF NEW YORK


   STEVEN B. BARGER, an individual,) Case No.:1:17-CV-4869
                                   )
           Plaintiff,              )
                                   ) TELEPHONIC STATEMENT
       vs.                         )
                                   )  ON THE RECORD
   FIRST DATA CORPORATION, et al,  )
                                   )
           Defendants.             )
```

DATE:  June 8, 2018

TIME:  9:02 a.m.

PLACE:  Regus 1299 Farnam Street, Suite 300, Omaha, Nebraska

Job No. 28253

STEVEN B. BARGER -against- FIRST DATA  
First Data on June 08, 2018  
Job 28253  
Pages 2..5

Page 2

**A P P E A R A N C E S**

APPEARING ON BEHALF OF PLAINTIFF:
    Mr. Shawn E. Shearer - VIA TELEPHONE
    Attorney at Law
    THE LAW OFFICE OF SHAWN SHEARER, P.C.
    3839 McKinney Avenue, Suite 155-254
    Dallas, Texas 75204
    (972)803-4499
    shawn@shearerlaw.pro

APPEARING ON BEHALF OF DEFENDANTS:
    Mr. Gary B. Eidelman - NOT PRESENT
    Attorney at Law
    SAUL EWING ARNSTEIN & LEHR LLP
    Lockwood Place
    500 East Pratt Street
    Baltimore Maryland 21202-3133
    (410)332-8975
    gary.eidelman@saul.com

(Court reporter took statement via speaker phone.)

ALSO PRESENT:  Brenda Barger - VIA TELEPHONE

Page 3

(Whereupon, at 9:00 a.m., the following proceedings were had:)

    MR. SHEARER:  I am Shawn Shearer of the Law Office of Shawn Shearer, P.C., counsel for the plaintiff, Steven Barger, in the case of Steven Barger V. First Data Corporation, et al.  Case No. 1:17-CV-4869, pending in the Federal District Court for the Eastern District of New York.

    It is 9 a.m. on June 8, 2018.  I am at the Regus offices located at 1299 Farnam Street, Suite 300, Omaha, Nebraska.

    This is the time and place for the second day of the Rule 30(b)(6) depositions of the defendant First Data.

    As like yesterday, June 7th, 2018, neither representatives of First Data, nor counsel for First Data, have appeared here at this date and time period for those depositions.

    The notice of Rule 30(b)(6) depositions was served on counsel for First Data on May 22, 2018, and that notice is included as Exhibit 50 to the transcript of June 7, 2018.

    Because witnesses for First Data have not appeared at the designated time and place, these

Page 4

depositions are again suspended.  That is it, we can go Off the record.

(Discussion off the record.)

    Also note that my paralegal Brenda Barger is here with me.

    (Concluded at 9:03 a.m.)

Page 5

C E R T I F I C A T E

    I, , do hereby certify that the within and following complete transcript contains all the evidence requested to be transcribed by me, from the proceedings had in or at the trial of the foregoing cause in said court; and that said complete transcript is a correct and complete transcription of the evidence requested to be transcribed from the record made at the time of said proceedings or trial.

    Dated this 11th day of June, 2018.

_Christine Salerno_

EcoScribe Solutions     888.651.0505