# EXHIBIT E

## DEFENDANT DEPOSITION REFUSALS AND NO-SHOW

Despite being properly noticed, the Defendants refused to show or posponed, without filing a protective order, for each of the following depositions.

| | |
|---|---|
| February 23, 2018 | Plaintiff provided short notice for the deposition of Jennifer Voycheske because of her declaration attached to Defendants' Opposition to Plaintiff's Motion pursuant to Rule 12(b). Short notice was necessary to complete Plaintiff's Reply briefing in support of the Motion. |
| March 14, 2018 | Noticed depositions of Ms. Voycheske and Steffen canceled due to death of defense counsel's mother-in-law on 48 hours notice. Two weeks of no discovery followed. As of August 17, 2018, neither witness has yet to be deposed. |
| May 23, 2018 | After months attempting to schedule, Defendant Bisignano was noticed to be deposed on May 23. On less than 48 hours notice, deposition postponed due to injury of Bisignano's son the prior weekend. |
| June 7&8, 2018 | Defendants refused to appear at properly noticed 30(b)(6) deposition. June 12th hearing was held to compel. Motion to compel was denied. 30(b)(6) depositions subject of that June 12th hearing still have not occurred or been scheduled as of August 17, 2018. |
| June 13, 2018 | Noticed deposition of Ms. Voycheske canceled after June 12th hearing before Judge Bloom. |
| June 22, 2018 | Adam Rosman was properly served notice of deposition to occur on June 22. Defense counsel refused to produce Mr. Rosman. Defendants did not seek protective order. Plaintiff appeared at the designated time and place. Mr. Rosman and First Data did not appear. |
| June 25, 2018 | **Defendants' noticed a third-party deposition of Ms. Julie Kelly to be held in Cincinnati on June 25. Ms. Kelly appeared at the designate time and place. Defense counsel did not appear at the desiognated time and place to take Ms. Kelly's deposition.** |
| July 3, 2018 | EJ Jackson was properly served notice of deposition to occur on July 3. Defense counsel refused to produce EJ Jackson. Defendants did not seek protective order. Plaintiff appeared at the designated time and place. Mr. Rosman and First Data did not appear. |
| July 30 & 31, 2018 | Noticed 30(b)(6) depositions were not held. Defense refused to produce witnesses at the designated time and place. |

## CALENDAR OF DISCOVERY DELAYS

Attached are calendars for the fact discovery period noting significant events/non-events and delays.

## January 2018

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
|  |  | 1 | 2 | 3 | 4 | 5 | 6 |
|  | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
|  | 14 | 15 | 16 | 17 | Day #153  18  **FIRST DAY OF DISCOVERY** | Day #154  19 | Day #155  20 |
| Day #156  21 | Day #157  22 | Day #158  23 | Day #159  24 | Day #160  25 | Day #161  26 | Day #162  27 |
| Day #163  28 | Day #164  29 | Day #165  30 | Day #166  31 |  |  |  |

print-a-calendar.com

# February 2018

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
| | | | | Day #167  1 | Day #168  2 | Day #169  3 |
| Day #170  4 | Day #171  5 | Day #172  6<br>PLAINTIFF SERVES 12(c) MOTION | Day #173  7 | Day #174  8 | Day #175  9 | Day #176  10 |
| Day #177  11 | Day #178  12 | Day #179  13 | Day #180  14 | Day #181  15 | Day #182  16 | Day #183  17 |
| Day #184  18 | Day #185  19 | Day #186  20<br>DEFENDANT SERVES OPPOSITION TO PLAINTIFFS 12(c) MOTION<br>Voycheske Declaration = new information | Day #187  21<br>BARGER STARTS DEPOSITION PROCESS<br>Omaha<br>Voycheske/Graesser Depo Noticed | Day #188  22 | Day #189  23<br>DEPOSITIONS CANCELED - DEFENSE COUNSEL WILL NOT PRODUCE WITNESSES<br>Omaha<br>Eidelman - 2 days = insufficient notice | Day #190  24 |
| Day #191  25 | Day #192  26 | Day #193  27<br>PLAINTIFF'S REPLY FOR 12(c) DUE AND FILED | Day #194  28 | | | |

print-a-calendar.com

GILLIAN COOPER / OUT OF OFFICE 3-16-3-17
GARY EIDELMAN OUT OF THE OFFICE 3-11 THROUGH 3-16, 3-23

# March 2018

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
|  |  |  |  | Day #195　1 | Day #196　2 | Day #197　3 |
| Day #198　4 | Day #199　5 SHEARER CONTACTS EIDELMAN RE: BISIGNANO DATES - GIVES 30 DAY RESPONSE TIME | Day #200　6 EIDELMAN - NO RESPONSE RE: BISIGNANO | Day #201　7 Magistrate Bloom orders Voycheske depo for March 14 EIDELMAN - NO RESPONSE RE: BISIGNANO | Day #202　8 EIDELMAN - NO RESPONSE RE: BISIGNANO | Day #203　9 EIDELMAN - NO RESPONSE RE: BISIGNANO | Day #204　10 EIDELMAN - NO RESPONSE RE: BISIGNANO |
| Day #205　11 Eidelman personally needs accommodation- Shearer offers to split depo + use phone/video | Day #206　12 Eidelman rejects compromise - threatens protective order to stop depo b/c he needs 14 days off | Day #207　13 Eidelman instructed Shearer that Cooper could handle Barger's case while he was out - Cooper constantly 'out of office' EIDELMAN - NO RESPONSE RE: BISIGNANO | Day #208　14 Plaintiff grants Defense counsels demand Omaha/ Voycheske depo canceled EIDELMAN - NO RESPONSE RE: BISIGNANO | Day #209　15 EIDELMAN - NO RESPONSE RE: BISIGNANO | Day #210　16 EIDELMAN - NO RESPONSE RE: BISIGNANO | Day #211　17 EIDELMAN - NO RESPONSE RE: BISIGNANO |
| Day #212　18 EIDELMAN - NO RESPONSE RE: BISIGNANO | Day #213　19 SHEARER INFORMS EIDELMAN THAT PLAINTIFF = "TOP DOWN" DEPOS SINCE OMAHA WAS TWICE CANCELED - REQUESTS NAMES/ LOCATIONS OF 30 (b)(6) ASAP | Day #214　20 EIDELMAN - NO RESPONSE RE: BISIGNANO | Day #215　21 EIDELMAN - NO RESPONSE RE: BISIGNANO | Day #216　22 EIDELMAN - NO RESPONSE RE: BISIGNANO | Day #217　23 EIDELMAN - NO RESPONSE RE: BISIGNANO | Day #218　24 EIDELMAN - NO RESPONSE RE: BISIGNANO |
| Day #219　25 EIDELMAN - NO RESPONSE RE: BISIGNANO | Day #220　26 EIDELMAN - NO RESPONSE RE: BISIGNANO | Day #221　27 EIDELMAN - NO RESPONSE RE: BISIGNANO | Day #222　28 EIDELMAN - NO RESPONSE RE: BISIGNANO | Day #223　29 EIDELMAN - NO RESPONSE RE: BISIGNANO | Day #224　30 EIDELMAN - NO RESPONSE RE: BISIGNANO | Day #225　31 EIDELMAN - NO RESPONSE RE: BISIGNANO |

print-a-calendar.com

GILLIAN COOPER OUT OF OFFICE - 4-01, 4-10, 4-11, 4-13, 4-27 through 4-30

# April 2018

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
| Day #226  1<br>EIDELMAN - NO RESPONSE RE: BISIGNANO | Day #227  2<br>EIDELMAN - NO RESPONSE RE: BISIGNANO | Day #228  3<br>EIDELMAN - NO RESPONSE RE: BISIGNANO | Day #229  4<br>EIDELMAN - NO RESPONSE RE: BISIGNANO | Day #230  5<br>EIDELMAN - NO RESPONSE RE: BISIGNANO | Day #231  6<br>Day 30 since Shearer's request<br>EIDELMAN - NO RESPONSE RE: BISIGNANO | Day #232  7<br>EIDELMAN - NO RESPONSE RE: BISIGNANO |
| Day #233  8<br>EIDELMAN - NO RESPONSE RE: BISIGNANO | Day #234  9<br>EIDELMAN - NO RESPONSE RE: BISIGNANO | Day #235  10<br>EIDELMAN PROMISES BISIGNANO FOR MAY 23 OR 24 - SHEARER TAKES MAY 23<br>Manhattan | Day #236  11<br>BARGER REQUESTS ATLANTA DEPONENTS FOR APRIL. EIDELMAN TRIES TO FORCE SHEARER BACK TO OMAHA CLAIMING 30 (b)(6) STATUS FOR VOYCHESKE ET AL | Day #237  12<br>SHEARER NOTICES BISIGNANO - NO PROTECTIVE ORDER FILED BY EIDELMAN<br>Manhattan | Day #238  13 | Day #239  14 |
| Day #240  15 | Day #241  16<br>SHEARER CONFIRMS BISIGNANO AND ADDS JOSH KING FOR MAY 23 WANTS DEFENDANTS MARINO, WHALEN AND ROBIN ORDING MAY 24/25 JOHNSON FOR JUNE OMAHA - TBD | Day #242  17 | Day #243  18<br>EIDELMAN REJECTS MAY 24/25 DISCUSSES MAY 31/JUNE 1 FOR MARINO/WHALEN/ORDING | Day #244  19<br>SHEARER ACCEPTS MAY 31-JUNE 1 DATES WANTS 30 (b)(6) IN ATLANTA WEEK OF JUNE 11 OR JUNE 18 | Day #245  20<br>SHEARER WANTS CAGWIN, 30(b)(6) NAMED BY EIDELMAN AND CHARRON APRIL 24-26 AREA CHARRON IS WILLING AND AVAILABLE - EIDELMAN REFUSES<br>Atlanta | Day #246  21 |
| Day #247  22 | Day #248  23<br>SHEARER NOTICES EIDELMAN RE: 30(b)(6) TOPICS FOR JUNE 13 | Day #249  24<br>DEFENDANT CHARRON IS AVAILABLE - EIDELMAN REFUSES<br>Atlanta | Day #250  25<br>SHEARER NOTICES MARINO, WHALEN, ORDING - NO PROTECTIVE ORDER FILED BY EIDELMAN<br>Brooklyn | Day #251  26<br>DEFENDANT CHARRON IS AVAILABLE - EIDELMAN REFUSES<br>Atlanta | Day #252  27 | Day #253  28 |
| Day #254  29 | Day #255  30<br>A WEEK LATER, EIDELMAN OBJECTS TO EVERY 30(b)(6) TOPIC, BUT NEVER THE DATE | | | | | |

print-a-calendar.com

Case 1:17-cv-04869-FB-LB   Document 55-5   Filed 09/22/18   Page 7 of 20 PageID #: 928

# May 2018

GARY EIDELMAN OUT OF THE OFFICE - 5-03, 5-15
GILLIAN COOPER OUT OF THE OFFICE - 5-17, 5-22 (planned webinar on day of Bisignano prep), 5-23 (despite Bisignano cancellation)

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
| | | Day #256  1 | Day #257  2 | Day #258  3  SHEARER RESPONDS RE: 30(b)(6) TOPICS AGREES TO CONFER MAY 10 | Day #259  4  EIDELMAN MOVES KING DEPO TO MAY 31, SHEARER AGREES | Day #260  5 |
| Day #261  6 | Day #262  7 | Day #263  8 | Day #264  9 | Day #265  10  SHEARER/EIDELMAN CONFER BY PHONE EIDELMAN REJECTS ALL ACCOUNTING SUBJECTS FOR 30(b)6) DESPITE ARGUING A RIF DEFENSE. EIDELMAN PROMISES THAT BISIGNANO WILL TESTIFY RE;ACCOUNTING AND I.T. - THEN FILES PROTECTIVE ORDER RE; 30 (b)(6) NOT SET UNTIL JUNE 13 | Day #266  11  BARGER PULLS 30(b)(6) TOPICS IN PART DUE TO EIDELMAN'S REPRESENTATIONS THAT BISIGNANO WILL TESTIFY | Day #267  12 |
| Day #268  13 | Day #269  14 | Day #270  15 | Day #271  16 | Day #272  17 | Day #273  18 | Day #274  19 |
| Day #275  20 | Day #276  21  AT 3:30 pm CDT, EIDELMAN PROMISED SHEARER THAT HE AND BISIGNANO WOULD ATTEND ON MAY 23. AT 7:30 pm EIDELMAN INFORMED SHEARER THAT THE MEN WOULD NOT BE ATTENDING. | Day #277  22  SHEARER NOTICES 30(b)(6) DEPOSITIONS/TOPICS FOR JUNE 7/8 SINCE BISIGNANO WILL NOT BE PROVIDING THE TESTIMONY EIDELMAN HAD PROMISED  Omaha | Day #278  23  BARGER UNEQUIVOCALLY GRANTS BISIGNANO'S REQUEST  BISIGNANO'S DEPO CANCELED  Manhattan | Day #279  24  EIDELMAN = MAY 30, OR JUNE 6 W/MAY 31/JUNE 1 SCHEDULED JUNE 6 HE KNOWS HE WILL BE SPEAKING AT A CONFERENCE IN DALLAS. HE ALSO FORCES HIS AGENDA ON BARGER IN THE FORM OF A CRUDE LIST HE CALLS A "CALENDAR" | Day #280  25  BARGER FINDS MAY 30th TO BE ABSURD IF THE CHILD IS INJURED,COMMUNICATES DIRECTLY WITH BISIGNANO, INSISTING THAT BISIGNANO TAKE AT LEAST A WEEK WITH HIS SON | Day #281  26 |
| Day #282  27 | Day #283  28  SHEARER INFORMS EIDELMAN AT LENGTH WHICH DATES BARGER AGREES TO. BISIGNANO IS RESCHEDULED FOR JUNE 29  Manhattan | Day #284  29  AT VARIOUS POINTS, EIDELMAN TRIES TO LOCK DOWN SOME REAL DATES, FOR DEFENDANTS JOHNSON AND CHARRON  Atlanta | Day #285  30  NO PROTECTIVE ORDER FILED RE: JUNE 7/8 | Day #286  31  ROBIN ORDING,JOSH KING AND KAREN WHALEN ARE DEPOSED, NO PROTECTIVE ORDER IS FILED  Brooklyn | | |

print-a-calendar.com

AT NO TIME DOES MR. EIDELMAN OBJECT TO THE DATE OF JUNE 13, EVEN THE PROTECTIVE ORDER HE SOUGHT AND ABANDONED AFTER MISLEADING PLAINTIFF ABOUT MR. BISIGNANO'S TESTIMONY, HAD NO OBJECTION TO THE DATE

GILLIAN COOPER OUT OF THE OFFICE - 6-04 THROUGH 6-08 (apparently not for the noticed Omaha depositions)

## June 2018

GARY EIDELMAN OUT OF THE OFFICE- 6-04 THROUGH 6-07 (apparently speaking at a convention - not in Omaha as Plaintiff expected)

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
| | | | | | Day #287  **1** DEFENDANT MARINO WAS DEPOSED. SHEARER THEN TOLD COOPER AND EIDELMAN 'SEE YOU NEXT WEEK" A CLEAR REFERENCE TO JUNE 7/8 DEPOSITIONS  Brooklyn | Day #288  **2** Ms.Cooper's Email Replies Out Of Office June 4-June 8 |
| Day #289  **3** Ms.Cooper's Email Replies Out Of Office June 4-June 8 | Day #290  **4** | Day #291  **5** | Day #292  **6** SHEARER DRIVES FROM DALLAS TO OMAHA TO TAKE DEPOS | Day #293  **7** SHEARER ARRIVES AT NOTICED LOCATION AT 9am - EIDELMAN, COOPER, ET AL ARE NOT THERE SHEARER EMAILS/CALLS EIDELMAN WHO IS ON HIS CELL PHONE - EIDELMAN CONFIRMS NO ONE IS ATTENDING SHEARER GOES ON THE RECORD | Day #294  **8** SHEARER ARRIVES AT THE NOTICED LOCATION AGAIN EXACTLY AT 9am - EIDELMAN, COOPER ET AL ARE NOT THERE. SHEARER GOES ON THE RECORD SHEARER NOTICES VOYCHESKE FOR JUNE 13 | Day #295  **9** |
| Day #296  **10** | Day #297  **11** SHEARER FILES MOTION TO COMPEL | Day #298  **12** | Day #299  **13** DEPOSITION OF JENNIFER VOYCHESKE IS NOTICED TO BEGIN AT 9 am  Omaha | **14** | **15** | **16** |
| **17** | **18** | **19** | **20** | **21** | **22** | **23** |
| **24** | **25** | **26** | **27** | **28** | **29** | **30** |

print-a-calendar.com

# June 2018

GILLIAN COOPER OUT OF THE OFFICE - 6-04 THROUGH 6-08 (apparently not for the noticed Omaha depositions)

GARY EIDELMAN OUT OF THE OFFICE- 6-04 THROUGH 6-07 (apparently speaking at a convention - not in Omaha as Plaintiff expected), 06-19, 06-20, 06-22

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
| | | | | | Day #287  1  DEFENDANT MARINO DEPOSED. SHEARER REFERENCES OMAHA DEPOS - SEE YOU NEXT WEEK  Brooklyn | Day #288  2  Ms.Cooper's Email Replies Out Of Office June 4-June 8 |
| Day #289  3  Ms.Cooper's Email Replies Out Of Office June 4-June 8 | Day #290  4 | Day #291  5 | Day #292  6  SHEARER DRIVES FROM DALLAS TO OMAHA TO TAKE DEPOS | Day #293  7  SHEARER ARRIVES AT NOTICED LOCATION AT 9am - EIDELMAN, COOPER, ET AL ARE NOT THERE  SHEARER EMAILS/CALLS EIDELMAN WHO IS ON HIS CELL PHONE - EIDELMAN CONFIRMS NO ONE IS ATTENDING  SHEARER GOES ON THE RECORD | Day #294  8  SHEARER ARRIVES AT THE NOTICED LOCATION AGAIN EXACTLY AT 9am - EIDELMAN NO THERE  SHEARER GOES ON THE RECORD  SHEARER NOTICES VOYCHESKE FOR JUNE 13 - ROSMAN FOR JUNE 22 - JACKSON FOR JULY 3 | Day #295  9 |
| Day #296  10 | Day #297  11  SHEARER FILES MOTION TO COMPEL | Day #298  12  TELEPHONIC HEARING - 3:30 pm EST  Magistrate Bloom denies Plaintiff's Motion to Compel | Day #299  13  DEPOSITION OF JENNIFER VOYCHESKE IS NOTICED TO BEGIN AT 9 am  Omaha - CANCELLED | Day #300  14  EIDELMAN CONTACTS SHEARER REQUESTING PLAINTIFF CHOOSE DEPO DATES FROM DEFENDANTS "CALENDAR" | Day #301  15  PLAINTIFF CHOOSES DEPO DATES - SHEARER INFORMS EIDELMAN OF DATES PLAINTIFF IS UNAVAILABLE | Day #302  16  EIDELMAN RESPONDS SARCASTICALLY THAT JULY 4 IS NOT AVAILABLE DESPITE BEING ON DEFENDANT'S CALENDAR  CHANGES TO JULY 5 KNOWING PLAINTIFF IS UNAVAILABLE |
| Day #303  17  SHEARER RESPONDS - PLAINTIFF RELIED ON DEFENDANTS CALENDAR AND DEPOS CAN AND WILL OCCUR JULY 4  Omaha | Day #304  18  SHEARER PROVIDES EIDELMAN STATEMENT FOR ROSMAN -IF ROSMAN SIGNS SHEARER WILL CANCEL DEPO  Manhattan | Day #305  19  EIDELMAN AND SHEARER DISCUSS POSSIBLE CHANGES TO JULY 4 PENDING PLAINTIFF'S AVAILABILITY - EIDELMAN NEVER SEEKS PROTECTIVE ORDER FOR ROSMAN | Day #306  20  Omaha | Day #307  21 | Day #308  22  ROSMAN - NO SHOW  PLAINTIFF DECIDES TO WAIT ON SERVICE OF METLIFE SUBPOENA DUE TO EIDELMAN'S OBJECTION  Manhattan | Day #309  23  EIDELMAN NEVER REMOVES OBJECTION TO SERVICE OF METLIFE - COOPER FORWARDS PLAINTIFFS INTENT TO SERVE SUBPOENA TO METLIFE IN ITS ENTIRETY- METLIFE CONTACTS SHEARER BELIEVING THEY'VE BEEN SERVED |
| Day #310  24  Atlanta /Cincinnati | Day #311  25  DEFENDANTS SCHEDULED DEPOSITIONS - KENNEDY DEPOS DR/NURSE EIDELMAN NO SHOWS OWN WITNESS | Day #312  26  CAGWIN 30(b)6) DEPO - 9am  CHARRON DEPO 12pm-5pm  Atlanta | Day #313  27  JOHNSON DEPO - 9am-5pm  Atlanta | Day #314  28 | Day #315  29  BISIGNANO DEPOSITION - RESCHEDULE 9am-5pm  Manhattan | Day #316  30 |

print-a-calendar.com

# July 2018

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
| **1** Day #317 | **2** Day #318 — SHEARER CONTACTS EIDELMAN RE: JACKSON DEPO - EIDELMAN SAYS FIRST DATA REFUSES TO PRODUCE HIM | **3** Day #319 — SHEARER ARRIVES AT 11AM FOR EJ JACKSON DEPO - NO SHOW — Palo Alto | **4** Day #320 — EIDELMAN CONTACTS SHEARER VIA EMAIL DESPITE CLAIMS OF BEING UNAVAILABLE FOR WORK ON JULY 4 - REFUSES TO DELEGATE 30(b)(6) SHEARER NOTICES VOYCHESKE AS FACT WITNESS ONLY - withdraws Plumeri depo notice - Amends 26(a) Disclosure | **5** Day #321 — EIDELMAN ATTEMPTS TO NOTICE BARGER DEPO FOR JULY 20 - SHEARER OBJECTS SUGGESTS JULY 27 - EIDELMAN ATTEMPTS TO CLAIM VOYCHESKE AS 30(b)(6) - SHEARER CLAIMS JULY 23 AS FACT ONLY | **6** Day #322 | **7** Day #323 |
| **8** Day #324 | **9** Day #325 — METLIFE SERVED SUBPOENA | **10** Day #326 — COOPER NOTICES BARGER DEPO - AUGUST 10 / SHEARER NOTICES 30(b)(6) DEPOS - JULY 30-31 — Manhattan/Brooklyn | **11** Day #327 | **12** Day #328 | **13** Day #329 | **14** Day #330 |
| **15** Day #331 | **16** Day #332 | **17** Day #333 — EIDELMAN FILES SECOND VOYCHESKE DECLARATION - SHEARER RESPONDS - JUDGE BLOCK DENIES PLAINTIFF'S 12C MOTION | **18** Day #334 | **19** Day #335 — PLUMERI DEPOSITION CANCELED — Manhattan | **20** Day #336 — PLAINTIFF CANCELS VOYCHESKE DEPOSITION | **21** Day #337 |
| **22** Day #338 | **23** Day #339 — VOYCHESKE DEPOSITION NOTICED - 9 AM - 5 PM - [FACT ONLY] — Omaha CANCELED | **24** Day #340 | **25** Day #341 | **26** Day #342 | **27** Day #343 — METLIFE DEPO DATE DISCARDED - EIDELMAN REFUSES TO SHOW FOR 30(b)(6) - PLAINTIFF CANCELS — Brooklyn | **28** Day #344 |
| **29** Day #345 | **30** Day #346 — Brooklyn | **31** Day #347 — 30 (B)(6) DEPOS NOTICED - JULY 10 CANCELED — Brooklyn | | | | |

```
 1                IN THE UNITED STATES DISTRICT COURT
 2                FOR THE EASTERN DISTRICT OF NEW YORK

 3
       STEVEN B. BARGER, an individual,)Case No.:1:17-CV-4869
 4                                     )
                     Plaintiff,        )
 5                                     )STATEMENT ON THE
              vs.                      )
 6                                     )      RECORD
       FIRST DATA CORPORATION, et al,  )
 7                                     )
                     Defendants.       )
 8

 9

10

11

12
      DATE:  June 7, 2018
13
      TIME:  9:00 a.m.
14
      PLACE:  Regus 1299 Farnam Street, Suite 300, Omaha,
15    Nebraska

16

17

18

19

20

21

22

23    Job No. 28252

24

25
```

**Page 2**

```
                    (402) 476-1153
 1                 A P P E A R A N C E S
 2
    APPEARING ON BEHALF OF PLAINTIFF:
 3            Mr. Shawn E. Shearer
              Attorney at Law
 4            THE LAW OFFICE OF SHAWN SHEARER, P.C.
              3839 McKinney Avenue, Suite 155-254
 5            Dallas, Texas 75204
              (972)803-4499
 6            shawn@shearerlaw.pro
 7
 8  APPEARING ON BEHALF OF DEFENDANTS:
              Mr. Gary B. Eidelman
 9            Attorney at Law
              SAUL EWING ARNSTEIN & LEHR LLP
10            Lockwood Place
              500 East Pratt Street
11            Baltimore, Maryland 21202-3133
              (410)332-8975
12            gary.eidelman@saul.com
13
14
15  ALSO PRESENT:  Anna Grady, Videographer and Brenda
         Barger
16
17
18
19
20
21
22
23
24
25
```

**Page 3**

```
 1                    I N D E X
 2
 3
    EXHIBITS:                                    Marked
 4
    50 - Multi-page document                        4
 5
 6
 ...
25
```

**Page 4**

```
 1  (Whereupon, at 9:30 a.m., the following proceedings
 2             were had:)
 3
 4      (Exhibit No. 50, marked for identification.)
 5
 6          VIDEOGRAPHER:  Good morning.  We
 7  are on the record at 9:30 a.m. on Thursday,
 8  June 7th, 2018, for the videotaped deposition of
 9  First Data Corporation, 30(b)(6).
10      We are taking this deposition at the offices
11  of Regus in Omaha, Nebraska, in the action
12  entitled Steven B. Barger versus First Data
13  Corporation, et al.
14      This is taken before Christine Salerno.
15      This is Case No. 17, CV, 4869.  My name is
16  Anna Grady.  I'm a certified legal video
17  specialist from EcoScribe solutions.
18      This is Disc No. 1.  Would counsel please
19  identify themselves and state whom they
20  represent.
21          MR. SHEARER:  This is Shawn
22  Shearer, plaintiff's counsel for Mr. Steven B.
23  Barger.  And with me is Brenda Barger, my
24  paralegal.  We'll proceed.
25      My name is Shawn Barger.  I'm joined by
```

**Page 5**

```
 1  Brenda Barger, my paralegal.  This was to be a
 2  Rule 30(b)(6) deposition of First Data
 3  corporation.  In addition, there was an
 4  agreement with counsel Gary idle man that the
 5  testimony of Jennifer Voycheske as a 30(b)(6)
 6  witness may also be designated as a fact witness
 7  under Rule 30.
 8      It's now 9:32 a.m. on May -- on June 7th and
 9  no one has appeared from First Data.  No
10  witnesses from First Data.  Mr. Eidelman is not
11  here.  Ms. Gillian Cooper is not here.  None of
12  the counsel for First Data are present.
13      We'll go off the record here in a moment for
14  a -- 15 minutes to give the deponent, or his
15  counsel, a bit more time; however, that is not
16  necessary.  I e-mailed Mr. Eidelman this
17  morning, about 20 minutes ago, to indicate that
18  we were here in Omaha at the noticed place for
19  the deposition.  Mr. Eidelman e-mail returned an
20  out of office.  I telephoned Mr. Eidelman, he
21  indicated he was not going to be here and made
22  some claims about indicating that he was not --
23  that he had indicated he was not going to
24  attend.  Those communications are not in my
25  recollection and are not in my records.
```

Page 6

1    I'm going to enter into the record Exhibit
2    No. 50 in this case which contains an e-mail
3    from me to miss -- Mr. Eidelman, Ms. Cooper and
4    associate with the same firm, Ms. Lindsay
5    Kennedy, with a CC to David Zeitlin, local
6    counsel on this case in New York, dated
7    May 22nd, 2018, at 2:51.  The e-mail states:
8    "Please see the attached letter and notice of
9    30(b)(6) deposition for Omaha."
10       The letter is also included.  The letter is
11   approximately two pages long and it specifies
12   the dates for these depositions to occur under
13   Rule 30(b)(6) in Omaha today at 9 a.m. at this
14   location.
15       Also attached to the letter is the notice of
16   Rule 30(b)(6) deposition and I'm going to read
17   that into the record and this is in Barger V
18   First Data, Case No. 1:17-CV-4869, pending in
19   the Eastern District of New York, captioned
20   Steven B. Barger plaintiff V. First Data
21   Corporation, et al, defendants, and it states:
22   "Notice of Rule 30(b)(6) deposition and
23   provides, Please take notice that pursuant to
24   Rules 30(b)(6) of the Federal Rules of Civil
25   Procedure, the plaintiff in the above captioned

Page 7

1    case will take the oral depositions under oath
2    of First Data corporation through one or more
3    officers, directors, agents or other
4    representatives who shall be designated to
5    testify on First Data's behalf regarding all
6    information known or reasonably available to
7    First Data with respect to the subject matter
8    identified in Exhibit A.  Plaintiff requests
9    that First Data provide notice of at least five
10   business dates, before the deposition, of the
11   names and employment positions of the
12   individuals designated to testify on First
13   Data's behalf.  This deposition shall commence
14   at 9 a.m. on June 7, 2018, to continue beginning
15   at 9 a.m. on June 8, 2018, if needed, at Regus
16   1299 Farnam Street, Suite 300, Omaha, Nebraska,
17   68102; or such other time and location as agreed
18   by the parties, and it shall be taken before a
19   duly certified court reporter and notary public
20   or other person authorized to administer oaths.
21   The depositions will be recorded by stenographic
22   and video means.  Dated May 22, 2018.  The law
23   office of Shawn Shearer, PC and then my
24   signature with my telephone number and contact
25   information.

Page 8

1    And I would like to enter that into the
2    record and we'll take a -- go off the record for
3    15 minutes, we'll come back to see if they show.
4    Off the record.
5         VIDEOGRAPHER:  Please stand by as
6    we go off the record.  The time is approximately
7    9:37 a.m.
8    (Recess was taken.)
9         VIDEOGRAPHER:  We are back on the
10   record.  The time is approximately 9:54 a.m.
11        MR. SHEARER:  Shawn Shearer again,
12   representing plaintiff Barger in Barger V. First
13   Data.  The citation was given before.
14       It is now 9:54 a.m.  No witnesses are here
15   for the defendant First Data.  Counsel for First
16   Data is not present at the noticed address.
17       At this time, we're going to suspend the
18   deposition and proceed accordingly with defense
19   counsel.  That is it, off the record.
20        VIDEOGRAPHER:  Please stand by as
21   we go off the record.  This is the end of disc
22   one, the time is approximately 9:54 a.m.
23        (Concluded at 9:54 a.m.)
24
25

Page 9

1                C E R T I F I C A T E
2
3        I, Christine M. Salerno, RPR, do hereby certify
4    that the within and following complete transcript
5    contains all the evidence requested to be transcribed
6    by me, from the proceedings had in or at the trial of
7    the foregoing cause in said court; and that said
8    complete transcript is a correct and complete
9    transcription of the evidence requested to be
10   transcribed from the record made at the time of said
11   proceedings or trial.
12       Dated this 11th day of June, 2018.
13
14
15                    *signature*
16              Christine M. Salerno, RPR
17
18
19
20
21
22
23
24
25

```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF NEW YORK


 STEVEN B. BARGER, an individual,) Case No.:1:17-CV-4869
                                 )
         Plaintiff,              )
                                 ) TELEPHONIC STATEMENT
     vs.                         )
                                 )  ON THE RECORD
 FIRST DATA CORPORATION, et al,  )
                                 )
         Defendants.             )




 DATE:  June 8, 2018

 TIME:  9:02 a.m.

 PLACE:  Regus 1299 Farnam Street, Suite 300, Omaha,
 Nebraska









 Job No. 28253
```

Page 2

**A P P E A R A N C E S**

APPEARING ON BEHALF OF PLAINTIFF:
   Mr. Shawn E. Shearer - VIA TELEPHONE
   Attorney at Law
   THE LAW OFFICE OF SHAWN SHEARER, P.C.
   3839 McKinney Avenue, Suite 155-254
   Dallas, Texas 75204
   (972)803-4499
   shawn@shearerlaw.pro

APPEARING ON BEHALF OF DEFENDANTS:
   Mr. Gary B. Eidelman - NOT PRESENT
   Attorney at Law
   SAUL EWING ARNSTEIN & LEHR LLP
   Lockwood Place
   500 East Pratt Street
   Baltimore Maryland 21202-3133
   (410)332-8975
   gary.eidelman@saul.com

(Court reporter took statement via speaker phone.)

ALSO PRESENT: Brenda Barger - VIA TELEPHONE

Page 3

(Whereupon, at 9:00 a.m., the following proceedings were had:)

MR. SHEARER: I am Shawn Shearer of the Law Office of Shawn Shearer, P.C., counsel for the plaintiff, Steven Barger, in the case of Steven Barger V. First Data Corporation, et al. Case No. 1:17-CV-4869, pending in the Federal District Court for the Eastern District of New York.

It is 9 a.m. on June 8, 2018. I am at the Regus offices located at 1299 Farnam Street, Suite 300, Omaha, Nebraska.

This is the time and place for the second day of the Rule 30(b)(6) depositions of the defendant First Data.

As like yesterday, June 7th, 2018, neither representatives of First Data, nor counsel for First Data, have appeared here at this date and time period for those depositions.

The notice of Rule 30(b)(6) depositions was served on counsel for First Data on May 22, 2018, and that notice is included as Exhibit 50 to the transcript of June 7, 2018.

Because witnesses for First Data have not appeared at the designated time and place, these

Page 4

depositions are again suspended. That is it, we can go Off the record.

(Discussion off the record.)

Also note that my paralegal Brenda Barger is here with me.

(Concluded at 9:03 a.m.)

Page 5

C E R T I F I C A T E

I, , do hereby certify that the within and following complete transcript contains all the evidence requested to be transcribed by me, from the proceedings had in or at the trial of the foregoing cause in said court; and that said complete transcript is a correct and complete transcription of the evidence requested to be transcribed from the record made at the time of said proceedings or trial.

Dated this 11th day of June, 2018.

_[signature]_

```
 1
 2
               IN THE UNITED STATES DISTRICT COURT
 3
                  EASTERN DISTRICT OF NEW YORK
 4
 5   ---------------------------------------
     STEVEN B. BARGER, an individual
 6
                     Plaintiff,
 7
                 vs.                        Index No.
 8                                          1:17-CV-
     FIRST DATA CORPORATION, et al,         4869
 9
                     Defendants.
10   ---------------------------------------
11
12
13
14                 STATEMENT ON THE RECORD
15                    New York, New York
16                  Friday, June 22, 2018
17
18
19
20
21
22   Reported by:
     Jeremy Frank, MPM
23   JOB NO. 28285
24
25
```

Case 1:17-cv-04869-FB-LB   Document 55-5   Filed 08/22/18   Page 17 of 20 PageID #: 938

STEVEN B. BARGER -against- FIRST DATA                                    Job 28285
Statement On the Record on June 22, 2018  Certificate of Non-Appearance  Pages 2..5

Page 2

```
 1
 2                June 22, 2018
 3                9:19 a.m.
 4
 5       Statement on the record, held at the
 6   offices of Regus, 100 Church Street, New York,
 7   New York, before Jeremy Frank, a Notary Public
 8   of the State of New York.
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1
 2   A P P E A R A N C E S:
 3
 4       ZEITLIN & ZEITLIN, P.C.
 5       Attorneys for Plaintiff
 6            50 Court Street, Suite 506
 7            Brooklyn, NY 11201
 8       BY:  DAVID A. ZEITLIN, ESQ., of counsel
 9            David@Zeitlinlawfirm.com
10            (718) 596-6815
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1
 2                I N D E X
 3
 4   EXHIBIT          DESCRIPTION              PAGE
 5   Plaintiff's Exhibit 1   Notice for Adam Rosman   7
 6   Plaintiff's Exhibit 2   Unsigned declaration of
 7                  Adam Rosman                 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 5

```
 1
 2       MR. ZEITLIN:  My name is David
 3   Zeitlin of Zeitlin & Zeitlin, P.C.  We
 4   represent the plaintiffs in the case of
 5   Barger versus First Data Corporation, et
 6   al.  This was to be the deposition of
 7   Adam Rosman, the executive vice
 8   president, general counsel and secretary
 9   of First Data Corporation pursuant to
10   Rule 30 of the Federal Rules of Civil
11   Procedure in Civil Case number
12   117-CV-04869 pending in the Federal
13   District for the Eastern District of New
14   York.
15       It is now 20 after 9:00 on June
16   22nd, and neither Mr. Rosman nor the
17   defendants' counsel have appeared.  We
18   will go off the record for 10 or 15
19   minutes to give the deponent and his
20   counsel a little bit more time.
21       (Whereupon, an off-the-record
22   discussion was held.)
23       (Time noted:  9:20 a.m.)
24       (Time noted:  9:32 a.m.)
25       MR. ZEITLIN:  We are back on the
```

Case 1:17-cv-04869-FB-LB   Document 55-5   Filed 08/22/18   Page 18 of 20 PageID #: 939

STEVEN B. BARGER -against- FIRST DATA
Statement On the Record on June 22, 2018  Certificate of Non-Appearance
Job 28285
Pages 6..9

Page 6

1  record.
2  
3      It is now 9:32 on June 22nd, 2018,
4  and Mr. Rosman and his counsel still have
5  not appeared at the designated time and
6  location for Mr. Rosman's deposition.
7  This deposition was properly noticed and
8  served on June 8th, 2018 by e-mail from
9  plaintiff's counsel to the ECF e-mail
10 addresses for defense counsel, namely Mr.
11 Gary Eidelman, Ms. Gillian Cooper, and
12 Ms. Lindsey Kennedy.
13     The notice of deposition provided
14 that Mr. Rosman's deposition was to occur
15 here at 100 Church Street on the eighth
16 floor, New York City, New York 10007
17 beginning at 9:00 a.m. on June 22nd,
18 2018.  Defense counsel has indicated in
19 writing several times after service of
20 this notice that Mr. Rosman would not be
21 appearing.  Plaintiff's counsel offered
22 for Mr. Rosman to execute a sworn
23 declaration in lieu of appearance.
24 Defense counsel refused for Mr. Rosman to
25 execute a sworn deposition in lieu of his

Page 7

1  
2  appearance here today.
3      No motion for protective order has
4  been filed with the court seeking to halt
5  this deposition as noticed.  A true and
6  correct copy of the notice of intention
7  to take oral deposition of Mr. Rosman and
8  certificate of service will be included
9  as Plaintiff's Exhibit 51 attached to
10 this transcript.
11     (Plaintiff's 51, Notice for Adam
12 Rosman, marked for identification, as of
13 this date.)
14     MR. ZEITLIN:  A true and correct
15 copy of the form of declaration plaintiff
16 requested that Mr. Rosman complete and
17 sign in lieu of providing deposition
18 testimony today will be marked as
19 Plaintiff's Exhibit 52.
20     (Plaintiff's 52, Unsigned
21 declaration of Adam Rosman, marked for
22 identification, as of this date.)
23     MR. ZEITLIN: Defense counsel
24 refused to provide the written
25 declaration of Mr. Rosman in lieu of this

Page 8

1  
2  deposition.  It is now 9:34 and deponent
3  and counsel have still not appeared.
4  This deposition is suspended due to
5  nonappearance.
6      We can go off the record.
7      (Whereupon, an off-the-record
8  discussion was held.)
9      (Time noted:  9:34 a.m.)

Page 9

1  
2          C E R T I F I C A T E
3  STATE OF NEW YORK   )
4                      : ss.
5  COUNTY OF NEW YORK  )
6  
7      I, Jeremy Frank, a Notary Public within
8  and for the State of New York, do hereby
9  certify:
10     That, the proceedings was duly reported
11 by me and that such deposition is a true
12 record of the testimony given by the parties.
13     I further certify that I am not related
14 to any of the parties to this action by blood
15 or marriage, and that I am in no way
16 interested in the outcome of this matter.
17     IN WITNESS WHEREOF, I have hereby
18 set my hand on the 22nd day of June, 2018.
19
20     _____
21         JEREMY FRANK, MPM

```
              IN THE UNITED STATES DISTRICT COURT

              FOR THE EASTERN DISTRICT OF NEW YORK



STEVEN B. BARGER, an
individual,

            Plaintiff,

vs.                                    Case No.:  1:17-cv-4869

FIRST DATA CORPORATION,
et al.,

            Defendants.
_____/




                    STATEMENT ON THE RECORD




Date:               Tuesday, July 3, 2018


Time:               11:27 a.m.


Location:           Regus
                    2100 Geng Road, Suite 210
                    Palo Alto, California 94303

Job No. 28400

Taken before:       AUDREY L. PHILIPPE, CSR 13288
                          ---oOo---
```

STEVEN B. BARGER -against- FIRST DATA                                             Job 28400
Proceedings   on July 03, 2018   Certificate of Non-Appearance                    Pages 2..5

```
                                                    Page 2                                                    Page 3
 1              A P P E A R A N C E S                          1              P R O C E E D I N G S
 2                                                             2
 3       SHAWN E. SHEARER, ESQ., The Law Office of Shawn       3       MR. SHEARER:  My name is Shawn Shearer of the
 4   Shearer, P.C., 3839 McKinney Avenue, Suite 155-254,       4   Law Office of Shawn Shearer, and I represent the
 5   Dallas, Texas 75204, 972-803-4499, appeared as counsel    5   Plaintiff in the case of Barger v. First Data
 6   on behalf of the Plaintiff.                               6   Corporation, et al.
 7                                                             7       This was to be the deposition of EJ Jackson,
 8                    ---o0o---                                8   Senior Vice President of First Data Corporation,
 9                                                             9   pursuant to Rule 30 of the Federal Rules of Civil
10                                                            10   Procedure in civil case number 1:17-cv-04869 [verbatim],
11                                                            11   pending in the Federal district for the Eastern District
12                                                            12   of New York.
13                                                            13       It is now 11:27 a.m. Pacific time on July 3rd,
14                                                            14   2018, and neither EJ Jackson, nor the defendants'
15                                                            15   counsel have appeared.  By letter, e-mailed to defense
16                  E X H I B I T S                           16   counsel the morning of July 2nd, 2018, I advised defense
17                                                            17   counsel that plaintiff's counsel would be in attendance
18   EXHIBIT      DESCRIPTION                       PAGE      18   today and I intended to proceed with the deposition of
19   Exhibit 1    Notice of Intention to Take         4       19   Mr. EJ Jackson.
                  Oral Deposition of EJ Jackson;              20       Counsel for the defendants, Mr. Gary Eidelman,
20                Certificate of Service                      21   e-mailed me on July 2nd, 2018, at 10:52 a.m. Pacific
                  (3 pages)                                   22   time and indicated the following, and I quote
21                                                            23   Mr. Eidelman [as read]:
                    ---o0o---                                 24       "Let me make this crystal clear, as we have done
22                                                            25   repeatedly in the past - EJ Jackson will not be produced
23
24
25
```

```
                                                    Page 4                                                    Page 5
 1   for deposition tomorrow in California, nor will any       1              CERTIFICATE OF REPORTER
 2   counsel for First Data be in attendance."                 2
 3       This deposition was properly noticed and served       3       I, AUDREY L. PHILIPPE, CSR No. 13288, a Certified
 4   on June 8th, 2018, by e-mail from plaintiff's counsel to  4   Shorthand Reporter, do hereby certify:
 5   the ECF e-mailing addresses for defense counsel Mr. Gary  5       That the foregoing statement was taken before me
 6   Eidelman, Ms. Gillian Cooper, and Ms. Lindsey Kennedy.    6   at the time and place set forth and was taken down by me
 7       The Notice of Deposition provided that                7   in shorthand and thereafter reduced to computerized
 8   Mr. Jackson's deposition was to occur here, at 2100 Geng  8   transcription under my direction and supervision, and I
 9   Road, Suite 210, Palo Alto, California, beginning at      9   hereby certify the foregoing statement is a full, true,
10   11:00 a.m. Pacific time on July 3rd.                     10   and correct transcript of my shorthand notes so taken.
11       No motion for a protective order has been filed      11       And I further certify that I am neither counsel
12   with the Court seeking to halt this deposition as        12   for nor related to any party to said action nor in any
13   noticed.  A true and correct copy of the Notice of       13   way interested in the outcome thereof.
14   Intention to Take Oral Deposition of EJ Jackson and      14       IN WITNESS WHEREOF, I have hereunto subscribed my
15   Certificate of Service will be included as Plaintiff's   15   name this 9th day of July, 2018.
16   Exhibit 1 attached to this transcript.                   16
17       It is now 11:29 a.m. Pacific time.  The deponent     17
18   and counsel are not appearing.  This deposition is       18
19   suspended due to nonappearance.                          19
20       We can go off the record.                            20                    /s/ Audrey Philippe
21   (Whereupon, the Statement was concluded at 11:30 a.m.)   21                   _____
22       (Whereupon, Plaintiff's Exhibit No. 1                22                    AUDREY L. PHILIPPE
23        was marked for identification.)                     23                    CSR No. 13288
24                    ---o0o---                               24
25                                                            25
```