# EXHIBIT A

Shawn E. Shearer (*Pro Hac Vice*)
The Law Office of Shawn Shearer, P.C.
3839 McKinney Avenue, Suite 155-254
Dallas, Texas 75204
Telephone (972) 803-4499
shawn@shearerlaw.pro

Attorneys for Plaintiff
Steven B. Barger

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STEVEN B. BARGER, an individual<br><br>Plaintiff<br><br>v.<br><br>FIRST DATA CORPORATION, *et al.*<br><br>Defendants. | Case No. 1:17-cv-4869 |

**NOTICE OF INTENTION TO TAKE ORAL DEPOSITION OF
<u>EJ JACKSON</u>**

To:   EJ Jackson, a Senior Vice President of Defendant First Data Corporation, c/o Saul Ewing Arnstein & Lehr LLP, 500 E Pratt Street, Baltimore, Maryland 21202

PLEASE TAKE NOTICE that pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, the Plaintiff in the above-captioned case will take the oral deposition, under oath, of EJ Jackson, a Senior Vice President of Defendant First Data Corporation in the above referenced case. This deposition shall commence at **11:00 a.m. on July 3, 2018** at Regus - 2100 Geng Road, Suite 210, Palo Alto, California, 94303, or at such other time and location as agreed upon by the parties, and shall be taken before a duly certified court reporter and notary public or other person authorized by law to administer oaths. The deposition will be recorded by stenographic means.

Notice of Deposition – EJ Jackson          1

Dated: June 8, 2018

THE LAW OFFICE OF SHAWN SHEARER, P.C.

*[signature]*

Shawn Shearer (*Pro Hac Vice*)
3839 McKinney Avenue, Suite 155-254
Dallas, TX 75204
Tele: (972) 803-4499
*shawn@shearerlaw.pro*

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2018, I transmitted the attached document and a copy of the same to the following CM/ECF registrants via e-mail to each of their CM/ECF registered e-mail addresses.

>Gary Eidelman
>Saul Ewing Arnstein & Lehr
>500 E. Pratt Street, Suite 900
>Baltimore Maryland 21202-3133
>
>Gillian Cooper
>Saul Ewing Arnstein & Lehr
>650 College Road East, Suite 400
>Princeton, NJ 08540-6603
>
>Lindsey Kennedy
>Saul Ewing Arnstein & Lehr
>One PPG Place, Suite 3010
>Pittsburgh, PA 15222
>
>*Attorneys for Defendants*

_____
Shawn Shearer (*Pro Hac Vice*)
3839 McKinney Avenue, Suite 155-254
Dallas, TX 75204
Tele: (972) 803-4499
*shawn@shearerlaw.pro*