# EXHIBIT C

```
 1  IN THE UNITED STATES DISTRICT COURT
    EASTERN DISTRICT OF NEW YORK
 2  CASE NO. 1:17-cv-4869

 3  _____

 4  STEVEN B. BARGER, an individual,

 5            Plaintiff,

 6  vs.

 7  FIRST DATA CORPORATION, et al.,

 8            Defendant.

 9  _____

10                  DEPOSITION OF

11                  DANIEL CHARRON

12

13                  June 26, 2018

14                    1:00 p.m.

15

16              One Glenlake Parkway
                  Atlanta, Georgia
17

18

19

20          Shari L. Snow, CCR #B-2258

21

22

23

24  Job No. 28260

25
```

1  Q    So what would go into the spa management
2  system that -- from First Data that it hadn't been
3  going there before?
4  A    We would open up an API so that the software
5  developer could consume that data, and then when you
6  made a payment through that software application, it
7  would come to First Data.
8              MR. EIDELMAN:  So the record is clear,
9       and I don't have to come up with an affidavit,
10      what does API stand for?
11             THE WITNESS:  Application program
12      interface.
13             MR. EIDELMAN:  Thank you.
14 BY MR. SHEARER:
15 Q    In here, at the end, you also announce that
16 you hired somebody by the name of E.J. Jackson to run
17 the new integrated software group.  Is that what it's
18 called?
19 A    Yes.
20 Q    What was Mr. Jackson's title when he was
21 hired?
22 A    He was SVP of integrated solutions group.
23 Q    Okay.  Do you know what his salary was when
24 he was hired?
25 A    I don't know exactly what his salary was.

```
 1        Q    Were you involved in the negotiation of his
 2   contract?
 3        A    I was.
 4        Q    How long did it take to negotiate with
 5   Mr. Jackson?
 6        A    I don't know exactly.  I think it was latter
 7   part of the year of 2016, as we were negotiating that.
 8        Q    Is he still the responsible for the
 9   integrated solutions group?
10        A    No.
11        Q    What is his responsibility now?
12        A    He's responsible for security software
13   group.
14        Q    When did he move to the security software
15   group?
16        A    When we made an acquisition and his group
17   got expanded and integrated with our Car Connect
18   acquisition.  I'm not sure what the exact date of that
19   acquisition was.
20        Q    So does the integrated solutions group, in
21   whatever iteration it is now, still report to you?
22        A    No.
23        Q    Who does that report to?
24        A    Jeff Shanahan.
25        Q    Why did it move out of GBS?
```