# EXHIBIT D

```
 1            IN THE UNITED STATES DISTRICT COURT
                 EASTERN DISTRICT OF NEW YORK
 2                   CASE NO. 1:17-cv-4869

 3   - - - - - - - - - - - - - - - - - - - - - - - -

 4   STEVEN B. BARGER, an individual,

 5                      Plaintiff,

 6            -against-

 7   FIRST DATA CORPORATION, a

 8   Delaware Corporation; FRANK

 9   BISIGNANO, an individual; DAN

10   CHARRON, an individual; ANTHONY

11   MARINO, an individual; KAREN

12   WHALEN, an individual; LORI

13   GRAESSER, an individual;

14   RHONDA JOHNSON, an individual,

15                      Defendants.

16   - - - - - - - - - - - - - - - - - - - - - - - -

17

18                  CONFIDENTIAL VIDEO

19            DEPOSITION OF FRANK J. BISIGNANO

20                   NEW YORK, NEW YORK

21                 FRIDAY, JUNE 29, 2018

22

23   REPORTED BY:

24   DEBRA G. JOHNSON-SPALLONE, CSR, RPR

25   JOB NO. 28256
```

Case 1:17-cv-04869-FB-LB   Document 56-4   Filed 08/22/18   Page 3 of 5 PageID #: 966

```
 1              CONFIDENTIAL - FRANK BISIGNANO
 2   BY MR. SHEARER:
 3          Q.      So, you don't think that that --
 4          A.      I answered already.
 5          Q.      -- could be perceived as being
 6   insensitive by your African-American employees?
 7          A.      I am positive not.
 8                  I, actually, am --am disturbed that
 9   you would make that thought.
10          Q.      It is just, to me, that's an image
11   that -- that shouldn't be used in the workplace.
12          A.      The 800-pound gorilla, what am I
13   going to do?
14          Q.      Do you know somebody by the name of
15   E.J. Jackson?
16          A.      I know E.J. Jackson.
17                  I do know E.J. Jackson.
18                  I was part of recruiting E.J.
19   Jackson in the end.
20          Q.      Did you interview Mr. Jackson?
21          A.      I interviewed him once, yeah.
22          Q.      And what position was he hired to
23   take?
24          A.      He -- he was hired to -- to lead
25   and run what we told investors would be our biggest
```

1   CONFIDENTIAL - FRANK BISIGNANO
2   growth initiative, which was the ISG business.
3           Subsequently we invested
4   $1.6 billion in buying two companies in the ISG
5   business, but Mr. Jackson was an accomplished full
6   executive overseeing a business unit for SAP, and he
7   understood software very well, and he understood,
8   you know, many, many technical aspects.
9           So, what we did when we bought the
10  ISG business is, we moved Mr. Jackson over to run
11  our security and fraud business, and that's a few
12  $100,000,000.00 business, and he has it flourishing.
13          So, not sure -- not sure why E.J.
14  Jackson would come up in this conversation, but I'm
15  darn proud of that hire from a very senior SAP
16  executive.
17          Bill McDermott called me after we
18  hired him, the CEO of SAP, and said, "that's a great
19  hire.  He is going to do a great job for you.  He's
20  a complete, complete technologist, P&L Manager, and
21  the real deal."
22       Q.    Do you know what his salary was
23  when he began at First Data?
24       A.    I have no idea.
25       Q.    How long was he the Head of ISG,

```
 1            CONFIDENTIAL - FRANK BISIGNANO
 2   that's Integrated Solutions Group --
 3            A.    Yeah.  It's really ISG business.
 4   We call it ISG.  Put more things in there, but what
 5   we told investors in November, we would build it
 6   out, and he was building it out in a very good way.
 7   And so, he was running it until probably July when
 8   we bought CardConnect, and then we -- as a matter of
 9   fact, I know the CardConnect guys were, like, "put
10   him is our ward," and everybody wanted him, because
11   he was such a big, big leader, and a big
12   technologist, and had deep skills in technology,
13   and they run at a full P and L.
14                 I have no idea why we are talking
15   about E.J. Jackson, though, but that's okay.
16            Q.    Do you know how long the interview
17   process with Mr. Jackson lasted before he was hired?
18            A.    I think it went on for a while.
19                 I think it went on for a while.
20                 I think we talked to a bunch of
21   people.  Thought about a bunch of people.  He was
22   the last person we saw.
23            Q.    Several months?
24            A.    Let's say months.
25            Q.    Okay.
```