# EXHIBIT E

```
IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
CASE No. 1:17-cv-4869

- - - - - - - - - - - - - - - - - - - - - - - - - -x

STEVEN B. BARGER, an individual,

                Plaintiff,

        -against-

FIRST DATA CORPORATION, et al.

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - -x



            CONFIDENTIAL VIDEO

         DEPOSITION OF JOSH KING

            NEW YORK, NEW YORK

          THURSDAY, MAY 31, 2018
```

REPORTED BY:

DANIELLE GRANT

JOB NO.: 28015

```
 1              CONFIDENTIAL - JOSH KING
 2    -- through that whole process to the time it
 3    hits the wire?
 4            A    It varied.  It -- the gestation
 5    period probably took a week, maybe more.
 6            Q    Okay.  So this one is talking
 7    about the creation of the new Integrated
 8    Solutions Group, and it's dated January 13 --
 9            A    That's correct.
10            Q    -- 2017, and it addresses the
11    New Integration Solutions Group and the hiring
12    of E.J. Jackson.  That would have taken about
13    a week to get done?
14            A    Yes.  In the event that the
15    Integrated Solutions Group ISG had been
16    thought of long before the publishing date,
17    the team might have had a draft of this done
18    well before and kept it on standby until all
19    the I's were dotted and T's were crossed and
20    it was ready to distribute.  So the span of
21    time in which the first words were drafted for
22    this release to when it ultimately went out
23    could have been a significantly longer period
24    than a week in this case because I think there
25    were a lot of moving parts that went into the
```

```
 1              CONFIDENTIAL - JOSH KING
 2      announcement of ISG.
 3              Q    Okay.  And so was the driving
 4      for this release the hiring of E.J. Jackson?
 5              A    And the creation of this group.
 6              Q    Okay.  But the creation of the
 7      group had been being mulled around for some
 8      time you said?
 9              A    I don't -- well, I don't have
10      any specific recollection of how long this
11      release took.  As I recall, there was a fairly
12      long period of I dotting and T crossing that
13      went into getting ready to make this
14      announcement.
15              Q    Okay.  And I guess I'm trying
16      to -- which I's and T's were needed to be
17      crossed?
18              A    It probably had -- probably had
19      to do -- deal with aspects of Jackson's hire
20      and who would report to him within the
21      company.
22              Q    Okay.  Who was the management
23      committee member that was responsible for the
24      new Integrated Solution Group?
25              A    I don't know for sure.  I would
```

```
1              CONFIDENTIAL - JOSH KING
2    speculate -- ah, well, here is Dan Charron
3    being quoted, and that would probably be the
4    answer to that.
5         Q    Okay.  While you were at First
6    Data, did you ever take a leave of absence?
7         A    No.
8         Q    Did you ever take vacation
9    days?
10        A    Yes.
11        Q    How did you report those
12   vacation days into the First Data HR system?
13        A    I don't recall.
14        Q    Okay.  Did you?
15        A    Not to my recollection.
16        Q    And you were SVP?
17        A    Yes.
18        Q    Okay.  So did you ever work
19   from home?
20        A    No.
21        Q    Okay.  All your work was done
22   in the office?
23        A    Yes.  If I was working on
24   weekends, I would work from home.
25        Q    Okay.
```

Case 1:17-cv-04869-FB-LB   Document 56-5   Filed 08/22/18   Page 6 of 9 PageID #: 974

SBB - 001307
SBB - 001307

5/14/2018 First Data Opens Up the Future of Global Commerce with Broadened Collaboration, Expanded Developer Tools | First Data

(/en_us/home.html)

# First Data Opens Up the Future of Global Commerce with Broadened Collaboration, Expanded Developer Tools

13 Jan 2017

Author: First Data (/en_us/about-first-data/media/press-releases.html?author=First+Data)

Category: Corporate (/en_us/about-first-data/media/press-releases.html?cat=Corporate), International (/en_us/about-first-data/media/press-releases.html?cat=International), Financial (/en_us/about-first-data/media/press-releases.html?cat=Financial)

*Respected industry leader Edward "EJ" Jackson joins First Data to lead new Integrated Solutions Group*

*Retail cloud technology provider KWI joins many other ISVs in offering an end-to-end solution developed with new First Data business line*

**NEW YORK, JANUARY 13, 2017** – In a rapidly evolving FinTech ecosystem, speed, agility, and collaboration are critical. That's why today First Data (https://www.firstdata.com/en_us/home.html) (NYSE: FDC), a global leader in commerce-enabling technology, is launching First Data Integrated Solutions Group (ISG), a new business segment focused on expanded software developer tools for integration with First Data's platforms. With the formation of First Data Integrated Solutions Group, First Data is deepening its engagement with independent software vendors (ISVs), value-added resellers (VARs), software developers, system integrators, and other market participants to expand commerce capabilities around the globe.

"First Data has a long and established heritage of working with a diverse group of software partners, from leading developers in Silicon Valley to multinational technology companies," said Dan Charron, EVP of Global Business Solutions, First Data. "The First Data Integrated Solutions Group is an important milestone in our effort to further enhance our market-leading platform and operational processes to better serve partners and clients who have increasingly sophisticated technology needs."

## First Data Integrated Solutions

With support from First Data's Integrated Solutions Group, partners will be able to easily integrate and certify their solutions with First Data. A full library of easy-to-use integration specifications, allowing developers to securely embed payments and other value-added services into their software applications, will be available as part of First Data's ISG. Developers can also take advantage of a self-guided certification process or work with First Data specialists for certification assistance.

Plfs 27
EXHIBIT
MAY 3 1 2018
Danielle Grant

SBB - 001308  Case 1:17-cv-04869-FB-LB   Document 56-5   Filed 08/22/18   Page 7 of 9 PageID #: 975  SBB - 001308

5/14/2018  First Data Opens Up the Future of Global Commerce with Broadened Collaboration | Expanded Developer Tools | First Data

Partners will receive a "one-stop-shop" experience that addresses the full spectrum of developer needs, including:

- A developer portal for ISVs to manage their relationship with First Data, including self-directed or assisted integration as well as account management
- A broad menu of commercial options tailored to partners' individual preferences, including referral, independent reseller, or payment facilitator
- Sales, marketing, and training support
- Competitive, transparent compensation and incentive structures
- Automated boarding processes
- An extensive array of value-added services that complement payment card processing, such as TransArmor security, loyalty offerings, eCommerce solutions, and data & analytics tools
- 24/7 dedicated partner service and support
- Hardware fulfillment
- Access to First Data's global merchant acquiring footprint through a single integration

First Data is also launching enhancements to its Clover point-of-sale platform that allow developers to build their own branded solutions for merchants within the platform. The enhancements include:

- Use of Clover as a PCI PTS with SRED compliant, semi-integrated terminal that supports EMV, contactless payments, physical and virtual gift cards, and electronic checks
- A new "Platform-as-a-service" model, which allows POS developers to build their software directly on top of Clover's operating system and modular APIs
- Access to Clover source code, allowing developers to write their own register and order applications that can be deployed through the Clover cloud-based operating system

"The launch of Integrated Solutions marks an important new chapter of openness for First Data, and continues the spirit of collaboration we have built in recent years," said Guy Chiarello, President, First Data. "From our point-of-sale operating systems to our eCommerce solutions and mobile technology, First Data has made significant strides in building platforms to spur the development of next-generation FinTech innovations."

In addition, ISG today is announcing a collaboration with KWI, the pioneer of real-time cloud technology solutions for specialty retailers. KWI is the latest of many partners to integrate with First Data on a robust POS device that supports merchandising, omnichannel commerce, loyalty, and loss prevention.

"Working with First Data, we are able to provide the first end-to-end platform for specialty retailers that is both completely scalable and EMV ready, eliminating the cost and complexity of required certifications," said Sam Kliger, Founder and CEO of KWI. "The collaboration we announce today takes an innovative approach to solving some of the most significant challenges facing retailers now and in the future."

Case 1:17-cv-04869-FB-LB   Document 56-5   Filed 08/22/18   Page 8 of 9 PageID #: 976

SBB - 001309

5/11/2018   First Data Opens Up the Future of Global Commerce with Broadened Collaboration, Expanded Developer Tools | First Data

The KWI partnership follows First Data's successful integration with other leading software partners including Bypass Mobile, the developer of POS software for the sports and entertainment industries, and Booker Software, a provider of cloud-based appointment-booking and marketing software for the service industry.

**EJ Jackson joins First Data to lead ISG**

First Data has hired EJ Jackson, a widely-respected industry leader, to head up ISG. Jackson has spent more than two decades in leadership, product strategy, business development, marketing, and sales for VC-backed software companies. He comes to First Data from SAP, where he served as SVP and GM of SAP Anywhere. Prior to his role at SAP, Jackson was the president and founder of Provade Inc., a leading VMS SaaS provider in the market.

"I'm excited to join the First Data team and look forward to collaborating directly with the company's partners across the ISV and software developer community," said Jackson. "By leveraging the agility of our partners combined with the distribution, scale, and innovation of First Data, we can deliver best-in-class solutions to the marketplace."

"EJ has a proven track record of understanding the important role the developer community plays in the commerce ecosystem. We are thrilled to welcome him to the First Data team," added Charron.

To learn more about First Data's Integrated Solutions Group, visit our website (https://www.firstdata.com/en_us/about-first-data/first-data-partners/integrated-partners.html).

**About First Data**

First Data (NYSE: FDC) is a global leader in commerce-enabling technology and solutions, serving approximately six million business locations and 4,000 financial institutions in 118 countries around the world. The company's 24,000 owner-associates are dedicated to helping companies, from start-ups to the world's largest corporations, conduct commerce every day by securing and processing more than 2,500 transactions per second and $1.9 trillion per year.

**Media Contact**
Liidia Liuksila
212-515-0174
Liidia.Liuksila@firstdata.com (mailto:Liidia.Liuksila@firstdata.com)





STAY UP-TO-DATE WITH FIRST DATA

(http://www.facebook.com/FirstData)

(http://twitter.com/intent/follow?source=followbutton&variant=1.0&screen_name=FirstData)

(http://www.linkedin.com/company/first-data-corporation)

(http://www.youtube.com/user/firstdata?sub_confirmation=1)

Contact (/en_us/contact.html)

Careers (/en_us/about-first-data/careers-home.html)

Privacy & Legal (/en_us/privacy.html)

Site Map (/en_us/site-map.html)

United States/Change (/global-selector.html#change)

Follow First Data:

(http://www.facebook.com/FirstData)

(http://twitter.com/intent/follow?source=followbutton&variant=1.0&screen_name=FirstData)

(http://www.linkedin.com/company/first-data-corporation)

SBB - 001310                                                                    SBB - 001310