# EXHIBIT F

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STEVEN B. BARGER,<br><br>    Plaintiff,<br><br>  v.<br><br>FIRST DATA CORPORATION, et al.,<br><br>    Defendants. | Civil Action No. 1:17-cv-4869-FB-LB<br><br>**DEFENDANT FIRST DATA'S OBJECTIONS TO PLAINTIFF'S SIXTH SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS** |

Pursuant to Rule 34 of the Federal Rules of Civil Procedure and the Local Rules of this District, Defendant First Data Corporation ("First Data"), by and through its undersigned attorneys, hereby responds to the Fourth Set of Requests for Production of Documents propounded by Plaintiff Steven B. Barger ("Plaintiff" or "Barger") as follows:

## GENERAL OBJECTIONS

The following General Objections apply to the requests as a whole and to each request contained therein and shall be deemed incorporated by reference into each and every objection made herein to a specific request:

1. Defendant objects to the instructions and definitions set forth by Plaintiff to the extent that they exceed the discovery parameters of Rules 26 and 34 of the Federal Rules of Civil Procedure, and to the extent they impose or purport to impose any duties on Defendant beyond that already prescribed by said Rules.

2. Defendant objects to any Requests that will require Defendant to provide documents or information falling within the attorney-client privilege or protected under the work-product doctrine.

15. None of the responses below shall be understood, nor is intended, to be a waiver of any General or Specific Objection. Nor shall any response to a request be deemed an agreement or concession by Defendant that the subject matter thereof is relevant to this action.

## SPECIFIC OBJECTIONS AND RESPONSES

**Document Request No. 1:** Produce all Documents containing any terms and conditions upon which EJ Jackson was hired as Senior Vice President of First Data; a complete response to this request will include the offer letter, employment agreement, or other similar Documents setting forth EJ Jackson's initial annual salary, bonus, signing-bonus, equity buy-out, equity grants, and any other terms of the compensation package First Data offered EJ Jackson, and that were accepted by EJ Jackson, in connection with EJ Jackson's acceptance of employment with First Data.

**Response to Request No. 1:** Defendant objects to the request as it is harassing and seeks documents that are not relevant to the underlying claims or defenses at issue in this case. Specifically, Mr. Jackson's employment with First Data is completely irrelevant to the issues in this employment discrimination litigation. Plaintiff worked in a sales training group in Atlanta, a group entirely unrelated to Mr. Jackson's role with First Data.

Further, documents relating to Mr. Jackson's compensation and terms and conditions of employment are absolutely irrelevant to Plaintiff's claims of discrimination under the FMLA and ADA. Nor do those topics relate to Defendant's defense that Plaintiff was terminated as part of a reduction in force that impacted hundreds of First Data employees in the beginning of 2017.

Nothing in the record suggests that Mr. Jackson is at all relevant to any of the claims or defenses in this matter. Accordingly, Defendant views Plaintiff's request to seek information on Mr. Jackson as nothing but an attempt to intimidate and harass both Defendant and Mr. Jackson.

As To Objections,

        **SAUL EWING ARNSTEIN & LEHR LLP**
        *A Delaware LLP*

        */s/ Gary B. Eidelman*
        Gary B. Eidelman, Esq.
        (admitted *pro hac vice*)
        500 E Pratt Street
        Baltimore, Maryland 21202
        T: (410) 332-8975
        Gary.Eidelman@saul.com

        Gillian A. Cooper, Esq.
        650 College Road East, Suite 4000
        Princeton, New Jersey 08540
        T: (609) 452-5021
        Gillian.Cooper@saul.com

        Lindsey C. Kennedy, Esq.
        One PPG Place, Suite 3010
        Pittsburgh, Pennsylvania 15222
        T: (412) 209-2555
        Lindsey.Kennedy@saul.com

        *Attorneys for Defendants*

Dated: August 3, 2018