# EXHIBIT C

| | |
|---|---|
| **From:** | Eidelman, Gary B. |
| **Sent:** | Friday, June 08, 2018 5:44 PM |
| **To:** | 'Shawn Shearer'; Cooper, Gillian A.; Kennedy, Lindsey C. |
| **Cc:** | David Zeitlin |
| **Subject:** | RE: Barger v First Data - Notice of Deposition - EJ Jackson |

Shawn:

We have repeatedly objected to the deposition of EJ Jackson in this case as being completely irrelevant to the issues at hand, yet you insist on noticing his deposition. We have no choice but to file a motion for protective order with Judge Bloom.

**Gary B. Eidelman, Esq.**
Saul Ewing Arnstein & Lehr LLP
Office: 410.332.8975
Mobile: 410.303.8832

---

**From:** Shawn Shearer [mailto:shawn@shearerlaw.pro]
**Sent:** Friday, June 08, 2018 5:24 PM
**To:** Eidelman, Gary B.; Cooper, Gillian A.; Kennedy, Lindsey C.
**Cc:** David Zeitlin
**Subject:** Barger v First Data - Notice of Deposition - EJ Jackson

Gary, Gillian & Lindsey – the attached Notice of Deposition for EJ Jackson on July 3, 2018 is being served by this e-mail.

Shawn E. Shearer
The Law Office of Shawn Shearer, P.C.
3839 McKinney Avenue #155-254
Dallas, TX 75204
(214) 434-1594
www.shearerlaw.pro

THIS EMAIL MAY CONTAIN CONFIDENTIAL AND/OR PRIVILEGED INFORMATION AND IS INTENDED FOR USE ONLY BY THE NAMED RECIPIENT. ANY OTHER USE OF THIS INFORMATION OR ANY ATTACHMENTS IS FORBIDDEN. IF YOU RECEIVE THIS EMAIL IN ERROR, PLEASE DELETE