# EXHIBIT E

| | |
|---|---|
| **From:** | Kennedy, Lindsey C. |
| **Sent:** | Monday, June 18, 2018 6:51 PM |
| **To:** | 'shawn@shearerlaw.pro' |
| **Cc:** | 'david@zeitlinlawfirm.com'; Eidelman, Gary B.; Cooper, Gillian A. |
| **Subject:** | Depositions of Voycheske, Steffen, Pulverenti |

Shawn,

Gary is away from his computer and asked me to send you the following response:

Shawn:

I write regarding scheduling the depositions of Jennifer Voycheske, Amy Steffen, and Stephanie Pulverenti. I find it hard to believe that we are fighting over whether depositions need to be held on July 4 when other dates are available. Given Judge Bloom's comments last week, it seems unlikely that she would compel these witnesses to appear for deposition on Independence Day. My chart to you had a mistake on the date but not on the day of the week. I said the witnesses were available on the first Thursday in July. I put down the 4th instead of the 5th. In my email to you last week, I made it clear when Jennifer Voycheske was available: "We are not available on June 11, 2018 for Ms. Voycheske's deposition and we will not produce her on that date. She is available on the following dates (when other depositions are not scheduled): July 3, 5, 6, 11, 12, 23, 24, 25, 26, 30 and 31.  Pick from one of those dates." This obviously was not an effort to mislead you and I will explain that to Judge Bloom if necessary.

I have confirmed that Ms. Voycheske, Ms. Steffen, Ms. Pulverenti are all available on July 24, 30 and 31. All of the lawyers are available on those dates too. To minimize the inconvenience and cost and burden of expense to you and your client, we are prepared to produce these witnesses at your office in Dallas. I ask you to please select from one of these alternative dates. If we can't agree, we will need to bring this up with Judge Bloom.

We already produced to you today additional documents related to the Short Term Disability and Long Term Disability plans. We have additional documents relating to the fully insured Long Term Disability plan which we will produce to you tomorrow.

For the reasons we have previously stated, we will not produce Adam Rosman or EJ Jackson for the multiple reasons previously stated absent a court order. We will not be answering any questions regarding Henry Bisignano's injury. Continuing to raise this issue is not going to result in a response. Furthermore, Mr. Rosman will also not be completing the declaration you provided. There are other means of discovery to learn more information about the ERGs.

You will recall at the end of Tony Marino's investigation, I raised the topic of Mr. Barger's text messages with current and former employees. We will be sending you a letter about this topic.

Thank you and I remain hopeful that we can work out the issues regarding the July 4th depositions.



**Lindsey C. Kennedy**
**SAUL EWING ARNSTEIN & LEHR LLP**
One PPG Place ǀ Suite 3010 ǀ Pittsburgh, PA 15222
Tel: 412.209.2555 ǀ Fax: 412.209.2571
lindsey.kennedy@saul.com ǀ www.saul.com

* Please note that our Firm name and my email address have changed.