# EXHIBIT D

Page 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

```
_____
                               )
JESSICA FOUNTAIN               )
                               )
vs.                            )   No. 1:14-cv-00121-LM
                               )
FIRST DATA MERCHANT            )
SERVICES                       )
_____)
```

TELEPHONIC DEPOSITION OF JENNIFER L. VOYCHESKE

Deposition taken by agreement of counsel at Salem Legal Services, LLC, 45 Stiles Road, Suite 212, Salem, New Hampshire, on Thursday, September 24, 2015, commencing at 10:15 a.m.

Court Reporter:

Michelle Perrier Cole
Licensed Court Reporter
NH LCR No. 78 (RSA 310-A)

**EXHIBIT 16**

1   notified.

2       Q.  Okay.

3       A.  In August 20 of 2012 to February 20, 2013,

4   another recertification of an existing intermittent

5   leave.  She failed to recertify again, so that time

6   frame was not approved.  And she did apply, I believe,

7   on January 16, 2013, for an additional leave that was

8   never approved.

9       Q.  Okay.  Now, looking at the -- let's see.  The

10  March 30, 2010, leave that you said was canceled

11  because she failed to recertify, is it your

12  understanding that she returned to work after that?

13      A.  This is an intermittent leave, so the

14  understanding is she continued working during that

15  time and misses sporadic time off.

16      Q.  Okay.

17      A.  So we don't verbally say you must return to work

18  because the expectation is that you are at work,

19  taking time as needed.

20      Q.  As far as you know -- as far as your records

21  show, rather, she continued to be employed even though

22  there were a few periods of time when she failed to

23  recertify her leave?

Page 35

1   Q. And according to your records, did Jessica
2   Fountain submit this return to work form?
3   A. Yes.
4   Q. And I'd like you to go back to -- let me ask you
5   this. Did she file a request for leave for the time
6   period between January 16, 2013, and February 11,
7   2013?
8   A. She did.
9   Q. And what happened with that leave request?
10  A. We followed normal procedure in initiating her
11  the necessary paperwork to approve the leave. We
12  received back the medical information, reviewed it,
13  determined that we were missing information in order
14  to approve the leave. So we returned the forms --
15  medical forms back requesting that question 1 in
16  Section A be completed, as it was left blank, and it's
17  required for us to have that to approve it under FMLA.
18  So we returned it, I believe it came back to us with
19  some additional information that was vague that we
20  could not, again, support as a serious medical
21  condition. And then I believe at that point legal
22  became involved in Jessica's request, so we paused on
23  proceeding with processing her leave at their

Page 36

1  guidance.
2     Q.  Okay.  When you're referring to Section 1A, is
3  that -- does that appear on page 090?
4     A.  It does.
5     Q.  Okay.  So you just testified that there was
6  supplemental information supplied after this
7  particular document?
8     A.  Yes.  We returned this page for completion of
9  that section.  I believe we did receive it, however,
10 the additional information was still not sufficient to
11 approve the leave.  The medical facts were not
12 sufficient enough to certify a serious medical
13 condition under FMLA.
14    Q.  Okay.  And was her leave ultimately denied?
15    A.  It was closed.  I don't believe we got to the
16 point where a decision was made.
17    Q.  Okay.  And why was it closed?
18    A.  Because legal became involved in Jessica's
19 situation, so I believe our legal team advised our
20 leave analyst.
21       MR. WENTZ:  I'll just jump in.  I don't want
22 Jennifer to testify as to what any conversation may or
23 may not have occurred between legal and the leave

Page 41

1    A.   She didn't have an approved leave for her for
2    that time, so I can't -- I can't say for certain.
3    Q.   Okay. I'd like you to look at page 136.
4    A.   Okay.
5    Q.   And have you seen this document before?
6    A.   I have.
7    Q.   And what is this document?
8    A.   This document appears to be an Excel spreadsheet
9    that represents the entire timeline of all of
10   Jessica's leave requests from 2009 until February of
11   2015, specific details regarding approvals, denials,
12   cancellations, time approved.
13   Q.   And was this document in her -- the documents
14   that you examined from Jessica Fountain's file?
15   A.   Are the documents I was provided to review, yes.
16   I can't speak to whether it was physically in her file
17   at the time.
18   Q.   Okay. When you say provided for you to review,
19   I guess I'm confused. Provided from her file or from
20   another source? I'm not really sure what you mean.
21   A.   Both. Provided to me prior to this deposition
22   from the legal team as to what was submitted when the
23   information was requested regarding her leave.

Page 42

1  Q. Okay. So is it your testimony that this is an
2  accurate representation of all of the leave start and
3  end dates, etcetera, for Jessica Fountain during the
4  time she was employed at First Data?
5  A. I would agree with all being accurate except for
6  the final entry, where it indicates that her leave
7  from 1/16 to 2/11 was approved. That is not accurate.
8  Q. And how do you account for that?
9  A. I didn't create this spreadsheet, so I don't
10 know who indicated that.
11 Q. So when you examined all of the records from
12 First Data's files, you determined that her FMLA
13 request in January of 2013 was closed; is that
14 correct?
15 A. Yes.
16 Q. But this spreadsheet says that her leave was
17 approved?
18 A. I view it as an error.
19 Q. And so -- I mean, I will tell you that your
20 counsel, First Data's counsel, produced this document.
21 But you don't know where it came from; is that
22 correct?
23 A. That's correct. I can speculate, but I don't

| Name | EE ID# | start date | end date | Leave Reason | Approval | Type of Leave | Frequency | File Attached | HRSC Tickets |
|---|---|---|---|---|---|---|---|---|---|
| Jessica Fountain | 182925 | 9/30/2009 | 3/30/2010 | employee illness | yes | intermittent | up to 5 days as needed | | |
| | | 3/30/2010 | 9/20/2010 | employee illness | FTR | intermittent | Failed to Report | | |
| ✓ | | 4/6/2011 | 10/6/2011 | Care of child | yes | intermittent | 3-5 episodes/wk, 2-3 hours each episode | | |
| ✓ | | 10/6/2011 | 4/6/2012 | Care of child | FTR | intermittent | Failed to Report | | |
| ✓ | | 2/20/2012 | 8/20/2012 | Care of child | yes | intermittent | 2-3 times per | | |
| ✓ | | 8/20/2012 | 2/20/2013 | Care of child | FTR | intermittent | Failed to Report | | |
| ✓ | | 1/16/2013 | 2/11/2013 | employee illness | yes | continuous | Termed 2/11/2013 | | |

**EXHIBIT 17**

First Data 00346