# EXHIBIT F

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN B. BARGER,<br><br>Plaintiff,<br><br>v.<br><br>FIRST DATA CORPORATION, et al.,<br><br>Defendants. | **Civil Action No. 1:17-cv-4869-FB-LB**<br><br>**DEFENDANT FIRST DATA'S RESPONSES AND OBJECTIONS TO PLAINTIFF'S SEVENTH SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS** |

Pursuant to Rule 34 of the Federal Rules of Civil Procedure and the Local Rules of this District, Defendant First Data Corporation ("First Data"), by and through its undersigned attorneys, hereby responds to the Fourth Set of Requests for Production of Documents propounded by Plaintiff Steven B. Barger ("Plaintiff" or "Barger") as follows:

## GENERAL OBJECTIONS



## SPECIFIC OBJECTIONS AND RESPONSES

**Document Request No. 1:** Produce the entire transcript of all depositions of First Data employee Ms. Jennifer Voycheske taken in the case of Jessica Fountain v. First Data Merchant Services (United States District Court for the District of New Hampshire, Case No. 1:14-cv-00121-LM).

**Response to Request No. 1:** Defendant objects to the request as it is seeks documents that are not relevant to the underlying claims or defenses. Defendant further objects on the grounds that deposition testimony by a witness in an unrelated case is not relevant to the claims or defenses at issue in this case. *See Godson v. Eltman, Eltman & Cooper, PC*, No. 11-CV-0764S(SR), 2017 WL 77109, at *2 (W.D.N.Y. Jan. 9, 2017) (granting defendant's motion for protective order where plaintiff sought depositions transcripts from another lawsuit); *see also Eisai Inc. v. Sanofi-Aventis U.S., LLC*, No. CIV.A. 08-4168 MLC, 2012 WL 628320, at *4 (D.N.J. Feb. 27, 2012) (denying plaintiff's motion to compel defendant to produce deposition transcripts from prior case).

**Document Request No. 2:** Produce the entire transcript of the direct and cross-examination testimony, and questioning, of Ms. Jennifer Voycheske in the case of Jessica Fountain v. First Data Merchant Services (United States District Court for the District of New Hampshire, Case No. 1:14-cv-00121-LM).

**Response to Request No. 2:** Defendant incorporates by reference its response to Request No. 1. Subject to the General Objections and stated specific objections, none.

**Document Request No. 3:** Produce all sworn affidavits, declarations and similar sworn documents executed by Ms. Jennifer Voycheske in the case of Jessica Fountain v. First Data Merchant Services (United States District Court for the District of New Hampshire, Case No. 1:14-cv-00121-LM).

4

**Response to Request No. 3:** Defendant incorporates by reference its response to Request No. 1. Subject to the General Objections and stated specific objections, none.

        As To Objections,

        **SAUL EWING ARNSTEIN & LEHR LLP**
        *A Delaware LLP*

        */s/ Gary B. Eidelman*
        Gary B. Eidelman, Esq.
        (admitted *pro hac vice*)
        500 E Pratt Street
        Baltimore, Maryland 21202
        T: (410) 332-8975
        Gary.Eidelman@saul.com

        Gillian A. Cooper, Esq.
        650 College Road East, Suite 4000
        Princeton, New Jersey 08540
        T: (609) 452-5021
        Gillian.Cooper@saul.com

        Lindsey C. Kennedy, Esq.
        One PPG Place, Suite 3010
        Pittsburgh, Pennsylvania 15222
        T: (412) 209-2555
        Lindsey.Kennedy@saul.com

        *Attorneys for Defendants*

Dated: August 7, 2018