# EXHIBIT H

**From:** Shawn Shearer
**Sent:** Saturday, August 25, 2018 11:45 AM
**To:** Eidelman, Gary B.; Cooper, Gillian A.; Kennedy, Lindsey C.
**Subject:** Barger v. First Data - Demand for Production

ATTEMPT TO RESOLVE A DISCOVERY DISPUTE

Gary – Please advise me whether First Data will produce the documents responsive to the following production requests this week. If not, I will be forced to seek a motion to compel. Ms. Voycheske's testimony included as exhibits to the summary judgment motions in Fountain v. First Data (a FMLA case indicates similar confusion as to start dates and goes to the question of the records and systems upon which she relies). See the attached. A complete transcript of her testimony is directly relevant to her credibility in connection with the two declarations she has signed in the case of Barger v. First Data and the accuracy of the records used by the leave management team. See the Exhibits to the attached Memorandum in Support of First Data's Summary Judgment in the Fountain case.

**REQUEST NO. 1:** Produce the entire transcript of all depositions of First Data employee Ms. Jennifer Voycheske taken in the case of Jessica Fountain v. First Data Merchant Services (United States District Court for the District of New Hampshire, Case No. 1:14-cv-00121-LM).

**REQUEST NO. 2:** Produce the entire transcript of the direct and cross-examination testimony, and questioning, of Ms. Jennifer Voycheske in the case of Jessica Fountain v. First Data Merchant Services (United States District Court for the District of New Hampshire, Case No. 1:14-cv-00121-LM).

**REQUEST NO. 3:** Produce all sworn affidavits, declarations and similar sworn documents executed by Ms. Jennifer Voycheske in the case of Jessica Fountain v. First Data Merchant Services (United States District Court for the District of New Hampshire, Case No. 1:14-cv-00121-LM).

Shawn E. Shearer
The Law Office of Shawn Shearer, P.C.
3839 McKinney Avenue #155-254
Dallas, TX 75204
(972) 803-4499
www.shearerlaw.pro

THIS EMAIL MAY CONTAIN CONFIDENTIAL AND/OR PRIVILEGED INFORMATION AND IS INTENDED FOR USE ONLY BY THE NAMED RECIPIENT. ANY OTHER USE OF THIS INFORMATION OR ANY ATTACHMENTS IS FORBIDDEN. IF YOU RECEIVE THIS EMAIL IN ERROR, PLEASE DELETE