UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
STEVEN B. BARGER,

                       Plaintiff,

-against-

FIRST DATA CORPORATION, FRANK
BISIGNANO, DAN CHARRON, ANTHONY
MARINO, KAREN WHALEN, LORI
GRAESSER, AND RHONDA JOHNSON,

                       Defendants.
----------------------------------------------------------X

Civil Action No.:
1:17-cv-04869(FB)(LB)

**STIPULATION REGARDING THE EFFECT OF THE STIPULATED CONFIDENTIALITY OF DISCOVERY MATERIAL ORDER <u>ON NON-PARTY DISCOVERY</u>**

**WHEREAS**, Plaintiff Steven B. Barger served Non-Party Metropolitan Life Insurance Company ("MetLife") with a Non-Party Subpoena to Testify at a Deposition in a Civil Action and to Produce Documents, Electronically Stored Information, or Objects ("Plaintiff's Non-Party Subpoena") in this matter on July 10, 2018; and

**WHEREAS**, MetLife agreed to produce certain confidential documentation subject to a "So Ordered" Confidentiality Order in its Responses and Objections to Plaintiff's Non-Party Subpoena;

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, attorneys of record for all the parties to the above-captioned action as well as the attorneys for Non-Party MetLife, that the terms of the Stipulated Confidentiality of Discovery Material Order that was "So Ordered" by the Hon. Lois Bloom, U.S.M.J. on November 30, 2017 apply to documentation produced by Non-Party MetLife in this action pursuant to Plaintiff's Non-Party Subpoena. (Doc. No. 23).

_[signature]_
David Zeitlin, Esq.
ZEITLIN & ZEITLIN, P.C.
Stephen Zeitlin, Esq.
50 Court Street, Suite 506
Brooklyn, New York 11201
Tel (718)596-6815
*Local Counsel for Plaintiff Steven B. Barger*

_[signature]_
Shawn Shearer, Esq.
THE LAW OFFICE OF SHAWN SHEARER, P.C.
3839 McKinney Avenue, #155-254
Dallas, TX 75204
Tel (214) 434-1594
*Lead Counsel for Plaintiff Steven B. Barger*

_[signature]_
Gary B. Eidelman, Esq.
Gillian Ashley Cooper, Esq.
Lindsey Conrad Kennedy, Esq.
SAUL EWING ARNSTEIN & LEHR, LLP
500 East Pratt Street
Baltimore, MD 21202
Tel (410) 332-8975
*Attorneys for Defendants First Data Corporation, Frank Bisignano, Dan Charron, Karen Whalen, Rhonda Johnson*

_[signature]_
Michael H. Bernstein, Esq.
Matthew P. Mazzola, Esq.
666 Third Avenue, 20th floor
New York, NY 10017
Main (212) 451-2900
Fax (212) 451-2999
*Attorneys for Non-Party Metropolitan Life Insurance Company*

So Ordered:

_____
Hon. Lois Bloom, U.S.M.J.