**PLAINTIFF'S OBJECTION TO ORDER**

**PURSUANT TO FED. R. CIV. P. 72(a)**

# EXHIBIT I

**Subject:** Opposition to 12(c) & Voycheske Affidavit - RESPONSE NEEDED
**From:** "Shawn Shearer" <shawn@shearerlaw.pro>
**Date:** 2/21/2018 9:12 AM
**To:** "'Eidelman, Gary B.'" <Gary.Eidelman@saul.com>, "'Cooper, Gillian A.'" <Gillian.Cooper@saul.com>

Please see the attached correspondence regarding the Opposition to the 12(c) Motion and its attached Affidavit. As noted in the letter, I need a response by 2:00 pm cst to avoid cost and expense.

**Shawn E. Shearer**
The Law Office of Shawn Shearer, P.C.
3839 McKinney Avenue #155-254
Dallas, TX 75204
(214) 434-1594
www.shearerlaw.pro

**THIS EMAIL MAY CONTAIN CONFIDENTIAL AND/OR PRIVILEGED INFORMATION AND IS INTENDED FOR USE ONLY BY THE NAMED RECIPIENT. ANY OTHER USE OF THIS INFORMATION OR ANY ATTACHMENTS IS FORBIDDEN. IF YOU RECEIVE THIS EMAIL IN ERROR, PLEASE DELETE ALL COPIES AND, IF POSSIBLE NOTIFY THE INTENDED RECIPIENT.**

—Attachments:—

20180221 Ltr to SEAL re Voycheske Aff and Depo.pdf          113 KB

# THE LAW OFFICE OF SHAWN SHEARER, P.C.
3839 McKINNEY AVENUE, SUITE 155-254
DALLAS, TEXAS 75204
OFFICE: (214) 434-1594
SHAWN@SHEARERLAW.PRO

February 21, 2018

**Via E-mail (Gary.Eidelman@saul.com) (Gillian.Cooper@saul.com)**

| | |
|---|---|
| Gary Eidelman | Gillian Cooper |
| Saul Ewing Arnstein & Lehr LLP | Saul Ewing Arnstein & Lehr LLP |
| 500 Pratt Street, Suite 900 | 650 College Road East, Suite 4000 |
| Baltimore, MD 21022-3133 | Princeton, NJ 08540-6603 |

Re: *Barger v. First Data Corporation et al.* - Civil Action No. 1:17-cv-4869
Jennifer Voycheske Affidavit
Depositions of Jennifer Voycheske & Lori Graesser

Gary and Gillian:

    I reviewed your Opposition to the Rule 12(c) Motion and the attached Affidavit of Jennifer Voycheske. The Affidavit contains perjured statements. The Affidavit was clearly written by counsel. There are two options.

    First, you can pull the affidavit and provide a revised Opposition by the end of day tomorrow, containing absolutely no perjured statements, with our reply due on March 1, 2018. I will notify the Court of the revised briefing schedule with no explanation as to why the schedule has changed.

    Second, I will notice back-to-back video depositions of Jennifer Voycheske and Lori Graesser for 1 p.m. this Friday, February 23, 2018, in Omaha. The stenographer is working on locations now and as soon as I know where the depositions will occur, I will serve you notices of deposition for both Ms. Voycheske and Ms. Graesser today.

    Please let me know which option you choose by 2:00 p.m. central time today, February 21, 2018.

Very truly yours,

Shawn E. Shearer