UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN B. BARGER, an individual, | Civil Case No.: 1:17-cv-04869-FB-LB |
| Plaintiff, | |
| v. | NOTICE OF MOTION TO WITHDRAW AS ATTORNEY OF RECORD |
| FIRST DATA CORPORATION, *et al.*, | |
| Defendants. | |

PLEASE TAKE NOTICE THAT upon on the Declaration of Lindsey C. Kennedy, Esq., the undersigned will move this Court at the United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, NY 11201, upon a date to be determined by the Court, for an Order pursuant to Local Civil Rule 1.4 granting Lindsey C. Kennedy, Esq. leave to withdraw as attorney of record for Defendants.

Dated:  September 27, 2018

*/s/ Lindsey C. Kennedy*
Lindsey C. Kennedy, Esq.
Saul Ewing Arnstein & Lehr LLP
One PPG Place, Suite 3010
Pittsburgh, PA  15222
412-209-2555
lindsey.kennedy@saul.com

*Attorney for Defendants*