UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN B. BARGER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FIRST DATA CORPORATION, FRANK BISIGNANO, DAN CHARRON, ANTHONY MARINO, KAREN WHALEN, and RHONDA JOHNSON,<br><br>Defendants. | Civil Case No.: 1:17-cv-04869-FB-LB<br><br>**DECLARATION OF LINDSEY C. KENNEDY, ESQ. IN SUPPORT OF WITHDRAWAL AS ATTORNEY OF RECORD** |

I, Lindsey C. Kennedy, Esq., being of full age, hereby certify as follows:

1. I am an attorney at the law firm of Saul Ewing Arnstein & Lehr LLP, representing Defendants in this matter.

2. I am submitting this declaration in accordance with Local Civil Rule 1.4.

3. I respectfully request to be terminated as attorney of record because I am leaving Saul Ewing Arnstein & Lehr LLP and will no longer be employed by the firm after September 28, 2018.

4. My colleagues Gary B. Eidelman, Esq. and Gillian A. Cooper, Esq. are attorneys of record for Defendants and will continue to represent Defendants in this matter.

5. I am not asserting a retaining or charging lien.

6. I respectfully request that the Clerk's office remove me from the list of recipients of notices of electronic filing.

7. I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Dated:  September 27, 2018          */s/ Lindsey C. Kennedy*
                                     Lindsey C. Kennedy, Esq.

09/27/2018