# EXHIBIT B
# TO
# PLAINTIFF'S REPLY IN SUPPORT OF 72(a)

## March 11 & 12 Eidelman Family Loss Communications

# **EXHIBIT B-1**

**Sunday, March 11, 2018, 12 pm**

**Initial Notice of Cancelation of**

**Voycheske March 14, 2018 Deposition**

Case 1:17-cv-04869-FB-LB   Document 74-2   Filed 10/03/18   Page 3 of 17 PageID #: 1670

**Subject:** Depositions
**From:** "Eidelman, Gary B." <Gary.Eidelman@saul.com>
**Date:** 3/11/2018 12:01 PM
**To:** Shawn Shearer <Shawn@shearerlaw.pro>
**CC:** "david@zeitlinlawfirm.com" <david@zeitlinlawfirm.com>, "Cooper, Gillian A." <Gillian.Cooper@saul.com>, "Eidelman, Gary B." <Gary.Eidelman@saul.com>

Shawn,

I wanted to give you a heads up with as much notice as possible. We had to come to Pittsburgh this weekend because my mother in law, who has been very ill for 4 years, is close to death now. I suspect she will be gone within the next day or two which means the funeral will be shortly thereafter. I was planning on flying to Omaha late tomorrow night to defend the depositions but I need to cancel my flight. Accordingly, I would like us to reschedule the depositions for this coming Wednesday. Perhaps we can look in the next couple of weeks for dates that work. Thank you in advance for your understanding.

Gary B. Eidelman
Sent from my iPhone

"Saul Ewing Arnstein & Lehr LLP (saul.com) " made the following annotations:
+~~~~~~~~~~~~~~~~~~~~~~~~+
This e-mail may contain privileged, confidential, copyrighted, or other legally protected information. If you are not the intended recipient (even if the e-mail address is yours), you may not use, copy, or retransmit it. If you have received this by mistake please notify us by return e-mail, then delete.
+~~~~~~~~~~~~~~~~~~~~~~~~+

# **EXHIBIT B-2**

**Sunday, March 11, 2018, 2:52 pm**

**Initial Response to Notice of Cancelation**

**Of**

**Voycheske March 14, 2018 Deposition**

**Subject:** Re: Depositions
**From:** Shawn Shearer <shawn@shearerlaw.pro>
**Date:** 3/11/2018 2:52 PM
**To:** "Eidelman, Gary B." <Gary.Eidelman@saul.com>
**CC:** "Cooper, Gillian A." <Gillian.Cooper@saul.com>, David Zeitlin <David@zeitlinlawfirm.com>
**BCC:** shawn@shearerlawpro.com

Gary - I feel for your situation and hope the best for your family.

Arrangements have already been made for Plaintiffs travel to Omaha on Tuesday, conference rooms reserved, reporters and videographers scheduled for Wednesday morning. Plaintiff has made professional decisions around this date, a date that you both chose and confirmed to the Court in your Motion for Protective Order filed on March 6, 2018. The small businesses in Omaha, who also agreed to your chosen time and date, must now be told for the second time in a month that their work to organize and reserve their time is fornaught with only a few days to reschedule their deposition time in Omaha for other revenue opportunities. Any costs of a cancellation should be paid by Defendants. Not to mention Judge Bloom's order in the matter of your Motion for Protective Order, granting Plaintiff the deposition of Ms. Voycheske as scheduled.

I have already scheduled most of my time for March and was planning to work Mr. Bisignano in, out if deference to his many responsibilities as CEO of First Data. You refused to produce Ms. Voycheske on February 23rd, 2018, stating that two days notice was insufficient given busy schedules. Now, with two days notice, Saul Ewing, a firm of 800 lawyers with all the resources needed to cover defense of two deponents on one day, requests a delay for two or three weeks on two days notice.

As an accommodation, Plaintiff is willing to limit Wednesdays testimony to three hours total, with an expected two hours with Ms. Voycheske and one hour with Ms. Steffen, with both depositions then continued until a later time (mid-April).

You can send a different Saul Ewing partner, Ms. Cooper, or another senior associate. Or, First Data's local counsel who have defended Ms. Voycheske's prior depositions can attend. I can arrange for you to call-in, or FaceTime, as your email indicates that you have an iPhone. It can be your decision on whether the 9 a.m or 2 p.m. already scheduled times will be used for both depositions will be used.

In return, Plaintiff would like your response to his previous request for available times to depose Frank Bisignano within 30 days, which is by April 5th based on Plaintiff s original request. As I indicated, I am willing to travel anywhere in the continental United States to fit the deposition into Mr. Bisignano's travel schedule.

Please promptly get back to me so that the arrangements can be made.

Shawn Shearer
Law Office of Shawn Shearer
(214) 434-1594

> On Mar 11, 2018 12:01 PM, "Eidelman, Gary B." <Gary.Eidelman@saul.com> wrote:
>
>> Shawn,
>>
>> I wanted to give you a heads up with as much notice as possible. We had to come to Pittsburgh this weekend because my mother in law, who has been very ill for 4 years, is close to death now. I suspect she will be gone within the next day or two which means the funeral will be shortly thereafter. I was planning on flying to Omaha late tomorrow night to defend the depositions but I need to cancel my flight. Accordingly, I would like us to reschedule the depositions for this coming Wednesday. Perhaps we can look in the next couple of weeks for dates that work. Thank you in advance for your understanding.
>>
>> Gary B. Eidelman
>> Sent from my iPhone
>>
>> "Saul Ewing Arnstein & Lehr LLP (saul.com) " made the following annotations:
>> +~~~~~~~~~~~~~~~~~~~~~~~~+
>>
>> This e-mail may contain privileged, confidential, copyrighted, or other legally protected information. If you are not the intended recipient (even if the e-mail address is yours), you may not use, copy, or retransmit it. If you have received this by mistake please notify us by return e-mail, then delete.
>> +~~~~~~~~~~~~~~~~~~~~~~~~+

# **EXHIBIT B-3**

**Sunday, March 11, 2018, 10:13 pm**

**Letter From Eidelman to Shearer Advising of Passing of His Mother-In-Law**

**Subject:** Barger - Letter to Shearer re rescheduling depos.DOCX
**From:** "Eidelman, Gary B." <Gary.Eidelman@saul.com>
**Date:** 3/11/2018 10:13 PM
**To:** 'Shawn Shearer' <shawn@shearerlaw.pro>
**CC:** 'David Zeitlin' <david@zeitlinlawfirm.com>, "Cooper, Gillian A." <Gillian.Cooper@saul.com>

Dear Shawn:

Please see the attached letter.



Gary B. Eidelman
**SAUL EWING ARNSTEIN & LEHR LLP**
500 E. Pratt Street
Suite 900 | Baltimore, MD 21202-3133
Tel: 410.332.8975 | Fax: 410.332.8976 | Mobile: 410.303.8832
Gary.Eidelman@saul.com | www.saul.com



*Follow our blog, WISE: Workplace Initiatives and Strategies for Employers, here*
* Please note that our Firm name and my email address have changed.

"Saul Ewing Arnstein & Lehr LLP (saul.com)" has made the following annotations:
+~~~~~~~~~~~~~~~~~~~~~~~~+
This e-mail may contain privileged, confidential, copyrighted, or other legally protected information. If you are not the intended recipient (even if the e-mail address is yours), you may not use, copy, or retransmit it. If you have received this by mistake please notify us by return e-mail, then delete.
+~~~~~~~~~~~~~~~~~~~~~~~~+

---Attachments:---

24391037-v1-Barger - Letter to Shearer re rescheduling depos.pdf          132 KB

**SAUL EWING ARNSTEIN & LEHR LLP**

Gary B. Eidelman
Phone: (410) 332-8975
Fax: (410) 332-8976
Gary.Eidelman@saul.com
www.saul.com

March 11, 2018

## THIS IS AN EFFORT TO RESOLVE A DISCOVERY DISPUTE

**Via Electronic Mail**

Shawn E. Shearer, Esquire
The Law Office of Shawn Shearer, P.C.
3839 McKinney Avenue, Suite 155-254
Dallas, TX 75204

      Re:    *Steven B. Barger v. First Data Corporation et al.*
              **Civil Case No. 1:17-cv-4869**

Dear Shawn:

      As I foreshadowed in my earlier email from today, my mother in law of 30+ years died this afternoon. The funeral is scheduled for Tuesday afternoon in Pittsburgh, Pennsylvania, followed by Shiva in Pittsburgh and Baltimore thereafter. As a result, I am unable as lead trial counsel to travel to Omaha to defend depositions of Jennifer Voycheske and Amy Steffen which are scheduled for Wednesday, March 14, 2018. I am again requesting your voluntary cooperation in rescheduling these depositions for a date when I can be present. Please accept this letter as an effort to resolve a discovery dispute in accordance with the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Eastern District of New York.

      Last week, you requested that we produce Ms. Voycheske and Ms. Steffen on a range of dates and we agreed to produce them this week on March 14, 2018. At the time we scheduled these depositions, I was unaware that my mother on law would die this weekend. Earlier today before she passed away, I notified you by email that my mother-in-law was not doing well and would likely pass away soon, but most certainly in the next few days. As a result, I requested that we reschedule the two depositions and offered to find new mutually agreeable dates and times over the next few weeks. You responded by refusing to reschedule the depositions, citing, among other things, difficulties with your schedule in March and the various costs Plaintiff would incur if the depositions were canceled.

500 E. Pratt Street ♦ Suite 900 ♦ Baltimore, MD 21202-3133
Phone: (410) 332-8600 ♦ Fax: (410) 332-8862

24391037.1 03/11/2018  DELAWARE   FLORIDA   ILLINOIS   MARYLAND   MASSACHUSETTS   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

Shawn Shearer, Esq.
March 11, 2018
Page 2

    Delaying these depositions will not prejudice Plaintiff in any manner. These depositions were scheduled just days ago and fact discovery does not close in this case until August 31, 2018. Rather than involve the Court, I would hope we could work together pursuant to Local Civil Rule 26.4 to find another mutually agreeable time to take these depositions. Furthermore, to the extent Plaintiff incurs any out-of-pocket costs due to rescheduling (*e.g.*, court reporters, travel costs), my Firm will reimburse your client for such costs provided that we receive appropriate documentation.

    Please advise me by 10:00 A.M. Eastern Standard Time tomorrow (March 12, 2018) if you are willing to reschedule the depositions of Ms. Voycheske and Ms. Steffen. Otherwise, I will be forced to request appropriate relief from Judge Bloom. I am again requesting your professional courtesies in this regard.

                      Very truly yours,

                        Gary B. Eidelman

cc:    All Counsel of Record

24391037.1 03/11/2018

# **EXHIBIT B-4**

**Sunday, March 11, 2018, 11:55 pm**

**Shearer Condolences and Plaintiff Barger Requests Information About Honorarium and Deposition of Voycheske Confirmed Canceled**

**Monday, March 12, 2018 8:57 am**

**Eidelman Thanks for Understanding**

**Subject:** RE: Barger - Letter to Shearer re rescheduling depos.DOCX
**From:** "Eidelman, Gary B." <Gary.Eidelman@saul.com>
**Date:** 3/12/2018 8:57 AM
**To:** 'Shawn Shearer' <shawn@shearerlaw.pro>
**CC:** David Zeitlin <david@zeitlinlawfirm.com>, "Cooper, Gillian A." <Gillian.Cooper@saul.com>

Thank you for your understanding. I will have Gillian be in touch later this week.

**Gary B. Eidelman, Esq.**
Saul Ewing Arnstein & Lehr LLP
Office: 410.332.8975
Mobile: 410.303.8832

---

**From:** Shawn Shearer [mailto:shawn@shearerlaw.pro]
**Sent:** Sunday, March 11, 2018 11:55 PM
**To:** Eidelman, Gary B.
**Cc:** David Zeitlin; Cooper, Gillian A.
**Subject:** RE: Barger - Letter to Shearer re rescheduling depos.DOCX

I feel your loss, all losses like this are hard.

I told Mr. Barger about the situation, he is a very kind man. My client understands that we are going to be in this for a the long haul, his statement to me was "Gary should go be with his family and not be concerned about the Omaha depositions." Both Mr. Barger and I would like send our condolence to your family. What is the family's preference for honorariums ?

The Omaha depositions are off for Wednesday. When I receive a bill for deposition planning costs, I will forward them.

I will get back to you with a letter with a proposed plan tomorrow. I understand your family will be sitting Shiva in Pittsburgh and Baltimore for the next few weeks, during that time who should I contact to arrange scheduling during that time.

My condolences.

**Shawn E. Shearer**
The Law Office of Shawn Shearer, P.C.
3839 McKinney Avenue #155-254
Dallas, TX 75204
(214) 434-1594
www.shearerlaw.pro

**THIS EMAIL MAY CONTAIN CONFIDENTIAL AND/OR PRIVILEGED INFORMATION AND IS INTENDED FOR USE ONLY BY THE NAMED RECIPIENT. ANY OTHER USE OF THIS INFORMATION OR ANY ATTACHMENTS IS FORBIDDEN. IF YOU RECEIVE THIS EMAIL IN ERROR, PLEASE DELETE ALL COPIES AND, IF POSSIBLE NOTIFY THE INTENDED RECIPIENT.**

---

**From:** Eidelman, Gary B. [mailto:Gary.Eidelman@saul.com]

**Sent:** Sunday, March 11, 2018 10:13 PM
**To:** 'Shawn Shearer' <shawn@shearerlaw.pro>
**Cc:** 'David Zeitlin' <david@zeitlinlawfirm.com>; Cooper, Gillian A. <Gillian.Cooper@saul.com>
**Subject:** Barger - Letter to Shearer re rescheduling depos.DOCX


Dear Shawn:

Please see the attached letter.



**Gary B. Eidelman**
**SAUL EWING ARNSTEIN & LEHR LLP**
500 E. Pratt Street
Suite 900 | Baltimore, MD 21202-3133
Tel: 410.332.8975 | Fax: 410.332.8976 | Mobile: 410.303.8832
Gary.Eidelman@saul.com | www.saul.com



*Follow our blog, WISE: Workplace Initiatives and Strategies for Employers, here*
* Please note that our Firm name and my email address have changed.


"Saul Ewing Arnstein & Lehr LLP (saul.com)" has made the following annotations:
+~~~~~~~~~~~~~~~~~~~~~~~~+
This e-mail may contain privileged, confidential, copyrighted, or other legally protected information. If you are not the intended recipient (even if the e-mail address is yours), you may not use, copy, or retransmit it. If you have received this by mistake please notify us by return e-mail, then delete.
+~~~~~~~~~~~~~~~~~~~~~~~~+

# **EXHIBIT B-5**

**Monday, March 12, 2018,  8:35 am**

**Letter Shearer to Eidelman**

**Condolences and Requesting Bisignano Deposition**

**Subject:** RE: Barger - Letter to Shearer re rescheduling depos.DOCX
**From:** "Shawn Shearer" <shawn@shearerlaw.pro>
**Date:** 3/12/2018 8:35 AM
**To:** "'Eidelman, Gary B.'" <Gary.Eidelman@saul.com>
**CC:** "'Cooper, Gillian A.'" <Gillian.Cooper@saul.com>, "David Zeitlin" <david@zeitlinlawfirm.com>
**BCC:** bb@shearerlaw.pro

Dear Gary:

Please see the attached letter.

---

**From:** Eidelman, Gary B. [mailto:Gary.Eidelman@saul.com]
**Sent:** Sunday, March 11, 2018 10:13 PM
**To:** 'Shawn Shearer' <shawn@shearerlaw.pro>
**Cc:** 'David Zeitlin' <david@zeitlinlawfirm.com>; Cooper, Gillian A. <Gillian.Cooper@saul.com>
**Subject:** Barger - Letter to Shearer re rescheduling depos.DOCX


Dear Shawn:

Please see the attached letter.



Gary B. Eidelman
**SAUL EWING ARNSTEIN & LEHR LLP**
500 E. Pratt Street
Suite 900 | Baltimore, MD 21202-3133
Tel: 410.332.8975 | Fax: 410.332.8976 | Mobile: 410.303.8832
Gary.Eidelman@saul.com | www.saul.com



*Follow our blog, WISE: Workplace Initiatives and Strategies for Employers, here*
* Please note that our Firm name and my email address have changed.


"Saul Ewing Arnstein & Lehr LLP (saul.com)" has made the following annotations:
+~~~~~~~~~~~~~~~~~~~~~~~~+
This e-mail may contain privileged, confidential, copyrighted, or other legally protected information. If you are not the intended recipient (even if the e-mail address is yours), you may not use, copy, or retransmit it. If you have received this by mistake please notify us by return e-mail, then delete.
+~~~~~~~~~~~~~~~~~~~~~~~~+


---Attachments:------

20180318 Response to SEAL Letter.pdf                                                                                                789 KB

# THE LAW OFFICE OF SHAWN SHEARER, P.C.

3839 MCKINNEY AVENUE, SUITE #155-254
DALLAS, TEXAS 75205
OFFICE: (214) 434-1594
SHAWN@SHEARERLAW.PRO

March 12, 2018

### THIS IS AN EFFORT TO RESOLVE A DISCOVERY DISPUTE

**Via Electronic Mail**
Gary Eidelman
Saul Ewing Arnstein & Lehr, LLP
500 E. Pratt Street, Suite 900
Baltimore Maryland 21202-3133

Dear Gary:

I am writing in response to your letter of March 11, 2018 regarding the deposition of Ms. Voycheske and Ms. Steffen. Plaintiff will not depose Ms. Voychese and Ms. Steffen on March 14, 2018 as noticed at your request.

As I communicated to you by e-mail yesterday, Mr. Barger and I send our condolences for your loss and understand how this impacts your family. It is a poem I like, so here it is:

The earth will never be the same again
Rock, water, tree, iron, share this grief
As distant stars participate in the pain.
A candle snuffed, a falling star or leaf,
A dolphin death, O this particular loss
A Heaven-mourned; for if no angel cried
If this small one was tossed away as dross,
The very galaxies would have lied.
How shall we sing our love's song now
In this strange land where all are born to die?
Each tree and leaf and star show how
The universe is part of this one cry,
Every life is noted and is cherished,
and nothing loved is ever lost or perished.
— **Madeleine L'Engle**, **A Ring of Endless Light**

I understand the loss to your family, there is no need for the depositions Wednesday, and we can reschedule the deposition of Ms. Voycheske and Ms. Steffen for mid-April, but they need to be taken.

Mr. Barger is a cancer survivor. His family has also faced this probability. But yet, there are legal machinations to which we must attend.

You now have found reasons not to produce Ms. Voycheske twice. You even went to the length of getting a protective order against obtaining business records.

As a small firm in Dallas, I have now scheduled two depositions in Omaha, made travel arrangements twice, made room reservations twice, hired videographers and stenographers twice, and now have canceled on them twice. All of this in less than a month. It is not fair to the small businesses being hired, reserving their time and then at the last minute being canceled. As noted in your letter, the invoices for costs will be forwarded to your firm for payment.

Saul Ewing Arnstein & Lehr has 800 attorneys. There is someone in your firm more than capable of handling a defense of a deposition in Omaha. You have offices in Illinois. Moreover, Ms. Voycheske was deposed before in FMLA cases and was defended by counsel in Omaha. There is no reason why another Saul Ewing attorney or local counsel could not have defended this deposition. In my e-mail to you I even offered to have a conference line or a Facetime set-up for you, and I offered to reduce the time of the two depositions to a total of 3 hours (your choice whether morning or afternoon).

Ms. Voycheske is a Human Resources Manager of a company with more than 20,000 employees. She reports to a vice president Ms. Steffen, who reported to Defendant Whalen, who reported to Defendant Marino, who reported to Defendant Bisignano. Ms. Voycheske admits to changing dates in the leave system.

Instead of going to Judge Bloom regarding the March 14th deposition of Ms. Voycheske in her order, I would like an answer to my question as to when Mr. Bisignano will be presented.

Your letter did not address my second request for a time to depose Mr. Bisignano. It is now three times that I have offered to meet him for 3 hours anywhere in the continental United States

When is Bisignano available for deposition before April 5th?

I am again requesting your professional courtesy in presenting the defendant you represent for deposition. If we can agree on a time and place, I will notice the deposition. If we do not agree on a time and place this week, I will notice a deposition of Mr. Bisignano at a time and place in compliance with the Federal Rules.

I can be reached at the office at (214) 434-1594 or by e-mail at shawn@shearerlaw.pro.

                                              Very truly yours,

**THE LAW OFFICE OF SHAWN SHEARER, P.C.**