# EXHIBIT E
# TO
# PLAINTIFF'S REPLY IN SUPPORT OF 72(a)

**August 3, 2018**

**E-mail Shearer to Eidelman re: Voycheske**

**Subject:** Re: Barger v. First Data et al
**From:** Shawn Shearer <shawn@shearerlaw.pro>
**Date:** 8/3/2018 10:31 AM
**To:** "Eidelman, Gary B." <Gary.Eidelman@saul.com>
**CC:** David Zeitlin <david@zeitlinlawfirm.com>, "Cooper, Gillian A." <Gillian.Cooper@saul.com>, "Kennedy, Lindsey C." <Lindsey.Kennedy@saul.com>

Gary:

I will take some time later to thoroughly read and possibly respond to your attached letter, but I want to be clear that at no time, to this point, have I attacked Ms. Voycheske's character. Your letter appears to suggest that I should. I am, however, clearly and unapologetically attacking your character. Your need to send me this random treatise, when you have been "too busy" to conduct the July 30 and 31 scheduled 30(b)(6) depositions necessary to complete discovery in a timely manner, demonstrates to me that I am on the right track.

I never see this much work from you, Gary. I am assuming I got this result due the to fact that the nature of the letter to which you are referring, is your exposure of Saul Ewing and your client to an entirely new law suit through the use of the now permanent Voycheske declarations. Just think how differently things may have been for you at this point, if you had put this much thought and work into your client's case in the first place.

Have a nice weekend.

-Shawn

**Shawn E. Shearer**
The Law Office of Shawn Shearer, P.C.
[3839 McKinney Avenue #155-254](#)
[Dallas, TX 75204](#)
[(972) 803-4499](#)
[www.shearerlaw.pro](#)

**THIS EMAIL MAY CONTAIN CONFIDENTIAL AND/OR PRIVILEGED INFORMATION AND IS INTENDED FOR USE ONLY BY THE NAMED RECIPIENT. ANY OTHER USE OF THIS INFORMATION OR ANY ATTACHMENTS IS FORBIDDEN. IF YOU RECEIVE THIS EMAIL IN ERROR, PLEASE DELETE ALL COPIES AND, IF POSSIBLE NOTIFY THE INTENDED RECIPIENT.**

On Aug 3, 2018, at 9:10 AM, Eidelman, Gary B. <Gary.Eidelman@saul.com> wrote:

Shawn:

Please see the attached letter.  Thank you.

<image001.jpg>

**Gary B. Eidelman**
**SAUL EWING ARNSTEIN & LEHR LLP**
500 E. Pratt Street
Suite 900 | Baltimore, MD 21202-3133
Tel: 410.332.8975 | Fax: 410.332.8976 | Mobile: 410.303.8832
Gary.Eidelman@saul.com | www.saul.com

<image002.jpg>
*Follow our blog, WISE: Workplace Initiatives and Strategies for Employers, here*
* Please note that our Firm name and my email address have changed.


"Saul Ewing Arnstein & Lehr LLP (saul.com)" has made the following annotations:
+~~~~~~~~~~~~~~~~~~~~~~~~~+
This e-mail may contain privileged, confidential, copyrighted, or other legally protected information. If you are not the intended recipient (even if the e-mail address is yours), you may not use, copy, or retransmit it. If you have received this by mistake please notify us by return e-mail, then delete.
+~~~~~~~~~~~~~~~~~~~~~~~~~+

<24745360-v1-Letter to Shearer dated August 3.pdf>