Shawn E. Shearer (TX Bar No. 24049493)
The Law Office of Shawn Shearer, P.C.
3839 McKinney Avenue, Suite 155-254
Dallas, Texas 75204
Telephone (972) 803-4499
*shawn@shearerlaw.pro*

Attorneys for Plaintiff
Steven B. Barger

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| STEVEN B. BARGER, an individual<br><br>Plaintiff<br><br>v.<br><br>FIRST DATA CORPORATION et al.<br><br>Defendants. | **Case No. 1:17-cv-4869-FB-LB**<br><br>**(Assigned the Honorable Frederic Block)**<br><br>**NOTICE ERRATA TO PLAINTIFF'S REPLY IN SUPPORT OF RULE 72(a) OBJECTION** |

## NOTICE OF ERRATA

The Plaintiff Steven B. Barger respectfully submits this errata to his Reply in Support of 72(a)

Opposition [ECF 74] (the "Opposition") to correct inadvertent clerical errors.

1) The first two sentences of footnote 10 of the Opposition stated:

> On Friday, July 13, 2018, Plaintiff's counsel received an e-mail chain from Mr. Eidelman. This e-mail included the distribution of the drafted version of the Second Declaration for Ms. Voycheske's signature. See Exhibit A-2.

When in fact footnote 10 should have stated

> Plaintiff's counsel received an e-mail chain from Mr. Eidelman. This e-mail included the distribution of the drafted version of the Second Declaration for Ms. Voycheske's signature on Friday, July 13, 2018. See Exhibit A-2.

**NOTICE OF ERRATA TO PLAINTIFF'S REPLY - RULE 72(a) OBJECTION TO ORDER**     1

2) The first sentence of footnote 11 stated:

> The Opposition improperly states that Judge Bloom ruled that the entire topic of IT systems was ruled irrelevant at the June __, 2018 hearing.

When in fact the footnote 11 should have stated:

> The Opposition improperly states that Judge Bloom ruled that the entire topic of IT systems was ruled irrelevant at the June 12, 2018 hearing.

The Plaintiff is filing a corrected Reply that corrects these mistakes and makes no other changes.


DATED:          October 4, 2018

                                   Respectfully Submitted,

                                   THE LAW OFFICE OF SHAWN SHEARER, P.C.

                                   _____/s/ Shawn Shearer_____
                                   SHAWN SHEARER
                                   shawn@shearerlaw.pro
                                   Attorney for Plaintiff
                                   Steven B. Barger

**NOTICE OF ERRATA TO PLAINTIFF'S REPLY - RULE 72(a) OBJECTION TO ORDER**          2

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2018, I transmitted the attached Notice of Errata to the following CM/ECF registrants via e-mail to each of their CM/ECF registered e-mail addresses.

> Gary Eidelman
> Saul Ewing Arnstein & Lehr
> 500 E. Pratt Street, Suite 900
> Baltimore Maryland 21202-3133
>
> Gillian Cooper
> Saul Ewing Arnstein & Lehr
> 650 College Road East, Suite 400
> Princeton, NJ 08540-6603
>
> Lindsey Kennedy
> Saul Ewing Arnstein & Lehr
> One PPG Place, Suite 3010
> Pittsburgh, PA 15222
>
> *Attorneys for Defendants*

_____
Shawn Shearer (*Pro Hac Vice*)
3839 McKinney Avenue, Suite 155-254
Dallas, TX 75204
Tele: (972) 803-4499
*shawn@shearerlaw.pro*

**NOTICE OF ERRATA TO PLAINTIFF'S REPLY - RULE 72(a) OBJECTION TO ORDER**       3