

Gary B. Eidelman
Phone: (410) 332-8975
Fax: (410) 332-8976
Gary.Eidelman@saul.com
www.saul.com

December 13, 2018

**Via ECF**
Honorable Frederic Block, U.S.D.J.
U. S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Steven B. Barger v. First Data Corporation et al.*,
               Civil Case No. 1:17-cv-4869

Dear Judge Block:

    In accordance with the docket entry dated December 6, 2018, instructing the parties to submit a briefing schedule for completion of motions for summary judgment by the end of February 2019, the parties have agreed to and submit the following proposed schedule:

| | |
|---|---|
| **January 14, 2019:** | Service of Defendants' Motion for Summary Judgment |
| **February 4, 2019:** | Service of Plaintiff's Opposition to Defendants' Motion for Summary Judgment and Plaintiff's Motion for Summary Judgment |
| **February 20, 2019:** | Service of Defendants' Reply to Plaintiff's Opposition and Opposition to Plaintiff's Motion for Summary Judgment |
| **February 28, 2019:** | Service of Plaintiff's Reply to Defendants' Opposition (by 12:00 P.M. EST) |
| **February 28, 2019:** | Defendants to file fully briefed Motions for Summary Judgment |

                                              Respectfully submitted,

                                              */s/ Gary B. Eidelman*

                                              Gary B. Eidelman

500 E. Pratt Street ♦ Suite 900 ♦ Baltimore, MD 21202-3133
Phone: (410) 332-8600 ♦ Fax: (410) 332-8862

DELAWARE   FLORIDA   ILLINOIS   MARYLAND   MASSACHUSETTS   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP