**SAUL EWING**
**ARNSTEIN**
**& LEHR** LLP

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JAN 18 2019 ★

BROOKLYN OFFICE

Gary B. Eidelman
Phone: (410) 332-8975
Fax: (410) 332-8976
Gary.Eidelman@saul.com
www.saul.com

January 14, 2019

**Via Federal Express**

Honorable Frederic Block, U.S.D.J.
U. S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: *Steven B. Barger v. First Data Corporation et al.*,
     **Civil Case No. 1:17-cv-4869**

Dear Judge Block:

  In accordance with Rule 2.D of Your Honor's Individual Rules, this letter serves as notice that Defendants First Data Corporation, Frank Bisignano, Anthony Marino, Dan Charron, Karen Whalen, and Rhonda Johnson served on January 14, 2019, to counsel for Plaintiff Steven Barger the following:

1. Notice of Motion for Summary Judgment;
2. Memorandum of Law in Support for Motion for Summary Judgment;
3. L. Civ. R. 56.1(a) Statement of Undisputed Material Facts;
4. Declaration of Gary B. Eidelman, Esq., with Exhibits; and
5. Certificate of Service.

            Respectfully submitted,

            Gary B. Eidelman

cc: All Counsel of Record (via electronic mail)

500 E. Pratt Street ♦ Suite 900 ♦ Baltimore, MD 21202-3133
Phone: (410) 332-8600 ♦ Fax: (410) 332-8862

DELAWARE FLORIDA ILLINOIS MARYLAND MASSACHUSETTS NEW JERSEY NEW YORK PENNSYLVANIA WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP