# THE LAW OFFICE OF SHAWN SHEARER, P.C.

3839 McKINNEY AVENUE, SUITE 155-254
DALLAS, TEXAS 75204
OFFICE: (972) 803-4499
SHAWN@SHEARERLAW.PRO

---

February 4, 2019

**Via Electronic Mail**

Honorable Frederic Block, U.S.D.J.
U.S. District Court for the Eastern District of New York
225 Camden Plaza East
Brooklyn, New York 11201

      **Re:**   *Steven B. Barger v. First Data Corporation et al.*
             Civil Case No. *1:17-cv-4869*

Dear Judge Block:

      In accordance with Rule 2.D of Your Honor's Individual Rules, this letter serves as notice that Plaintiff Steven Barger served on February 4, 2019, to counsel for Defendants First Data Corporation, Frank Bisignano, Anthony Marino, Dan Charron, Karen Whalen, and Rhonda Johnson the following:

1. Notice of Motion and Memorandum in Support for Summary Judgment, with exhibits;
2. Opposition to Defendants' Motion for Summary Judgment;
3. Response to Defendants' Local Rule 56.1(a) Statement of Undisputed Facts;
4. Plaintiff's Local Rule 56.1(a) Statement of Undisputed Facts;
5. Declaration of Shawn E. Shearer, Esq, with Exhibits (multiple files); and
6. Certificate of Service.

                                      Respectfully submitted

                                      Shawn E. Shearer

cc:    All Counsel of Record (via electronic mail)