Attorneys for Plaintiff
Steven B. Barger

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN B. BARGER, an individual<br><br>Plaintiff<br><br>v.<br><br>FIRST DATA CORPORATION et al.<br><br>Defendants. | Case No. 1:17-cv-4869-FB-LB<br><br>**(Assigned the Honorable Frederic Block)**<br><br>**NOTICE ERRATA TO PLAINTIFF'S LOCAL RULE 56.1(a) STATEMENT OF UNDISPUTED MATERIAL FACTS** |

**NOTICE OF ERRATA**

The Plaintiff Steven B. Barger respectfully submits this Notice of Errata to his Local Rule 56.1(a) Statement of Undisputed Material Facts ("PSOF") to correct an inadvertent clerical error.

1) Paragraph 41 of the PSOF contains a typographical error. The word "fired" in the first line of PSOF ¶41 should be the word "hired." Paragraph 41 of the PSOF should read, and hereby is corrected to read, as follows:

> By email on July 20, 2016, Johnson advised Whalen that Barger "was hired to focus on Sales Transformation and when Bryan Fricke left, Steve assumed that role . . . he is spread-out too thin . . ." Ex 26; see also similar statement by Johnson in Ex 27.

DATED: February 12, 2019

        Respectfully Submitted,

        THE LAW OFFICE OF SHAWN SHEARER, P.C.

        ____/s/ Shawn Shearer_____
        SHAWN SHEARER
        3839 McKinney Avenue, Suite 155-254
        Dallas, Texas 75204
        Telephone (972) 803-4499
        *shawn@shearerlaw.pro*

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2019, I transmitted the attached Notice of Errata to the following CM/ECF registrants via e-mail to each of their CM/ECF registered e-mail addresses.

    Gary Eidelman
    Saul Ewing Arnstein & Lehr
    500 E. Pratt Street, Suite 900
    Baltimore Maryland 21202-3133

    Gillian Cooper
    Saul Ewing Arnstein & Lehr
    650 College Road East, Suite 400
    Princeton, NJ 08540-6603

    *Attorneys for Defendants*

_____
Shawn Shearer (*Pro Hac Vice*)
3839 McKinney Avenue, Suite 155-254
Dallas, TX 75204
Tele: (972) 803-4499
shawn@shearerlaw.pro