# Exhibit 1

# Instructions to Prospective Jurors

As part of the jury selection process, please complete this written questionnaire. Follow these instructions when you do so:

1. You are instructed to complete this questionnaire on your own and without anyone's involvement.
2. You are not to do any research of any kind about anything in this questionnaire. This includes but is not limited to: internet research, media research, library research, or conversation with anyone. This admonition is very important to ensure your case knowledge is based solely on the evidence and arguments presented at trial.
3. You are not to discuss the questions or your answers with anyone.
4. Please complete this questionnaire in pen.
5. Your responses have the weight of answers under oath in a court of law. You are expected to give truthful and complete responses to each question.

| | | | |
|---|---|---|---|
| 1. | Name | Age    Gender    City of Residence | |
| 2. | Highest Level of Education | O Did not graduate high school<br>O GED/high school equivalency<br>O High school graduate<br>O Tech/trade school - specialty: | O Some college - major: _____<br>O Bachelor's degree - major: _____<br>O Some graduate school - field of study: _____<br>O Graduate degree - type and specialty: _____ |
| 3a. | Marital Status | O Single (never married)    O Married<br>O Separated                O Widowed<br>O Divorced                 O Living with partner | Spouse's/partner's occupation: _____<br><br>Spouse's/partner's education: |
| 3b. | Have you ever been divorced?<br>O Yes   O No | | |

| 4. | Your Children: | Gender | Age | Occupation | Highest Level of Education/Area of Study |
|---|---|---|---|---|---|
| | Child One | | | | |
| | Child Two | | | | |
| | Child Three | | | | |
| | Child Four | | | | |

| | | | |
|---|---|---|---|
| 5. | Your Employment Status | O Employed full time<br>O Self-employed full time<br>O Employed part time<br>O Self-employed part time<br>O Retired<br>O Homemaker<br>O On disability<br>O Unemployed-looking for work<br>O Unemployed-*not* looking work | **Current** employer: _____<br>Current job title: _____<br># of years in occupation: _____<br>Job duties: _____<br><br>**Past** employer: _____<br>Past job title: _____<br># of years in occupation: _____<br>Job duties: _____ |
| 6. | Have you ever had supervisory responsibility over others? | O Yes, in my job<br>O Yes, in volunteer work<br>O Yes, in another capacity:<br>O No | How many people have you supervised at one time? _____<br>Describe your supervisory responsibilities: |
| 7. | Have you been in the military? | O Yes<br>O No | Your branch: _____<br>Your highest rank:_____ Years you served:_____ |
| 8. | When it comes to social issues, would you describe yourself as: | | O Socially more conservative<br>O Socially more liberal |
| 9. | Describe any specialized training or other experience (from work or education) in the following areas. | Describe Your Training/Experience | |
| | | O Human resources | |
| | | O Law | |
| | | O Activist groups | |
| | | O Labor causes | |
| 10. | What are your main sources of **national** news?<br>(Please identify *which* national television stations, radio, newspapers, and/or internet sources.) | | |
| 11. | Have you or has anyone you know well been discriminated against on the job? If yes, please explain: | | O Yes, I have _____<br>O Yes, someone I know well has _____<br>O No. |
| 12. | Have you ever felt vulnerable about your job security? If yes, please explain: | | O Yes _____<br>_____<br>O No |
| 13. | Please explain if you have ever been terminated from a job and your feelings about it: | | |
| 14. | Please explain if you have been affected by a reduction in force (RIF) at work: | | |
| 15. | Please describe any activities, hobbies, groups, or organizations with which you are involved: | | |

| | | | |
|---|---|---|---|
| 16. | Have you ever been on a jury? | O Yes, criminal jury<br>O Yes, civil jury<br>O Yes on a grand jury   O No | Have you ever been the foreperson?   O Yes<br>O No |
| 17. | What is your perception of the civil litigation system in the United States? | | |
| 18. | Do you believe that if someone sues a company or its employees, the case is probably valid? | O Yes<br>O No | Please explain: |
| 19. | Do you believe litigation is an important tool to get money damages? | O Yes<br>O No | Please explain: |
| 20. | How likely would you be to file a lawsuit if you felt good reason existed? | O Likely<br>O Unlikely | Please explain: |
| 21. | Have you ever been a member of a union? | O Yes<br>O No | Please explain: |
| 22. | Have you ever felt cheated in a business deal? | O Yes<br>O No | Please explain: |
| 23. | Have you ever felt you were punished for taking time off work? | O Yes<br>O No | Please explain: |
| 24. | Have you ever agreed to a business deal only to find out the terms had been changed? | O Yes<br>O No | Please explain: |
| 25. | Do you think loyalty among business executives is a thing of the past? | O Yes<br>O No | Please explain: |
| 26. | Have you ever felt betrayed by a supervisor on the job? | O Yes<br>O No | Please explain: |
| 27. | Do you think executives have as much empathy as other employees? | O Yes<br>O No | Please explain: |
| 28. | Do you think that if a company could benefit by lying, that it would? | O Yes<br>O No | Please explain: |
| 29. | Do you believe companies should be held to higher standards than individuals are? | O Yes<br>O No | Please explain: |
| 30. | Do you believe executives often cover up the harm they do? | O Yes<br>O No | Please explain: |
| 31. | Do you believe executives share your values? | O Yes<br>O No | Please explain: |
| 32. | Do you think that corporate executives are likely to betray one another? | O Yes<br>O No | Please explain: |
| 33. | Have you or has anyone you know well ever had throat cancer? | O Yes<br>O No | Please explain: |
| 34. | Were you or a family member ever a plaintiff or defendant in a lawsuit? | O Yes<br>O No | Please explain (where, when, what type, outcome) |
| 35. | Have you ever missed work for a serious medical reason? | O Yes<br>O No | Please explain: |
| 36. | Have you ever taken leave under the Family and Medical Leave Act? | O Yes<br>O No | Please explain: |
| 37. | Please explain if you have ever had a physical disability. | 38. How do you feel about labor unions?<br>O Strongly support   O Support   O Oppose   O Strongly Oppose<br>Please explain: | |

| | | Strongly Agree | Somewhat Agree | Somewhat Disagree | Strongly Disagree |
|---|---|---|---|---|---|
| 39. | I really enjoy doing puzzles like crosswords or Sudoku | O | O | O | O |
| 40. | I like a great deal of evidence before I can make a decision | O | O | O | O |
| 41. | I generally prefer to solve simple problems over complex ones | O | O | O | O |
| 42. | I like situations that require a lot of thinking | O | O | O | O |
| 43. | I typically follow my "gut" over my head when making decisions | O | O | O | O |

| | | | | | | |
|---|---|---|---|---|---|---|
| 44. | Do you know any of the following people or companies? | | | | | |
| | **First Data Corporation** | O Yes<br>O No | If yes, please explain: | **Steve Barger** | O Yes<br>O No | If yes, please explain: |
| | **Marilyn Barger** | O Yes<br>O No | If yes, please explain: | **Grant Barger** | O Yes<br>O No | If yes, please explain: |
| | **Frank Bisignano** | O Yes<br>O No | If yes, please explain: | **Dan Charron** | O Yes<br>O No | If yes, please explain: |
| | **Anthony Marino** | O Yes<br>O No | If yes, please explain: | **Rhonda Johnson** | O Yes<br>O No | If yes, please explain: |
| | **Karen Whalen** | O Yes<br>O No | If yes, please explain: | **Lori Graesser** | O Yes<br>O No | If yes, please explain: |
| | **Joe Plumeri** | O Yes<br>O No | If yes, please explain: | **Josh King** | O Yes<br>O No | If yes, please explain: |
| | **Jeff Hack** | O Yes | If yes, please explain: | **Lyndon Keyes** | O Yes | If yes, please explain: |

- 2 -

| Name | Yes/No | Explain | Name | Yes/No | Explain |
|---|---|---|---|---|---|
| Robin Ording | O Yes O No | If yes, please explain: | Julie Kelly | O Yes O No | If yes, please explain: |
| Jennifer Voycheske | O Yes O No | If yes, please explain: | Katie Broderick | O Yes O No | If yes, please explain: |
| Kathi Benhardt | O Yes O No | If yes, please explain: | Justin Stamey | O Yes O No | If yes, please explain: |
| Harry Baddour, MD | O Yes O No | If yes, please explain: | Louis Harrison, MD | O Yes O No | If yes, please explain: |
| Tapan Padjya, MD | O Yes O No | If yes, please explain: | Adar Berghoff, MD | O Yes O No | If yes, please explain: |
| Edward Labry | O Yes O No | If yes, please explain: | Pete Cavicchia | O Yes O No | If yes, please explain: |
| Fujiko Fitton-Gordon | O Yes O No | If yes, please explain: | Adam Rosman | O Yes O No | If yes, please explain: |
| Melinda Luebbe | O Yes O No | If yes, please explain: | Debra Hedrick | O Yes O No | If yes, please explain: |
| Tim Ryan | O Yes O No | If yes, please explain: | Guy Chiarello | O Yes O No | If yes, please explain: |
| Steve Clifford | O Yes O No | If yes, please explain: | E.J. Jackson | O Yes O No | If yes, please explain: |
| Shawn Shearer | O Yes O No | If yes, please explain: | Brenda Barger | O Yes O No | If yes, please explain: |
| Matt Cagwin | O Yes O No | If yes, please explain: | Amy Steffen | O Yes O No | If yes, please explain: |
| Gary Eidelman | O Yes O No | If yes, please explain: | Gillian Cooper | O Yes O No | If yes, please explain: |
| Lou DiLorenzo | O Yes O No | If yes, please explain: | Michael Cianfichi | O Yes O No | If yes, please explain: |
| Stephen Shapiro, PhD | O Yes O No | If yes, please explain: | Joseph Gardemal | O Yes O No | If yes, please explain: |
| Jill Poole | O Yes O No | If yes, please explain: | Lynn McCreary | O Yes O No | If yes, please explain: |
| David Zeitlin | O Yes O No | If yes, please explain: | Philip Morgan | O Yes O No | If yes, please explain: |
| Fiserv, Inc. | O Yes O No | If yes, please explain: | Barger Consulting LLC | O Yes O No | If yes, please explain: |

*I swear the above information is true and accurate under penalty of law.*

Signature: _____   Date _____