# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN B. BARGER, an individual<br><br>Plaintiff<br><br>v.<br><br>FIRST DATA CORPORATION et al.<br><br>Defendants. | **Case No. 1:17-cv-4869-FB-LB**<br><br>**PLAINTIFF'S EXHIBIT LIST**<br><br>**(Assigned to the Honorable Frederic Block)** |

### PLAINTIFF'S TRIAL EXHIBIT LIST

Plaintiff Steven B. Barger, by and through his undersigned counsel, respectfully submits the following exhibit list. Plaintiff reserves the right to supplement and amend this proposed exhibit list and to submit additional exhibits based on the Court's rulings before or at trial, or otherwise, as appropriate. Plaintiff reserves the right to use additional documents for impeachment.

DATED:        August 30, 2019

Respectfully Submitted,

THE LAW OFFICE OF SHAWN SHEARER, P.C.

_____/s/ Shawn Shearer_____
SHAWN SHEARER
The Law Office of Shawn Shearer, P.C.
3839 McKinney Avenue, Suite 155-254
Dallas, Texas 75204
Telephone (972) 803-4499
*shawn@shearerlaw.pro*

Attorney for Plaintiff
Steven B. Barger

**PLAINTIFF'S TRIAL WITNESS AND EXHIBIT LIST**

| PLF. NO. | BATES NO. | DEPO NO. | DESCRIPTION OF EXHIBITS AND WITNESSES | OBJECTION | RESPONSE |
|---|---|---|---|---|---|
| 1 | SBB000984 | 1 | Steve Barger Biography | | |
| 2 | SBB001584 | 13 | Steve Barger Presentation Videos | | |
| 3 | FDC00049586 FDC00049591-95 FDC00049616 FDC00049632—38 | 28 | Excerpts From First Data's U.S. Employee Handbook | | |
| 4 | FDC00000122-124 | 49 | First Data's U.S. Family Medical Leave (FMLA) Policy | | |
| 5 | FDC00000119-121 | 190 | First Data's U.S. Americans with Disabilities Act (ADA) Policy. | | |
| 6 | FDC00050184-191 | | First Data's Restructuring Accounting Policy | | |
| 7 | MetLife000001-7 MetLife000197-216 | | Excerpts From First Data's Health and Life Benefits Plan Summary Plan Description dated January 2016 | | |
| 8 | MetLife000855-98 | | First Data Disability Benefit Plan Advice to Pay Administrative Services Agreement between MetLife and First Data | | |
| 9 | | | Exhibit 99.2 to First Data's Form 8-K filed with the SEC on January 16, 2019 announcing the acquisition of First Data by Fiserv for $22 billion in an equity exchange transaction to close later in 2019 | | |
| 10 | SBB-00095-00568 | | First Data's Form 10-K filed with the SEC for Fiscal year 2017 | | |
| 11 | GrantBarger 0001-3 | | Barger Presentation to Lebenthal Holdings LLC | | |
| 12 | FDC00053147 | | Statement of Work Barger Consulting for First Data Corporation | | |
| 13 | GrantBarger 0162-3 | | First Data Purchase Order Issued to The Barger Group | | |

1

**PLAINTIFF'S TRIAL WITNESS AND EXHIBIT LIST**

| PLF. NO. | BATES NO. | DEPO NO. | DESCRIPTION OF EXHIBITS AND WITNESSES | OBJECTION | RESPONSE |
|---|---|---|---|---|---|
| 14 | SBB002080-3 | | Consulting Revenue Spreadsheets | | |
| 15 | SBB001921-40 | | Barger Invoices 2017-2018 consulting | | |
| 16 | SBB000102-3 | | Signed Employment Offer Letter | | |
| 17 | FDC00000440-1 | | Barger's First Data Self-Assessment for 2014 | | |
| 18 | FDC00000477-486 | 61 | Barger's First Data Self-Assessment for 2015 | | |
| 19 | FDC00043731-2 | 51 | Email chain among, Johnson, Charron, Hack, and Whalen from July 13, 2016 to July 21, 2016 | | |
| 20 | FDC00044388 | 65 | Email Johnson to Whalen from July 20, 2016 | | |
| 21 | FDC00043612 | 67 | E-mail from Johnson to Hack on August 11, 2016 | | |
| 22 | FDC00044418 | 69 | Email from Johnson to members of First Data's talent search team dated August 31, 2016 | | |
| 23 | SBB000211-244 | | Steve Barger 360 Degree Performance Review dated September 23, 2016 | | |
| 24 | SBB000674 | | Steve Barger FD Organization Chart 2016 | | |
| 25 | SBB000675-707 | | Steve Barger Project Management Tool as of End of September 2016 | | |
| 26 | SBB000769 | | Copy of Card from Flowers from Management Committee Day After Surgery | | |
| 27 | FDC00044768-9 | 70 | Email exchange involving Barger, his administrative assistant Gita Patel, his direct reports and forwarded to Johnson from September 8, 2016 to September 9, 2016 | | |
| 28 | FDC00043708 | 71 | Email exchange between Johnson and Hack on September 9, 2016 | | |
| 29 | FDC00043702 | 72 | Email exchange between Johnson and Hack on September 15, 2016 | | |
| 30 | FDC00007379-80 | 76 | Email Exchange among Barger and direct reports and Johnson from September 28, 2016 to September 30, 2016 | | |
| 31 | FDC00044741 | 80 | Email Exchange between Johnson and members of First Data human resources on October 12, 2016 | | |

**PLAINTIFF'S TRIAL WITNESS AND EXHIBIT LIST**

| PLF. NO. | BATES NO. | DEPO NO. | DESCRIPTION OF EXHIBITS AND WITNESSES | OBJECTION | RESPONSE |
|---|---|---|---|---|---|
| 32 | FDC00044785-6 | 81 | Email exchange among Johnson, Barger, and members of First Data's human resources department from October 14, 2016 to October 18, 2016 | | |
| 33 | FDC00043693 | 18 | Email from Johnson to Hack dated November 16, 2016 | | |
| 34 | FDC00044439 | 85 | Email exchange among Ording, Johnson, and members of First Data's human resources department on November 17, 2016 | | |
| 35 | FDC00007363 | 87 | Email exchange between Johnson and Barger on November 21, 2016 | | |
| 36 | FDC00044024 | 3 | Email exchange among Johnson, Hack, and Marino on November 21, 2016 | | |
| 37 | FDC00048533 | | Email from Barger to administrative assistant Gita Patel on October 5, 2016 | | |
| 38 | FDC00048895 | | Emails sent by Barger on October 26, 2016 to his staff | | |
| 39 | FDC00048598 | | Email sent by Barger to Paula Lessen and J. Kelly on November 15, 2016 | | |
| 40 | FDC00049006 | | Email sent by Barger to Jan Koors on November 20, 2016 | | |
| 41 | SBB001028-30 | 32 | Text Messages between Barger and Marino November 8, 2016 to January 16, 2017 | | |
| 42 | SBB000081-2 | | Letter from Marino to Barger dated November 18, 2016 | | |
| 43 | FDC00044655-7 | 89 | Email from Johnson to Voycheske on November 23, 2016 with attachments | | |
| 44 | FDC00044535-6 | 90 | Email exchange among Johnson, Voycheske, Barger, and Leave Management on November 23, 2016 | | |
| 45 | FDC00044546-7 | | Email from Voycheske to Johnson on November 23, 2016 | | |
| 46 | FDC00000380 | 189 | Email from loahelp to Jeff Hack on November 23, 2016 re: leave request | | |

**PLAINTIFF'S TRIAL WITNESS AND EXHIBIT LIST**

| PLF. NO. | BATES NO. | DEPO NO. | DESCRIPTION OF EXHIBITS AND WITNESSES | OBJECTION | RESPONSE |
|---|---|---|---|---|---|
| 47 | FDC00044732 | 91 | Email from Johnson to Barger on December 5, 2016 | | |
| 48 | FDC00007364 | 92 | Email exchange among First Data Leave Management, Barger, and Johnson dated December 5, 2016 | | |
| 49 | SBB000832-5 | 166 | Email exchange between Barger and Johnson on December 5, 2016 | | |
| 50 | FDC00044681-3 | 93 | Email exchange among Barger, Voycheske, Johnson from November 23, 2016 to December 15, 2016 | | |
| 51 | FDC00043710 | 179 | Email from Leave Management to Hack on December 15, 2016 | | |
| 52 | SBB000085 | 168 | Leave Designation Letter from First Data Leave Management to Barger dated December 15, 2016 | | |
| 53 | FDC0007452-3 | 95 | Email Exchange among Johnson and Barger dated December 15 & 16, 2016 | | |
| 54 | FDC00049156 | 96 | Email exchange between Johnson, Barger, and Leave Management from December 16, 2016 to December 20, 2016 | | |
| 55 | FDC00049123 | 97 | Email exchange among Voycheske, Johnson, and Barger dated December 16, 2016 | | |
| 56 | FDC00044931 | 99 | Email exchange among Leave Management, Hack and Voycheske dated December 19, 2016 | | |
| 57 | SBB000855-858 | 169 | Email exchange on January 5, 2017 between Barger and Voycheske | | |
| 58 | FDC00044804 | 105 | Email dated January 5, 2017 from Leave Management to Johnson | | |
| 59 | FDC00044454 | 106 | Email exchange between Johnson and Voycheske on January 5, 2017 | | |
| 60 | FDC00044518 | 108 | Email exchange between Johnson and Voycheske on January 6, 2017 | | |
| 61 | FDC00049743 | 115 | Email exchange involving Pulverenti, Johnson, Whalen, Barger and Marino on January 25, 2017 | | |

4

**PLAINTIFF'S TRIAL WITNESS AND EXHIBIT LIST**

| PLF. NO. | BATES NO. | DEPO NO. | DESCRIPTION OF EXHIBITS AND WITNESSES | OBJECTION | RESPONSE |
|---|---|---|---|---|---|
| 62 | FDC00044686-7 | 98 | Email exchange among Johnson, Voycheske, Barger, and Leave Management between December 16, 2016 and December 19, 2016 | | |
| 63 | FDC00044521 | 100 | Email exchange among Johnson, Voycheske, and Yulian Mateo on December 20, 2016 | | |
| 64 | FDC00000414 | 94 | Email exchange between Johnson and Voycheske on December 15, 2016 | | |
| 65 | FDC00000400 | 104 | Email exchange between Barger, Johnson, Steffen, and others on January 4, 2017 and January 5, 2017 | | |
| 66 | FDC00049936 | 185 | Email exchange among Barger, Marino, Steffen, Pulverenti and Voycheske on January 27, 2017 | | |
| 67 | FDC00044619-20 | 38 | Email exchange among Johnson, Voycheske, and First Data Leave Management and HR on Monday November 21, 2016 and Tuesday November 22, 2016 | | |
| 68 | FDC00051379 | 176 | Email from Voycheske to Leave Management, IT and Steffen on November 22, 2016 | | |
| 69 | FDC00000378 | 177 | Email exchange among Voycheske and others on November 23, 2016 | | |
| 70 | FDC00044832 | 42 | Email exchange among Leave Management and Barger on December 5, 2016 | | |
| 71 | FDC00044584 | 101 | Email exchange between Ording and Johnson on December 20, 2016 | | |
| 72 | FDC00044017 | 8 | Email exchange among Ording, Whalen, Marino, and others on December 22, 2016 | | |
| 73 | FDC00052691-7 | 147 | Text Message Exchanges between Barger and Hack from April 16, 2016 through December 30, 2016 | | |
| 74 | FDC00043696-7 | 43 | Email exchange between Hack and Marino on December 28, 2016 | | |
| 75 | FDC00044200 | 9 102 | Email from Ording to Johnson and Whalen on January 4, 2017 | | |

5

**PLAINTIFF'S TRIAL WITNESS AND EXHIBIT LIST**

| PLF. NO. | BATES NO. | DEPO NO. | DESCRIPTION OF EXHIBITS AND WITNESSES | OBJECTION | RESPONSE |
|---|---|---|---|---|---|
| 76 | FDC00049745 | 103 | Email exchange among Barger, Johnson and Voycheske on January 5, | | |
| 77 | FDC00044611-2 | 110 | Email exchange among Johnson and Ording January 6 and 7, 2017 | | |
| 78 | FDC00044161-2 | 109 | Email exchange among Ording, Marino, Johnson, and Steffen on January 6, 2017 | | |
| 79 | FDC00043761 | 11 | Email exchange among Ording, Marino, and Johnson on January 6, 2017 | | |
| 80 | FDC00044375-6 | 188 | Email exchange among Steffen, Johnson, Whalen, and Pulverenti from January 7, 2017 to January 9, 2017 | | |
| 81 | FDC00044277-8 | 21 | Email exchange among Whalen, Benhardt, and other members of human resources on January 9, 2017 | | |
| 82 | FDC00000403-4 | 112 | Email exchange among Johnson, Voycheske, and Steffen on January 10, 2017 | | |
| 83 | FDC00044032 | 45 | Email Johnson to Marino and Whalen January 10, 2017 | | |
| 84 | FDC00044826 | 113 | Email exchange among Joint Security Operations, Jean Wyatt and Johnson on January 13, 2017 | | |
| 85 | FDC00043719-20 | 52 | Email exchange between Hack and Marino from August 8, 2016 and August 12, 2016 | | |
| 86 | FDC00044940 | 62 | Email exchange among Whalen, Johnson and Hack from January 6, 2016 to January 7, 2016 | | |
| 87 | FDC00044411 | 63 | Email from Johnson to Whalen dated January 8, 2016 | | |
| 88 | FDC00043945 | 68 | Email from Johnson to Marino dated August 16, 2016 | | |
| 89 | FDC00044446 | 86 | Email exchange among Pulverenti, Johnson, and Marino dated November 21, 2016 | | |
| 90 | FDC00044383-4 | 118 | Email exchange among Whalen, Johnson, Marino and other members of human resources on December 4, 2016 and December 5, 2016 | | |

6

**PLAINTIFF'S TRIAL WITNESS AND EXHIBIT LIST**

| PLF. NO. | BATES NO. | DEPO NO. | DESCRIPTION OF EXHIBITS AND WITNESSES | OBJECTION | RESPONSE |
|---|---|---|---|---|---|
| 91 | SBB001188-94 | 121 | First Data Website Executive Leadership Photos and Bios | | |
| 92 | FDC00047791 | 196 | Email Exchange between Benhardt and Friedman on November 18, 2016 | | |
| 93 | FDC00043734 | 40 | Email from Marino to Bisignano, Charron and Hack dated November 22, 2016 | | |
| 94 | FDC00052753 | 198 | Email exchange between Benhardt and Marino on December 1, 2016 | | |
| 95 | FDC00010915 | 48 | First Data's Atlanta new hire orientation speaking schedule for February 2017 | | |
| 96 | FDC00044674 | 107 | Email Exchange between Voycheske and Johnson on January 5, 2017 and January 6, 2017 | | |
| 97 | FDC00044095-6 | 37 | Email exchange among Whalen, Marino, Johnson, Benhardt, and others in human resources on January 6, 2017 | | |
| 98 | FDC00000373-4 | 111 | Email exchange among Whalen, Johnson, Pulverenti, Steffen, and Voycheske on January 6, 2017 and January 8, 2017 | | |
| 99 | FDC00044028-9 | 39 | Email exchange among Marino, Benhardt, Whalen and others in human resources on January 7, 2017 | | |
| 100 | FDC00000558-9 | 54 | Email exchange among Whalen, Marino and Charron on January 9, 2017 | | |
| 101 | FDC00047752 | 205 | Email from Benhardt to Friedman on January 9, 2017 | | |
| 102 | FDC00047523 | 206 | Email from Benhardt to members of human resources group on January 9, 2017 | | |
| 103 | FDC00052775-6 | 207 | Email exchange among Benhardt, Whalen, Marino, and other members of human resources on January 11, 2017 | | |
| 104 | FDC00047514-20 | 208 | First Data OA Impact Analysis dated January 11, 2017 | | |
| 105 | FDC00047533-41 | 57 | First Data OA Impact Analysis dated January 19, 2017 | | |

**PLAINTIFF'S TRIAL WITNESS AND EXHIBIT LIST**

| PLF. NO. | BATES NO. | DEPO NO. | DESCRIPTION OF EXHIBITS AND WITNESSES | OBJECTION | RESPONSE |
|---|---|---|---|---|---|
| 106 | FDC00048232 | 59A 59B | Excerpts of OA impact tracking tables used by Benhardt | | |
| 107 | FDC00048216 | 212 | Native Excel Spreadsheet used by Benhardt | | |
| 108 | FDC0004822 | 213 | Native Excel Spreadsheet used by Benhardt | | |
| 109 | SBB000575-672 | | February 2017 Job Openings at First Data | | |
| 110 | SBB001307-10 | 27 | First Data Press Release dated January 13, 2017 | | |
| 111 | SBB000775 | | Letter of recommendation provided to Barger by Hack | | |
| 112 | FDC00044665-6 | 83 | Email exchange between Johnson and Barger on November 8, 2016 | | |
| 113 | SBB000323 | | Steve Barger Compensation Summary | | |
| 114 | SBB000299-303 | | Steve Barger Stock Option Table | | |
| 115 | FDC00044027 | 23 | Email exchange between Marino and King on August 26, 2016 | | |
| 116 | SBB000869-881 | | Paystubs August 2016 to February 2017 | | |
| 117 | SBB000748-50 | | Bureau of Labor Statistics Participation Rates | | |
| 118 | FDC00000365-366 | Baddour 1 | FMLA Certificate of Healthcare Provider from Baddour's Office | | |
| 119 | Emory0030-68 | Baddour 2 | ENT Clinic Notes – Baddour | | |
| 120 | Emory0093 | Baddour 3 | January 10, 2017 Work Clearance – Baddour's Office | | |
| 121 | MetLife0008-20 | Baddour 4 | MetLife Claim Activity Review (STD Claim) | | |
| 122 | MetLife0035-40 | Baddour 5 | MetLife Claim Activity Review (LTD Claim) | | |
| 123 | Emory0097-102 | Parrish P1 | Physician Report to MetLife on January 23, 2017 | | |
| 124 | Emory0056-0059 | Parrish P2 | November 7, 2016 ENT Final Report - Baddour | | |
| 125 | | | Table 9 of Markov Process Model for Work-Life Expectancy | | |

**PLAINTIFF'S TRIAL WITNESS AND EXHIBIT LIST**

| PLF. NO. | BATES NO. | DEPO NO. | DESCRIPTION OF EXHIBITS AND WITNESSES | OBJECTION | RESPONSE |
|---|---|---|---|---|---|
| 126 | | | Plaintiff's Rule 56 Motion calendar of proper allocation of leave, STD, and PTO | | |
| 127 | FDC00049543 | 114 | Email exchange between Barger and Johnson dated January 17, 2017 | | |
| 128 | SBB001814, -27, -29 | | Excerpts of First Data's Publically Available Bylaw re Authorized Officers | | |
| 129 | SBB002076-9 | | Excerpts from "Power of Being Yourself" Book by Joe Plumeri | | |
| 130 | SBB000117-33 | | First Data Position Statement in Response to EEOC Charge | | |
| 131 | FDC00053142 | | Whalen Barger Email Exchange on April 6, 2014 | | |
| 132 | | | Publically Available First Data WARN Act Notices | | |
| 133 | SBB001056-59 | | First Data OWBPA used by in lay-off in Guy Chiarello's organization | | |
| 134 | | | SEC Filings and Exhibits: Press Releases, Investor Presentation, Section 425 Filing Townhall Meeting Transcript re: Fiserv Merger | | |
| 135 | | | Saul Ewing E-mails dated July 13-16 2018 re: Voycheske Declaration | | |
| 136 | | | Executive Compensation Excerpts from First Data Schedule 14A Proxy Statement for 2018 Annual Meeting. | | |
| 137 | FDC00049730 | | E-mail Barger to Johnson January 18, 2017 | | |
| 138 | SBB000399-400 | 47 | Business Segments and Transaction Processing Images from 10-K for fiscal year 2017 | | |
| 139 | | | Transcript of Rosman non-appearance on June 22, 2018 | | |
| 140 | | | Transcript of Jackson non-appearance on July 3, 2018 | | |
| 141 | | | Affidavits of Jennifer Voycheske and exhibits dated February 20, 2018 and July 16, 2018. | | |

**PLAINTIFF'S TRIAL WITNESS AND EXHIBIT LIST**

| PLF. NO. | BATES NO. | DEPO NO. | DESCRIPTION OF EXHIBITS AND WITNESSES | OBJECTION | RESPONSE |
|---|---|---|---|---|---|
| **142** | | | Video of Dan Charron Announcing Hiring of EJ Jack in First Data Press Release of January 13, 2017 | | |
| **143** | | | Exhibit 29 from Plaintiff's Motion Pursuant to Rule 56 – E-mails from or to Barger by day from 09/06/16 to 11/19/17 | | |