# EXHIBIT B

| | |
|---|---|
| **From:** | Steve Barger(steve@thebargergroup.com) |
| **To:** | Whalen, Karen |
| **CC:** | Ward, Kevin P; Diaz, Laura |
| **BCC:** | |
| **Subject:** | RE: Follow Up |
| **Sent:** | 04/06/2014 12:27:29 AM +0100 (GMT) |
| **Attachments:** | TBG W9.tiff; FD10.pdf; FD.pdf; FD8.pdf; FD9.pdf; FD Master Invoice 2.16.14.pdf; |

, Hi Karer

I can't tell you how comforting it is to have you and the FD team taking care of me. You are making this very easy for me.

Laura has been terrific.

Kevin Ward has been my reliable source for answers in Atlanta.

Thanks for your efforts re the corporate card. I understand. It makes sense.

I have attached the signature pages from the contract. Also our business ID number and liability insurance information. Don't want to send an invoice every month if I don't need to. I attached an invoice that could be used each month. Please have your people wire the funds on the 15th of each month using the instructions on the invoice.

Thank you for overseeing this request from Joe.

I am fully engaged in the discovery process and will be travelling extensively for the next several weeks. I will send you an invoice for my travel expenses as they are incurred.

Again,

Thanks

Steve

**Purpose Driven. Principle Based. Client Centered.**

Steve Barger

TheBargerGroup

480-225-8783

steve@thebargergroup.com

www.thebargergroup.com

---

**From:** Whalen, Karen <Karen.Whalen@firstdata.com>
**Sent:** Saturday, April 05, 2014 3:15 PM
**To:** Steve Barger
**Cc:** Ward, Kevin P; Diaz, Laura
**Subject:** Follow Up

Hello Steve - I hope this finds you well! I trust you have received your consulting agreement - please let Kevin or me know if you have any questions.

Also, I spoke with both our CFO and Controller about a corporate card for you, and they are unwilling to do so because of tax implications. They prefer that you invoice us for all of your expenses. While I thought Joe had a corporate card, he does not. Sorry I could not be more helpful in that regard.

Enjoy the rest of your weekend, and I look forward to seeing you soon.

Best,

Karen

The information in this message may be proprietary and/or confidential, and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify First Data immediately by replying to this message and deleting it from your computer.

| Form **W-9** (Rev. January 2011) Department of the Treasury Internal Revenue Service | **Request for Taxpayer Identification Number and Certification** | Give Form to the requester. Do not send to the IRS. |
|---|---|---|

**Name** (as shown on your income tax return)
Barger Group, LLC

Business name/disregarded entity name, if different from above

Check appropriate box for federal tax classification (required):
☐ Individual/sole proprietor   ☐ C Corporation   ☐ S Corporation   ☐ Partnership   ☐ Trust/estate
☑ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶ S
☐ Other (see instructions) ▶
☑ Exempt payee

Address (number, street, and apt. or suite no.)
6200 Foxwood Trail

City, state, and ZIP code
Birmingham, AL

Requester's name and address (optional)

List account number(s) here (optional)

### Part I  Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on the "Name" line to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

**Note.** If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

Social security number: [ ]

Employer identification number: [redacted]

### Part II  Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

3. I am a U.S. citizen or other U.S. person (defined below).

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 4.

**Sign Here** | Signature of U.S. person ▶ [signature] | Date ▶ 2.1.11

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

## Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

   Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

   1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

   2. Certify that you are not subject to backup withholding, or

   3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income.

**Note.** If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

• An individual who is a U.S. citizen or U.S. resident alien,

• A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,

• An estate (other than a foreign estate), or

• A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax on any foreign partners' share of income from such business. Further, in certain cases where a Form W-9 has not been received, a partnership is required to presume that a partner is a foreign person, and pay the withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid withholding on your share of partnership income.

Cat. No. 10231X                    Form **W-9** (Rev. 1-2011)

IN WITNESS THEREOF, the parties have executed this Work Order as of

FIRST DATA
By: _____
Name: KEVIN P. WARD
Title: VP (Human Resources)
Date: 4/4/2014

CONSULTANT
By: _____
Name: STEVEN BARGER
Title: CHRM. BARGER GROUP
Date: 4/4/2014

10

CONFIDENTIAL                                                    FDC00053144

      program in connection with a citation or prosecution for any criminal offense described in Section 14(b)(iii)(A) above. (Any crime described in this Section 14(b)(iii) is referred to in this Agreement as a "Crime of Dishonesty").

  iv. If Consultant's or Consultant Personnel's background check reveals a Crime of Dishonesty during the period of the background check or that Consultant or Consultant Personnel appears on the OFAC Specially Designated Nationals and Blocked Persons list designated by the Office of Foreign Asset Control of the U.S. Department of the Treasury then Consultant or Consultant Personnel shall not be allowed to commence the contract and the Independent Consultant Agreement shall be null and void.

  v. The background check described above must be performed at least every five (5) years.

**15. Time.** Time is of the essence in the performance of Consultant's duties under this Agreement. Upon First Data's request, Consultant shall provide First Data with a status report of Consultant's activities including an explanation of actual or anticipated problem areas.

**16. Insurance.** During the term of this Agreement and for one (1) year following the termination of this Agreement, Consultant must, at its own cost and expense, obtain and maintain in full force and effect, the following minimum insurance coverage; Consultant's purchase of insurance will not release Consultant of its obligations or liabilities under this Agreement:

  a. Workers' compensation insurance in accordance with all applicable federal, state and local statutory requirements;

  b. Automobile liability insurance (including bodily injury and property damage coverage) for all owned vehicles, with a combined single limit of $ 500,000 per person and per accident or the minimum limit required by law, whichever limit is greater; and

> **Comment [SLW1]:** Please insert current coverage consultant maintains and FDC Risk Management will review.

  c. General liability insurance (including premises, operations, independent contractors, products/completed operations, personal injury, advertising injury, and liability assumed under an insured contract) on an occurrence basis with minimum single limit coverage of $ 1,000,000 per occurrence and $ 1,000,000 aggregate combined single limit.

> **Comment [SLW2]:** Please insert current coverage consultant maintains and FDC Risk Management will review.

**17. Audit.** Consultant agrees that First Data, its internal or independent auditors, its governmental regulators, First Data Customers, or First Data Customers' representatives or regulators may, upon reasonable advance notice, inspect and audit Consultant's facilities, systems, and records (as applicable) relating to Consultant's obligations under this Agreement or to Consultant's provision of products or services to First Data. Any audit will be conducted during regular business hours and will be designed to minimize disruption to Consultant's operations. If requested by First Data's regulators or First Data Customers, Consultant will provide First Data with a copy of its audited quarterly or annual financial statements.

**18. Notices.** Any notice given under this Agreement shall be in writing and shall be effective (i) upon receipt if delivered by hand or (ii) three (3) days after deposit in the U.S. mails, postage prepaid, certified mail return receipt requested, when addressed as follows:

To First Data:    First Data Corporation
                     5902 Pine Street
                     Omaha, NE 68106
                     Stop Code: PS-31
                     Or via email: p2phelpdeskus@firstdata.com

CONFIDENTIAL      FDC00053145

With a copy to:   First Data Corporation
                  6855 Pacific Street
                  Omaha, NE 68106
                  Attn: Counsel, Procurement

To Consultant:    6200 FOXWOOD TRAIL
                  BIRMINGHAM, AL 35242
                  STEVE@THEBERGERGROUP.COM

> Comment [SLW3]: Consultant address/email goes here.

Either party may change its address at any time by giving written notice of the change.

19. **General.** ==This Agreement constitutes the complete and exclusive statement of agreement between the parties, and supersedes and merges all prior proposals and all other agreements, oral and written, between the parties relating to the subject matter of this Agreement.== This Agreement may be modified only in writing signed by both parties. The waiver or failure of either party to exercise any right provided for herein shall not be deemed a waiver of any further right hereunder. If any of the provisions of this Agreement are held invalid, illegal or unenforceable, the remaining provisions shall be unimpaired. This Agreement is personal to Consultant and Consultant may not assign or subcontract, its rights, duties or obligations under this Agreement to any person or entity. This Agreement shall bind and benefit First Data, its successors and assigns. This Agreement and performance hereunder and actions related hereto shall be governed by the internal laws of the State of Delaware without regard to conflict of law principles. This Agreement may be executed in one or more counterparts (including by means of signature pages transmitted via facsimile or other electronic means), any one of which need not contain the signatures of more than one party. Each such signature will be deemed to be: (a) an original; and (b) valid, binding, and enforceable. All such counterparts taken together will constitute one and the same instrument.

20. **No Presumption Against Drafter.** ==First Data and Consultant have jointly participated in the negotiation of the terms of this Agreement. This Agreement shall be construed as if drafted jointly by First Data and Consultant, and no presumptions arise favoring any party by virtue of the authorship of any provision of this Agreement==

IN WITNESS WHEREOF, the parties have executed this Agreement as of the date first written above.

FIRST DATA                              CONSULTANT

By: _____[signature]_____               _____[signature]_____
(Signature)                             (Signature)
Name: KEVIN P. WARD                     Date: 4/4/2014
(Please print)
Title: VP HUMAN RESOURCES
Date: 4/4/2014

8

CONFIDENTIAL                                                    FDC00053146

**Exhibit A**
**Statement of Work #1**

**Project Description:** Sales Effectiveness Consulting

**Project Duration:** March 17, 2014 – December 31, 2014

**Consultant Personnel Performing the Services:** Steve Barger

**Fees and Payment:** $30,000 per month

**Deliverables:**

TBG will develop materials, programs and resources to address the following items:
- Review all Sales, Marketing, Service, Training and Branding strategies.
- Create a common messaging voice for all levels of responsibilities (SVP to BC)
- Coordinate Sales, Service, Marketing and Training strategies
- Create a Client-Centered culture driven by a common Purpose and common Principles
- Have all First Data personnel understand the impact we have on the American economy
- Review field Sales processes
- Review field Sales Coaching processes
- Transform current Sales Reps into Business Consultants
- Create a tools and resources that fully support Business Consultancy vs. product sales
- Design and Implement a Coaching Program for BCs driven by SDs
- Facilitate the development of Client Centered Marketing materials that enhance the BC image
- Provide advice and counsel to all First Data departments requesting help
- Emotionally engage all First Data personnel in the company's Vision
- Align corporate and field behavior with the Metrics needed to run an efficient and profitable business model.
- Make First Data the destination-of-choice for Merchants and Business Consultants

9