# EXHIBIT C

|     |                                                                    |
| --- | ------------------------------------------------------------------ |
| 1   | CONFIDENTIAL - WHALEN                                              |
| 2   | directly to Rhonda with day-to-day issues.                         |
| 3   | And that started happening very, very quickly.                     |
| 4   | She was in Atalanta.  Many of them would go to                     |
| 5   | see her.  But it was also very clear that                          |
| 6   | Steve wanted to play more of that visionary,                       |
| 7   | motivational speaker role.  And this team                          |
| 8   | needed day-to-day operational leadership.                          |
| 9   | They needed structure.  They needed                                |
| 10  | discipline.  They needed metrics.  And none of                     |
| 11  | that was present at that time.                                     |
| 12  |             So when we were talking about a                        |
| 13  | successor, the view at that point was let --                       |
| 14  | bring in someone to do -- actually run sales                       |
| 15  | training and potentially move Steven to                            |
| 16  | another role that leveraged more of his                            |
| 17  | experience.                                                        |
| 18  |             The other compounding factor                           |
| 19  | was that Steve made an awful lot of money to                       |
| 20  | run a sales training organization.  He came in                     |
| 21  | at a comp level that I was astounded by and                        |
| 22  | disagreed with openly.  So part of it was us                       |
| 23  | saying, "You can't have a $700,000 plus leader                     |
| 24  | running this group and not really running it."                     |
| 25  |        Q    Mr. Barger was -- what was the                         |

| | |
|---|---|
| 1 | CONFIDENTIAL - WHALEN |
| 2 | original reason that he was brought on to |
| 3 | First Data? |
| 4 | A    He and Joe Plumeri had worked |
| 5 | together to turn around large sales forces. |
| 6 | And he always was the guy with Joe.  And Joe |
| 7 | felt that he could add value here as part of |
| 8 | the sales transformation efforts. |
| 9 | Q    Okay.  So he was brought in for |
| 10 | sales transformation.  Was he brought in to -- |
| 11 | originally to be the head of sales training? |
| 12 | A    I don't believe so. |
| 13 | Q    So how did sales training |
| 14 | become Mr. Barger's responsibility? |
| 15 | A    Joe made the decision a couple |
| 16 | of months into Steve's arrival, and asked |
| 17 | Bryan Fricke to report directly to Steve. |
| 18 | Q    When did Bryan Fricke depart |
| 19 | First Data? |
| 20 | A    I would say third quarter |
| 21 | of 2014. |
| 22 | Q    Why did Mr. Fricke leave? |
| 23 | A    He did not like the work |
| 24 | environment with Steve and Joe. |
| 25 | Q    Okay.  How long had he with |

| | |
|---|---|
| 1 | CONFIDENTIAL - WHALEN |
| 2 | A     So when you say "sales |
| 3 | transformation," I think sales transformation |
| 4 | is a very broad term.  That means you're |
| 5 | changing organizational structure.  That means |
| 6 | you're changing compensation plans.  You're |
| 7 | changing every aspect of sales.  Steve was not |
| 8 | doing all that work. |
| 9 | Steve was really, again, more |
| 10 | of the marketing guy working hand in hand with |
| 11 | Joe Plumeri, who, admittedly, Joe Plumeri is a |
| 12 | very captivating speaker.  Joe liked having |
| 13 | Steve by his side, but he wasn't actually |
| 14 | managing that work. |
| 15 | Q     Okay.  But he was doing more |
| 16 | than just running the sales training team. |
| 17 | A     He was working on other items, |
| 18 | like First Data Way, but he really -- he |
| 19 | really wasn't, in my view.  He wasn't doing |
| 20 | much outside of sales training. |
| 21 | Q     You did indicate you didn't |
| 22 | have much interaction with Steve on a |
| 23 | day-to-day basis, correct? |
| 24 | A     Well, when came in initially -- |
| 25 | that was before I was reporting to Frank -- I |

1           CONFIDENTIAL - WHALEN
2  was supporting Joe Plumeri.  So I did
3  initially work with him on his contractor
4  arrangement when Joe first brought him in, and
5  then his offer.
6           And there was --
7       Q    And what time frame was that?
8       A    So he was a contractor for us
9  in the first part of -- I want to say late Q1,
10 Q2 of 2014, and then I believe he started with
11 us in July of 2014 as an employee.
12      Q    Okay.  What was he doing as a
13 contractor?
14      A    I think he was looking at some
15 of our sales training materials, really trying
16 to come up with a campaign that they could
17 roll out to the sales force.
18      Q    Do you know what he saw as
19 issues inside of the sales force that needed
20 to be addressed?
21      A    So I think he -- Joe did not
22 feel they were compensated correctly.  He
23 wanted more aggressive salespeople.  We had
24 significant employee attrition in the sales
25 world, so those were some of the items that he

```
 1                CONFIDENTIAL - WHALEN
 2   was trying to solve for.
 3           Q     Okay.  What is an ERG?
 4           A     An employee resource group?
 5           Q     Yeah.
 6           A     So they are groups formed
 7   around a common purpose:  To drive change,
 8   drive more diverse and inclusive practices
 9   across the firm.  To act as advisors,
10   actually, to our management committee.  So
11   many, many purposes, but ultimately to drive
12   greater diversity and greater employee
13   engagement.
14           Q     You had -- when did this --
15   did -- the search for a successor, when did
16   that begin?
17           A     I believe we had gone a couple
18   of rounds on successors, that we had started
19   initially thinking we -- and I don't know if
20   this was even 2014 or 2015 when Bryan Fricke
21   left -- somebody to take on the more
22   day-to-day operations of sales training,
23   someone who was more of a training expert.
24   This was more directed at:  Steve makes a lot
25   of money, Steve needs -- he really needs to go
```