## EXHIBIT A

