# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN B. BARGER, an individual<br><br>Plaintiff<br><br>v.<br><br>FIRST DATA CORPORATION et al.<br><br>Defendants. | Case No. 1:17-cv-4869-FB-LB<br><br>**FIRST SUPPLEMENT TO PLAINTIFF'S EXHIBIT LIST**<br><br>**(Assigned to the Honorable Frederic Block)** |

## FIRST SUPPLEMENT TO PLAINTIFF'S TRIAL EXHIBIT LIST

Plaintiff Steven B. Barger, by and through his undersigned counsel, respectfully submits the following Supplement to Plaintiff's Exhibit List [ECF No. 110]. Plaintiff reserves the right to supplement and amend the proposed exhibit list, as supplemented hereby and to submit additional exhibits based on the Court's rulings before or at trial, or otherwise, as appropriate. Plaintiff reserves the right to use additional documents for impeachment.   The Plaintiff further submits the following documents set forth in Defendant's trial exhibits [ECF No. 102] as exhibits also proposed to be submitted by Plaintiff at trial are incorporated into Plaintiff's exhibit list:  (i) D-5 to D-29 (26(a) Disclosures, Written Discovery and Affidavits) and (ii) D-289 to D-306 (Deposition Transcripts).

DATED:	September 3, 2019

                                                Respectfully Submitted,
                                                THE LAW OFFICE OF SHAWN SHEARER, P.C.
                                                _____/s/ Shawn Shearer_____
                                                SHAWN SHEARER
                                                The Law Office of Shawn Shearer, P.C.
                                                3839 McKinney Avenue, Suite 155-254
                                                Dallas, Texas 75204
                                                Telephone (972) 803-4499
                                                *shawn@shearerlaw.pro*
                                                Attorney for Plaintiff
                                                Steven B. Barger

**FIRST SUPPLEMENT TO PLAITIFF'S EXHIBIT LIST**

| PLF. NO. | BATES NO. | DEPO NO. | DESCRIPTION OF EXHIBITS AND WITNESSES | OBJECTION | RESPONSE |
|---|---|---|---|---|---|
| 144 | ECF No. 1 | | Complaint | | |
| 145 | ECF No. 19 | | Answer | | |
| 146 | ECF No. 31 | | Supplemental Complaint | | |
| 147 | ECF No. 40 | | Supplemental Answer | | |
| 148 | SBB001160-1180 | | First Data Connected Magazine Vol. 2 2017 | | |
| 149 | | | Top Scoop Ice Cream Video re: Clover embedded within First Data internet site with URL https://www.firstdata.com/en_us/products/small-business/insights.html?placement=Solutions_Nav | | |