# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

---

STEVEN B. BARGER,

      Plaintiff,

v.

FIRST DATA CORPORATION, *et al.*,

      Defendants.

Civil Case No. 1:17-cv-04869-FB-LB

---

## **DEFENDANTS' AMENDED TRIAL EXHIBIT LIST**

      Defendants First Data Corporation, Frank Bisignano, Dan Charron, Anthony Marino, and Rhonda Johnson, by and through their undersigned counsel, respectfully submit the following amended Exhibit List. Defendants reserve the right to supplement and amend this proposed Exhibit List and to submit additional exhibits based on the Court's rulings before or at trial, or otherwise, as appropriate. Defendants reserve the right to use additional documents for purposes of impeachment.

                        **SAUL EWING ARNSTEIN & LEHR LLP**

                        */s/ Gary B. Eidelman*
                        Gary B. Eidelman (admitted *pro hac vice*)
                        Michael P. Cianfichi (admitted *pro hac vice*)
                        500 E Pratt Street
                        Baltimore, Maryland 21202
                        T: (410) 332-8975
                        gary.eidelman@saul.com
                        michael.cianfichi@saul.com

                        Gillian A. Cooper
                        Centre Square West
                        1500 Market Street, 38th Floor
                        Philadelphia, Pennsylvania 19125
                        T: (215) 972-7861
                        gillian.cooper@saul.com

**New York Office**
1270 Avenue of the Americas, Suite 2005
New York, New York 10020

**BOND, SCHOENECK & KING PLLC**

Louis P. DiLorenzo
600 Third Avenue 22nd floor
New York, New York 10016-1915
T: (646) 253-2315
ldilorenzo@bsk.com

*Attorneys for Defendants,*
*First Data Corporation, Frank Bisignano, Dan*
*Charron, Anthony Marino, and Rhonda Johnson*

Dated: September 5, 2019

**DEFENDANTS' AMENDED TRIAL EXHIBIT LIST**

| Ex. No. | Bates No. | Depo. Exh. | | Description | | | Objection | Response |
|---|---|---|---|---|---|---|---|---|
| D-1 | ECF No. 1 | 131-SB | 8/8/2017 | Complaint | | | | |
| D-2 | ECF No. 19 | | 11/20/2017 | Answer | | | | |
| D-3 | ECF No. 31 | | 2/12/2018 | Supplemental Complaint | | | | |
| D-4 | ECF No. 40 | | 3/7/2018 | Supplemental Answer | | | | |
| D-5 | | 148-SB | 11/26/2017 | Plaintiff Rule 26(a) Initial Disclosures | | | | |
| D-6 | | 149-SB | not dated | Plaintiff Amended Rule 26(a)  Disclosures | | | | |
| D-7 | | 150-SB | not dated | Plaintiff Second Amended Rule 26(a)  Disclosures | | | | |
| D-8 | | 151-SB | 7/5/2018 | Plaintiff Third Amended Rule 26(a)  Disclosures | | | | |
| D-9 | | | 11/26/2017 | Defendants Rule 26(a) Initial Disclosures | | | | |
| D-10 | | | 2/8/2018 | Defendants Amended Rule 26(a) Initial Disclosures | | | | |
| D-11 | | | 4/3/2018 | Plaintiff Answers to FD First Set Rogs | | | | |
| D-12 | | | 4/4/2018 | Plaintiff Answers to Charron Rogs | | | | |
| D-13 | | | 5/16/2018 | Plaintiff Answers to Charron Rogs-Supplement No. 1 | | | | |
| D-14 | | | 4/4/2018 | Plaintiff Answers to Marino Rogs | | | | |
| D-15 | | | 4/4/2018 | Plaintiff Answers to Whalen Rogs | | | | |
| D-16 | | | 4/4/2018 | Plaintiff Answers to Johnson Rogs | | | | |
| D-17 | | | 4/5/2018 | Plaintiff Answers to Bisignano Rogs | | | | |
| D-18 | | | 4/3/2018 | Plaintiff Answers to FD Rogs | | | | |
| D-19 | | | 8/16/2018 | Plaintiff Answers to FD Rogs Supplement 1 | | | | |

DEFENDANTS' AMENDED TRIAL EXHIBIT LIST

| Ex. No. | Bates No. | Depo. Exh. | | Description | | | Objection | Response |
|---|---|---|---|---|---|---|---|---|
| D-20 | | | 5/21/2018 | Plaintiff Answers to FD Rogs Supplement 2 | | | | |
| D-21 | | | 2/26/2018 | FD Answers to Plaintiff's First Set Rogs | | | | |
| D-22 | | | 2/26/2018 | Charron Answer to Pltf First Set Rogs. | | | | |
| D-23 | | | 2/25/2018 | Morino Answer to Pltf First Set Rogs. | | | | |
| D-24 | | | 2/26/2018 | FD Answers to Plaintiff's First Set Rogs | | | | |
| D-25 | | | 6/5/2018 | FD Answers to Plaintiff's Second Set Rogs | | | | |
| D-26 | | | 8/3/2018 | FD Answers to Plaintiff's Third Set Rogs | | | | |
| D-27 | | | 2/20/2018 | Declaration of Jennifer Voycheske | | | | |
| D-28 | | | 8/21/2018 | Supplemental Declaration of Jennifer Voycheske | | | | |
| D-29 | | | | Plaintiff's Affidavit in Support of MSJ | | | | |
| D-30 | FDC00000132-33 | 14-KW | | Equal Employment Opportunity Policy | | | | |
| D-31 | FDC00000119-21 | 28-AM | | US Americans with Disabilites Act Policy | | | | |
| D-32 | FDC00000122-24 | 13-KW; 29-AM | | US Family Medical Leave Policy | | | | |
| D-33 | FDC00000125-31 | 30-AM | | US Leave of Absence Policy | | | | |
| D-34 | | 73-RJ | | CEO Action for Diversity and Inclusion webpage | | | | |
| D-35 | | 1-RO | | FD US Employee Handbook (Excerpts) | | | | |
| D-36 | FDC00050184-91 | 49-MC | 5/19/2016 | First Data Policy on Restructuring Accounting | | | | |

DEFENDANTS' AMENDED TRIAL EXHIBIT LIST

| Ex. No. | Bates No. | Depo. Exh. | | Description | | | Objection | Response |
|---|---|---|---|---|---|---|---|---|
| D-37 | FDC00000344-54 | DMSJ-4 | 2/14/2018 | Plaintiff Signature Acknowledgments of FD Policies | | | | |
| D-38 | SBB001327-35 | 138-SB; 225-PM | 2010 | Form 1040 for 2010 | | | | |
| D-39 | SBB001336-44 | 137-SB; 226-PM | 2011 | Form 1040 for 2011 | | | | |
| D-40 | SBB001345-55 | 136-SB; 229-PM | 2012 | Form 1040 for 2012 | | | | |
| D-41 | SBB001356-63 | 134-SB; 230-PM | 2013 | Form 1040 for 2013 | | | | |
| D-42 | SBB001364-73 | 135-SB; 231-PM | 2014 | Form 1040 for 2014 | | | | |
| D-43 | SBB001585-1621 | 145-SB; 234-PM | 2017 | Form 1040 for 2017 | | | | |
| D-44 | FDC00052578 | 129-SB; 247-GB | 2014 | Form 1099-MISC from FD to Barger Group | | | | |
| D-45 | FDC00000338-39 | 133-SB | 2014 | Form W-2 2014 from FD to SB | | | | |
| D-46 | SBB000985 | 143-SB | 2017 | Form 1099-MISC from Oasis | | | | |
| D-47 | | 215-PM | 10/12/2010 | The Barger Group LLC 2010 Tax Forms | | | | |
| D-48 | | 227-PM | 7/6/2011 | 2010 Form 1120s for The Barger Group LLC | | | | |
| D-49 | | 217-PM | 7/15/2011 | SB 2010 Form 1040 return | | | | |
| D-50 | | 218-PM | 8/11/2012 | SB 2011 Form 1040 return | | | | |
| D-51 | | 228-PM | 10/2/2012 | 2011 Form 1120s for The Barger Group LLC | | | | |
| D-52 | | 219-PM | 4/9/2013 | SB 2012 Form 1040 return | | | | |
| D-53 | | 235-PM | 8/26/2014 | 2012 Form 1120s for The Barger Group LLC | | | | |

DEFENDANTS' AMENDED TRIAL EXHIBIT LIST

| Ex. No. | Bates No. | Depo. Exh. | | Description | | | Objection | Response |
|---|---|---|---|---|---|---|---|---|
| D-54 | | 220-PM | 8/26/2014 | SB 2013 Form 1040 return | | | | |
| D-55 | | 232-PM | 8/27/2014 | 2013 Form 1120s for The Barger Group LLC | | | | |
| D-56 | | 222-PM | 8/16/2016 | SB 2015 Form 1040 return | | | | |
| D-57 | | 233-PM | 8/25/2015 | 2014 Form 1120s for The Barger Group LLC | | | | |
| D-58 | | 221-PM | 8/28/2015 | SB 2014 Form 1040 return | | | | |
| D-59 | SBB002135-40 | | 2018 | 2018 Tax Documents | | | | |
| D-60 | FDC00053015-25 | 127-SB; 243-GB | 4/4/2014 | Independent Contractor Agreement | | | | |
| D-61 | FDC00053142-48 | Gardemal 2 | | Executed Independent Contractor Agreement | | | | |
| D-62 | FDC00052579, 52610-13, 52632, 52614, 52594, 52580 | 128-SB; 246-GB | 2/26/2014 | Barger Group Invoices to FD for consulting | | | | |
| D-63 | GrantBarger0162-63 | 249-GB | 4/24/2014 | Purchase Order from FD to Barger Group | | | | |
| D-64 | SBB000845-46, 000864 | 130-SB | 6/12/2014 | FD Offer Letter to SB from Plumeri | | | | |
| D-65 | FDC00052797-99 | 132-SB | 8/24/2014 | RE: Following up on your inquiry | Barger, Steve | Raices, Maxene | | |
| D-66 | FDC00051365 | | 9/2/2014 | FW: Thanks | Short, Kathleen | Short, David | | |
| D-67 | FDC00052822-25 | 154-SB | 10/14/2014 | RE: Dan and Lamont | Barnes, Katherine | Patel, Gita | | |
| D-68 | FDC00052800-01 | 155-SB | 1/9/2015 | FW: Search - SVP Head of Sales Transformation - Resume of [Redacted] | Barger, Steve | Hoefer, Kim | | |
| D-69 | FDC00044639 | | 3/12/2015 | Status Report on Executive Search for FDC SVP Head of Sales Transformation | | | | |

4

**DEFENDANTS' AMENDED TRIAL EXHIBIT LIST**

| Ex. No. | Bates No. | Depo. Exh. | | Description | | | Objection | Response |
|---|---|---|---|---|---|---|---|---|
| D- 70 | FDC00044830-31 | 156-SB | 3/19/2015 | RE: SVP Sales Transformation Search | Barger, Steve | Hoefer, Kim | | |
| D- 71 | FDC00044912 | | 11/23/2015 | GBS Talent Review slides & SVP Profiles - Hack | Whalen, Karen | Johnson, Rhonda | | |
| D- 72 | FDC00000477-86 | 61-RJ; Gardemal 3 | 12/31/2015 | Barger Year-End 2015 Evaluation | | | | |
| D- 73 | FDC00044940 | 62-RJ | 1/26/2016 | re: jeff/dan discussion, jeff's reqs & lab org structure | Whalen, Karen | Johnson, Rhonda | | |
| D- 74 | FDC00053149-50 | | 1/28/2016 | Repricing Page | Johnson, Rhonda | Whalen, Karen | | |
| D- 75 | FDC00052691-97 | 147-SB | 4/16/2016 | Text Messages - SB and Hack | | | | |
| D- 76 | FDC00051621-25 | 174-SB | 4/28/2016 | Fw: Contract | Barger, Steve | Barger, Steve | | |
| D- 77 | | 15-KW; 63-RJ | 7/8/2016 | Org Strategy - Pam & Steve Barger | Whalen, Karen | Johnson, Rhonda | | |
| D- 78 | FDC00044599 | | 7/12/2016 | RE: Successor resumes | Johnson, Rhonda | Hoefer, Kim | | |
| D- 79 | FDC00043619 | 64-RJ | 7/14/2016 | Confidential | Hack, Jeff | Johnson, Rhonda | | |
| D- 80 | | 16-KW | 7/18/2016 | RE: Confidential: Training | Hack, Jeff; Johnson, Rhonda | Whalen, Karen | | |
| D- 81 | FDC00044388-89 | 65-RJ | 7/21/2016 | RE: Confidential: Training | Johnson, Rhonda | Whalen, Karen | | |
| D- 82 | FDC00043731-32 | 51-DC | 7/21/2016 | RE: Confidential: Training | Hack, Jeff | Charron, Dan | | |
| D- 83 | FDC00043704 | 66-RJ | 8/3/2016 | Sourcing update: Head of Sales Training | Hack, Jeff | Johnson, Rhonda | | |
| D- 84 | FDC00043719-20 | 52-DC | 8/8/2016 | RE: (No Subject) | Marino, Anthony | Hack, Jeff | | |
| D- 85 | FDC00051319 | | 8/10/2016 | FW: followup and emory | Patel, Gita | Patel, Gita | | |

5

**DEFENDANTS' AMENDED TRIAL EXHIBIT LIST**

| Ex. No. | Bates No. | Depo. Exh. | | Description | | | Objection | Response |
|---|---|---|---|---|---|---|---|---|
| D- 86 | FDC00041349-50 | 53-DC | 8/11/2016 | RE: Senior Leader Heads Up: Org Announcement on Changes to SMB and GBS | Mantia, Nick | Barger, Steve | | |
| D- 87 | FDC00043612 | 67-RJ | 8/12/2016 | RE: Barger midyear | Johnson, Rhonda | Hack, Jeff | | |
| D- 88 | FDC00043945 | 68-RJ | 8/16/2016 | Steve - Confidential | Marino, Anthony | Johnson, Rhonda | | |
| D- 89 | FDC00044171 | 117-FB | 8/26/2016 | RE: Steve B. | Marino, Anthony | Bisignano, Frank | | |
| D- 90 | FDC00043773 | 24-JK | 8/27/2016 | RE: story | King, Josh | Marino, Anthony | | |
| D- 91 | FDC00044027 | 23-JK | 8/27/2016 | RE: story | King, Josh | Marino, Anthony | | |
| D- 92 | FDC00044418 | 69-RJ | 8/31/2016 | CONFIDENTIAL - Interview Request | Cartellone; Profeta; DiPietro | Johnson, Rhonda | | |
| D- 93 | | 2-RO | 9/7/2016 | gift for steve | Marino, Anthony | Ording, Robin | | |
| D- 94 | FDC00044768-69 | 70-RJ | 9/9/2016 | RE: Please share with our glorious team | Johnson, Rhonda | Kelly, Julie | | |
| D- 95 | FDC00043708 | 71-RJ | 9/9/2016 | RE: did we hear any news on Barger?? | Hack, Jeff | Johnson, Rhonda | | |
| D- 96 | FDC00044529 | | 9/15/2016 | FW: Steve Update | Johnson, Rhonda | Kelly, Julie | | |
| D- 97 | FDC00043702 | 72-RJ | 9/15/2016 | Steve - Update | Hack, Jeff | Johnson, Rhonda | | |
| D- 98 | FDC00007819 | | 9/23/2016 | are yiu tere | Patel, Gita | Barger, Steve | | |
| D- 99 | FDC00048829 | | 9/23/2016 | RE: hi steve | Stamey, Justin; et al | Barger, Steve | | |
| D- 100 | FDC00044745-46 | 78-RJ | 9/28/2016 | FW: "The New Bionic Leadership Series of Training headed your way" | Johnson, Rhonda; et al. | Kelly, Julie | | |

**DEFENDANTS' AMENDED TRIAL EXHIBIT LIST**

| Ex. No. | Bates No. | Depo. Exh. | | Description | | | Objection | Response |
|---|---|---|---|---|---|---|---|---|
| D-101 | FDC00044501 | 77-RJ | 9/28/2016 | Steve Barger | McCarthy, Barry | Johnson, Rhonda | | |
| D-102 | FDC00007379-80 | 76-RJ | 9/30/2016 | RE: PLEASE READ: Next Steps for GSN Organization | Johnson, Rhonda; Kelly, Julie | Barger, Steve | | |
| D-103 | FDC00053151 | | 10/1/2016 | FW: Top 150 List Based on MC Feedback | Charron, Dan; Hack, Jeff | Hack, Jeff | | |
| D-104 | FDC00007390 | | 10/12/2016 | RE: MJJ - MSS Entry Completed | Johnson, Rhonda | Barger, Steve | | |
| D-105 | FDC00048892 | | 10/12/2016 | RE: Thinking About You! | Guerra, Deborah | Barger, Steve | | |
| D-106 | FDC00044696-97 | 79-RJ | 10/12/2016 | RE: Urgent Wednesday - communication | Johnson, Rhonda; Kelly, Julia; et al. | Stamey, Justin | | |
| D-107 | FDC00044741 | 80-RJ | 10/12/2016 | RE: Urgent Wednesday - communication - THIS IS WHAT I WANT TO SEND TO THE TEAM | Britt, James | Johnson, Rhonda | | |
| D-108 | FDC00044785-88 | 81-RJ | 10/18/2016 | RE: FOR STEVE: FW: Sales Transformation headcount plan | Barger, Steve; Lessen, Paula; Stamey, Justin | Johnson, Rhonda | | |
| D-109 | FDC00007484 | | 10/19/2016 | RE: Confidential | Johnson, Rhonda | Barger, Steve | | |
| D-110 | FDC00044750-51 | 82-RJ | 10/24/2016 | RE: Requisitions | Stutz, Ed | Barger, Steve | | |
| D-111 | FDC00007354 | | 11/3/2016 | RE: Release of HOLD Dates - December 7 & 8 | big group | Barger, Steve | | |
| D-112 | Emory0056-59 | Parish 2 | 11/4/2016 | Final Report from Clinic 11/4/2016 | | | | |
| D-113 | FDC00049057 | | 11/8/2016 | Appreciate your thoughts | STG group | Barger, Steve | | |

**DEFENDANTS' AMENDED TRIAL EXHIBIT LIST**

| Ex. No. | Bates No. | Depo. Exh. | | Description | | | Objection | Response |
|---|---|---|---|---|---|---|---|---|
| D-114 | FDC00044665-66 | 83-RJ | 11/8/2016 | RE: A quick meeting or email will do | Barger, Steve | Johnson, Rhonda | | |
| D-115 | SBB001028-30 | 160-SB | 11/8/2016 | Text Messages - SB and Marino | | | | |
| D-116 | FDC00045200 | | 11/15/2016 | Leave of Absence Letter | Barger, Steve | HR | | |
| D-117 | FDC00043693 | 84-RJ | 11/16/2016 | RE: Urgent - Barger | Johnson, Rhonda | Hack, Jeff | | |
| D-118 | FDC00045507 | | 11/16/2016 | Urgent - Barger overview for Tony | Whalen, Karen | Johnson, Rhonda | | |
| D-119 | FDC00052712-16 | 195-KB | 11/17/2016 | OA Action Document | | | | |
| D-120 | FDC00052711 | 194-KB | 11/17/2016 | RE: OA Action | Marino and HR Team | Benhardt, Kathi | | |
| D-121 | FDC00044439 | 85-RJ | 11/17/2016 | RE: Barger initial ratings for direct reports | Johnson, Rhonda | Ording, Robin | | |
| D-122 | FDC00045525 | | 11/17/2016 | RE: Steve Barger - Leave Paperwork | Whalen, Karen | Johnson, Rhonda | | |
| D-123 | FDC00045488-96 | 161-SB | 11/18/2016 | Leave of Absence Letter | Barger, Steve | Marino, Anthony | | |
| D-124 | SBB000081-82 | 191-AS | 11/18/2016 | Leave of Absence Letter | Barger, Steve | Marino, Anthony | | |
| D-125 | FDC00000386-87 | 181-AS | 11/21/2016 | MetLife Authorization Form | | | | |
| D-126 | FDC00000368, 377 | 163-SB | 11/21/2016 | OA Responsibilities while on leave | | | | |
| D-127 | FDC00007363 | 162-SB | 11/21/2016 | RE: Accepted: On Behalf of Jeff Hack | Barger, Steve | Johnson, Rhonda | | |
| D-128 | FDC00051658 | | 11/21/2016 | An Announcement | team | Ording, Robin | | |
| D-129 | FDC00044812 | 88-RJ | 11/21/2016 | FW: E-mail & Good access | HR Solutions | Wyatt, Jean | | |
| D-130 | FDC00043617 | 34-AM | 11/21/2016 | Steve Barger team communication | Hack; Ording; Marino; Whalen | Johnson, Rhonda | | |

8

**DEFENDANTS' AMENDED TRIAL EXHIBIT LIST**

| Ex. No. | Bates No. | Depo. Exh. | | Description | | | Objection | Response |
|---|---|---|---|---|---|---|---|---|
| D-131 | FDC00044446 | 86-RJ | 11/21/2016 | re: STD/LTD | Johnson, Rhonda | Pulverenti, Stephanie | | |
| D-132 | FDC00044619-20 | 38-AM | 11/22/2016 | E-mail & Good access | HR Solutions; Voycheske | Johnson, Rhonda | | |
| D-133 | FDC00051379 | 176-AS | 11/22/2016 | Security Shutdown - Good App and Email ONLY | IT | Voycheske, Jennifer | | |
| D-134 | | 4-RO | 11/22/2016 | RE: Mid Year Pay Correction | Johnson, Rhonda | Ording, Robin | | |
| D-135 | FDC00043728 | | 11/22/2016 | Steve Bargar bonus | Charron, Dan; Hack, Jeff | Marino, Anthony | | |
| D-136 | FDC00043734 | 40-AM | 11/22/2016 | Interim Sales Training Leader | Bisignano, Frank; Charron; Hack | Marino, Anthony | | |
| D-137 | | 5-RO | 11/22/2016 | Welcome | Ording, Robin | Walker, Denise | | |
| D-138 | FDC00044655-57 | 89-RJ | 11/23/2016 | Steve Barger forms | Voycheske, Jennifer | Johnson, Rhonda | | |
| D-139 | FDC00000378, 49586, 49591-95, 49616, 49632-38 | 177-AS | 11/23/2016 | FW: urgent! | Voycheske, Jennifer | Locke, Valeria | | |
| D-140 | FDC00043618 | 178-AS; 189-AS | 11/23/2016 | Initial Leave Request: Steve Barger, S09, Jennifer Voycheske | Hack, Jeff | LOAHELP | | |
| D-141 | FDC00044071 | 41-AM | 11/23/2016 | RE: Barger Equity | Marino, Anthony | Roding, Scott | | |
| D-142 | FDC00047791 | 196-KB | 11/30/2016 | RE: January 2016 - Impact Analysis 1-8-16 | Benhardt, Kathi | Friedman, Deborah | | |
| D-143 | FDC00052966 | 197-KB | 11/30/2016 | Update on Impact List | Benhardt, Kathi | Friedman, Deborah | | |
| D-144 | FDC00052276-78 | | 11/30/2016 | RE: Updated RIF Impact Summary | Friedman, Deborah | Benhardt, Kathi | | |

**DEFENDANTS' AMENDED TRIAL EXHIBIT LIST**

| Ex. No. | Bates No. | Depo. Exh. | | Description | | | Objection | Response |
|---|---|---|---|---|---|---|---|---|
| D- 145 | | 6-RO | 11/30/2016 | RE: Steve Barger | Diaz, Laura; cc: Ording, Robin | Allen, Mary | | |
| D- 146 | FDC00046849 | | 11/30/2016 | Interview [Redacted] - SVP Head Sales Training and Transformation | Foskett, Christopher, et al | Coffey, Deborah | | |
| D- 147 | FDC00052753 | 198-KB | 12/1/2016 | FW: OA RIF Impact Summary - 11.30.16 | Fitton-Gordon, Fujiko | Marino, Anthony | | |
| D- 148 | FDC00044732 | 91-RJ | 12/5/2016 | Form to complete & Q/A response | Barger, Steve | Johnson, Rhonda | | |
| D- 149 | FDC00044832 | 42-AM | 12/5/2016 | FW: Leave of Absence Request Forms: Steve Barger, S09, Jennifer Voycheske | Barger, Steve | Patel, Gita | | |
| D- 150 | SBB000832-35 | 166-SB | 12/5/2016 | Re: Form to complete & Q/A response | Johnson, Rhonda | Barger, Steve | | |
| D- 151 | SBB000829-30 | 165-SB | 12/5/2016 | Re: Leave of Absence Request Forms: Steve Barger, S09, Jennifer Voycheske | Johnson, Rhonda | Barger, Steve | | |
| D- 152 | FDC00044383-84 | 118-FB | 12/5/2016 | PLEASE READ ASAP | HR Team | Whalen, Karen | | |
| D- 153 | | 7-RO | 12/7/2016 | RE: Good email for Sales Transformation team | Lessen, Paula | CloverSupport | | |
| D- 154 | FDC00000365-66 | 164-SB; Baddour 1 | 12/14/2016 | Certification of Health Care Provider | | | | |
| D- 155 | FDC00051707-08 | | 12/14/2016 | FW: Steve Barget - Update? | Partem, Iryna | Castro, Geoff | | |
| D- 156 | FDC00044681-83 | 93-RJ | 12/15/2016 | FW: Forms Received: Barger, Steve-247809-S09-GA-Scott Owen | Johnson, Rhonda | Voycheske, Jennifer | | |
| D- 157 | SBB000085 | 168-SB; 31-AM | 12/15/2016 | FMLA Approval Form - 12/15 | Barger, Steve | FD LOA | | |

DEFENDANTS' AMENDED TRIAL EXHIBIT LIST

| Ex. No. | Bates No. | Depo. Exh. | | Description | | | Objection | Response |
|---|---|---|---|---|---|---|---|---|
| D- 158 | FDC00043710 | 179-AS | 12/15/2016 | Leave Approval - Continuous, Steve Barger, S09, Jennifer Voycheske | Hack, Jeff | LOAHELP | | |
| D- 159 | FDC00000414 | 94-RJ | 12/15/2016 | RE: Forms Received: Barger, Steve-247809-S09-GA-Scott Owen | Voycheske, Jennifer | Johnson, Rhonda | | |
| D- 160 | FDC00049123 | 97-RJ | 12/16/2016 | RE: Steve Barger - LOA | Johnson, Rhonda | Voycheske, Jennifer | | |
| D- 161 | FDC00049124 | 180-AS | 12/16/2016 | Re: Steve Barger LOA | HR Services Center | Johnson, Rhonda | | |
| D- 162 | FDC00046194 | | 12/16/2016 | FW: Pay roll | Barger, Steve | Johnson, Rhonda | | |
| D- 163 | FDC00007452-53 | 95-RJ | 12/16/2016 | Re: Action for Short Term Leave | Johnson, Rhonda | Barger, Steve | | |
| D- 164 | FDC00053152-55 | | 12/16/2016 | RE: Updated Comp on RIF List | Friedman, Deborah | Benhardt, Kathi | | |
| D- 165 | FDC00052761-63 | 199-KB | 12/17/2016 | FW: *** Headcount Report for the Week of Dec 14 *** | Benhardt, Kathi; Whalen, Karen; et a. | Marino, Anthony | | |
| D- 166 | FDC00044931 | 99-RJ | 12/19/2016 | RE: Leave Approval - Continuous, Steve Barger, S09, Jennifer Voycheske | Voycheske, Jennifer | Luebbe, Melinda | | |
| D- 167 | FDC00044686-87 | 98-RJ | 12/19/2016 | RE: Steve Barger - LOA & STD | Voycheske, Jennifer | Johnson, Rhonda | | |
| D- 168 | FDC00044584 | 101-RJ | 12/20/2016 | RE: hear Steve Barger was in the office again today | Johnson, Rhonda | Ording, Robin | | |
| D- 169 | FDC00049156 | 96-RJ | 12/20/2016 | FW: Steve Barger - LOA | Barger, Steve | Patel, Gita | | |
| D- 170 | FDC00044521 | 100-RJ | 12/20/2016 | RE: Today | Johnson, Rhonda | Voycheske, Jennifer | | |

**DEFENDANTS' AMENDED TRIAL EXHIBIT LIST**

| Ex. No. | Bates No. | Depo. Exh. | | Description | | | Objection | Response |
|---|---|---|---|---|---|---|---|---|
| D- 171 | | 3-RO | 12/21/2016 | FW: Just heard Steve is coming in around noon today. Need to have call prior? | Marino, Anthony | Ording, Robin | | |
| D- 172 | FDC00000389 | 187-AS | 12/21/2016 | RE: Steve Barger | Steffen, Amy | Voycheske, Jennifer | | |
| D- 173 | FDC00047582 | 50-MC; 200-KB | 12/21/2016 | RE: exists | Pacheco, Fernanda | Benhardt, Kathi | | |
| D- 174 | | 8-RO | 12/22/2016 | RE: Comp Meeting | Whalen, Karen; Marino, Anthony | Ording, Robin | | |
| D- 175 | FDC00043698 | | 12/22/2016 | To discuss | Marino, Anthony | Hack, Jeff | | |
| D- 176 | | 19-KW | 12/27/2016 | RE: SVP [Redacted] | Soggs, Cheryl | Thome-Piedra, Michele | | |
| D- 177 | FDC00043696-97 | 43-AM | 12/28/2016 | RE: Training | Marino, Anthony | Hack, Jeff | | |
| D- 178 | FDC00052767-68 | 202-KB | 12/30/2016 | Re: IC Planning and RIF's | Whalen, Karen | Marino, Anthony | | |
| D- 179 | FDC00052764 | 201-KB | 12/30/2016 | Re: IC Planning and RIF's | Bergquist, Janelle | Marino, Anthony | | |
| D- 180 | SBB000323 | | 12/31/2016 | SB Compensation Summary | | | | |
| D- 181 | FDC00051565-93 | 159-SB | 1/1/2017 | Sales Transformation review - Internal Consulting MC Executive Summary | | | | |
| D- 182 | FDC00044994-5032 | 158-SB | 1/1/2017 | Sales Transformation Review Fact Pack for Whalen, Ording, Hadler | | | | |
| D- 183 | FDC00047744 | | 1/3/2017 | RE: can you send me the list of the 141 names | Benhardt, Kathi | Friedman, Deborah | | |

DEFENDANTS' AMENDED TRIAL EXHIBIT LIST

| Ex. No. | Bates No. | Depo. Exh. | | Description | | | Objection | Response |
|---|---|---|---|---|---|---|---|---|
| D- 184 | | 9-RO | 1/4/2017 | [no subject] | Johnson, Rhonda; Whalen, Karen | Ording, Robin | | |
| D- 185 | FDC00044200 | 102-RJ | 1/4/2017 | [no subject] | Johnson, Rhonda; Whalen, Karen | Ording, Robin | | |
| D- 186 | FDC00044454 | 106-RJ | 1/5/2017 | RE: Leave Extension Request - Steve Barger | Johnson, Rhonda | Voycheske, Jennifer | | |
| D- 187 | FDC00045530 | | 1/5/2017 | Steve Barger returning 01/17 | Whalen, Karen | Johnson, Rhonda | | |
| D- 188 | FDC00000369 | 170-SB | 1/5/2017 | FMLA Approval Form - 1/5 | Barger, Steve | FD LOA | | |
| D- 189 | FDC00052294-97 | | 1/5/2017 | Great News. | group; CC Voycheske | Parks, Lori | | |
| D- 190 | FDC00044804 | 105-RJ | 1/5/2017 | Leave Approval - Continuous, Steve Barger, S09, Jennifer Voycheske | Johnson, Rhonda | LOAHELOP | | |
| D- 191 | FDC00052308-12 | | 1/5/2017 | MetLife Database Screenshot | | | | |
| D- 192 | FDC00045286 | | 1/5/2017 | Not Eligible for FMLA: Steve Barger, S09, Jennifer Voycheske | Voycheske, Jennifer | LOAHELP | | |
| D- 193 | SBB000855-58 | 169-SB | 1/5/2017 | Re: Leave of Absence Pay Breakdown | Voycheske, Jennifer | Barger, Steve | | |
| D- 194 | FDC00051392 | | 1/5/2017 | RE: Steve Barger #247809 | Luebbe, Melinda | Voycheske, Jennifer | | |
| D- 195 | FDC00000400 | 104-RJ | 1/5/2017 | RE: Steve Barger #247809 | Voycheske, Jennifer | Johnson, Rhonda | | |
| D- 196 | FDC00044036 | 44-AM | 1/5/2017 | RE: RES: 10% Reduction | Marino, Anthony | Bergquist, Janelle | | |
| D- 197 | FDC00047255 | | 1/5/2017 | RE: CONFIDENTIAL: Sales Transformation Resource Allocation 2016 | Johnson, Rhonda | Ording, Robin | | |

DEFENDANTS' AMENDED TRIAL EXHIBIT LIST

| Ex. No. | Bates No. | Depo. Exh. | | Description | | | Objection | Response |
|---|---|---|---|---|---|---|---|---|
| D-198 | FDC00045261 | | 1/5/2017 | Time Off Request Leave of Absence: Steve Barger, S09, Jennifer Voycheske | Voycheske, Jennifer | LOA HELP | | |
| D-199 | FDC00044674 | 107-RJ | 1/6/2017 | RE: Leave Extension Request | Johnson, Rhonda | Voycheske, Jennifer | | |
| D-200 | FDC00044518 | 108-RJ | 1/6/2017 | RE: Steve Barger | Voycheske, Jennifer | Johnson, Rhonda | | |
| D-201 | MetLife0021 | 171-SB | 1/6/2017 | MetLife STD Claim Approval | Barger, Steve | MetLife | | |
| D-202 | FDC00052972-73 | 203-KB | 1/6/2017 | Re: 10% Reduction | Benhardt, Kathi | Von Bulow, Janice | | |
| D-203 | FDC00044095-96 | 37-AM | 1/6/2017 | RE: Discuss 10% | HR Group | Marino, Anthony | | |
| D-204 | FDC00044611-12 | 110-RJ | 1/7/2017 | RE: Steve | Ording, Robin | Johnson, Rhonda | | |
| D-205 | | 10-RO | 1/7/2017 | RE: Steve | Steffen, Amy; Ording, Robin | Marino, Anthony | | |
| D-206 | FDC00044028-29 | 39-AM | 1/7/2017 | RE: Open Positions | Marino, Anthony | Benhardt, Kathi | | |
| D-207 | FDC00047253 | | 1/7/2017 | FW: Draft list - Sat 4pm | Johnson, Rhonda | Hack, Jeff | | |
| D-208 | FDC00043749-50 | 35-AM | 1/7/2017 | RE: Barger Analysis | Bisignano, Frank | Marino, Anthony | | |
| D-209 | FDC00000373-74 | 111-RJ; 184-AS | 1/8/2017 | FW: Steve B. | Voycheske, Jennifer | Steffen, Amy | | |
| D-210 | FDC00044375-76 | 188-AS | 1/9/2017 | RE: Steve B. | Johnson, Rhonda; Whalen, Karen; Pulverenti, Stephanie | Steffen, Amy | | |
| D-211 | FDC00047752 | 205-KB | 1/9/2017 | lists and names | Friedman, Deborah | Benhardt, Kathi | | |

14

DEFENDANTS' AMENDED TRIAL EXHIBIT LIST

| Ex. No. | Bates No. | Depo. Exh. | | Description | | | Objection | Response |
|---|---|---|---|---|---|---|---|---|
| D- 212 | FDC00047523 | 206-KB | 1/9/2017 | Re: Impact (Comp/Severance Planning) | Friedman, Deborah; Steffen, Amy; Bergquist, Janelle | Benhardt, Kathi | | |
| D- 213 | FDC00044381-82 | 55-DC | 1/9/2017 | REVISED Top 3000 Charron | Benhardt, Kathi | Whalen, Karen | | |
| D- 214 | FDC00043730 | 146-SB | 1/9/2017 | Hack List Monday 9:30am - Nearly Final | Hack, Jeff | Charron, Dan; Whalen, Karen | | |
| D- 215 | | 21-KW | 1/9/2017 | RE: FDCSecureMail REVISED Top 3000 Charron | Benhardt, Kathi | Whalen, Karen | | |
| D- 216 | FDC00000558-59 | 54-DC | 1/9/2017 | RE: FDCSecureMail REVISED Top 3000 Charron | Whalen, Karen | Charron, Dan | | |
| D- 217 | FDC00045278 | | 1/9/2017 | RE: Offer ws | Thorne-Piedra | Soggs, Cheryl | | |
| D- 218 | FDC00044032 | 45-AM | 1/10/2017 | RE: Steve Barger - 01/17 release to return to work | Johnson; Whalen | Marino, Anthony | | |
| D- 219 | FDC00044654 (+1) | 183-AS | 1/10/2017 | RE: Steve Barger - release to return to work | Voycheske, Jennifer | Johnson, Rhonda | | |
| D- 220 | Emory0093 | Baddour3 | 1/10/2017 | Return to Work Authorization | | | | |
| D- 221 | FDC00047583-85 | 204-KB | 1/10/2017 | Re: Discuss 10% | Benhardt, Kathi | Ho, Karen | | |
| D- 222 | FDC00045638 | | 1/10/2017 | RE: Confidential: Updated: Sales Trans Deck | Whalen; Marino | Ording, Robin | | |
| D- 223 | FDC00052775-76 | 207-KB | 1/11/2017 | FW: Steve Barger | Whalen, Karen | Benhardt, Kathi | | |
| D- 224 | FDC00047514-21 | 56-DC | 1/11/2017 | OA Impact Analysis | | | | |
| D- 225 | FDC00051862 | | 1/11/2017 | RE: David Short - Partner Training | Brinker, Dailey | Hadler, Patricia | | |

DEFENDANTS' AMENDED TRIAL EXHIBIT LIST

| Ex. No. | Bates No. | Depo. Exh. | | Description | | | Objection | Response |
|---|---|---|---|---|---|---|---|---|
| D- 226 | | | | | | | | withdrawn |
| D- 227 | FDC00044826 | 113-RJ | 1/13/2017 | FW: Immediate Termination of Steve Barger | Johnson, Rhonda | Wyatt, Jean | | |
| D- 228 | FDC00046463 | | 1/13/2017 | Steve | Whalen, Karen | Johnson, Rhonda | | |
| D- 229 | FDC00051010 | | 1/13/2017 | Termination Modeling Results | | | | |
| D- 230 | FDC00051394 | 193-AS | 1/16/2017 | Leave of Absence Request Forms: Steve Barger, S09, Jennifer Voycheske | Voycheske, Jennifer | LOAHELP | | |
| D- 231 | FDC00051008 | | 1/16/2017 | FW: Barger Follow-Up | Barger, Steve | Marino, Anthony | | |
| D- 232 | FDC00052298 | | 1/17/2017 | Barger | Voycheske, Jennifer | Johnson, Rhonda | | |
| D- 233 | FDC00045508 | | 1/17/2017 | Barger Follow-Up | Whalen, Karen | Johnson, Rhonda | | |
| D- 234 | FDC00049543 | 114-RJ | 1/17/2017 | RE: | Johnson, Rhonda | Barger, Steve | | |
| D- 235 | FDC00051634 | | 1/17/2017 | RE: Barger - confidential | Johnson, Rhonda | Benhardt, Kathi | | |
| D- 236 | FDC00048087 | | 1/17/2017 | FW: Sales Transformation Headcount Trend | Friedman, Deborah | Whalen, Karen | | |
| D- 237 | FDC00049736 | | 1/18/2017 | RE: Howdy | Barger, Steve | Schmid, Rick | | |
| D- 238 | FDC00042717 | | 1/18/2017 | RE: Head Sales Training and Transformation | Soggs, Cheryl | Whalen, Karen | | |
| D- 239 | FDC00047533-41 | 153-SB | 1/19/2017 | OA Impact Analysis | | | | |
| D- 240 | FDC00047748 | 58-DC | 1/23/2017 | RE: overview | Friedman, Deborah | Benhardt, Kathi | | |
| D- 241 | FDC00049743 | 115-RJ | 1/25/2017 | RE: Steve Barger life insurance conversion | Johnson, Rhonda | Pulverenti, Stephanie | | |
| D- 242 | FDC00047743 | 211-KB | 1/26/2017 | RE: Informational Only | Benhardt, Kathi | Brit, James | | |

**DEFENDANTS' AMENDED TRIAL EXHIBIT LIST**

| Ex. No. | Bates No. | Depo. Exh. | | Description | | | Objection | Response |
|---|---|---|---|---|---|---|---|---|
| D-243 | FDC00047510 | | 1/26/2017 | RE: UPDATE - Sales Training | Whalen, Karen; Marino, Anthony; Charron, Dan | Race, Kevin | | |
| D-244 | FDC00051382 | 186-AS | 1/27/2017 | Steve Barger | Voycheske, Jennifer | Steffen, Amy | | |
| D-245 | FDC00049741-42 | 192-AS | 1/27/2017 | RE: STD Payment | Steffen, Amy | Voycheske, Jennifer | | |
| D-246 | FDC00049936 | 185-AS | 1/27/2017 | FWD: Std. Stop Payment | Voycheske, Jennifer | Pulverenti, Stephanie | | |
| D-247 | FDC00047600-01 | 209-KB | 1/28/2017 | Re: Updated OA Impact Analysis - $44.75M in Annual Base Savings | Benhardt, Kathi | Friedman, Deborah | | |
| D-248 | SBB000964 | 141-SB | 2/6/2017 | MetLife LTD Check #1 | | | | |
| D-249 | SBB000978 | 142-SB | 2/6/2017 | MetLife LTD Check Copies #1 and #2 | | | | |
| D-250 | FDC00047566 | | 2/9/2017 | OA Impact Analysis | | | | |
| D-251 | FDC00053013 | | 2/16/2017 | Mullin - Outplacement Results | Marino, Anthony; Ording, Robin | Benhardt, Kathi | | |
| D-252 | FDC00052344 | | 2/21/2017 | sales training position elimination RO records | Gunter, Andrew | Ording, Robin | | |
| D-253 | FDC00000396-97 | | 3/24/2017 | RE: Return To Work Inquiry: Steve Barger, emp ID: 247809, clm num: 711701191341 | Lambert, Deanna | Voycheske, Jennifer | | |
| D-254 | FDC00048217 | | 11/17/2016 | RIF List Created 11/17/2016 | | | | |
| D-255 | FDC00048219 | | 11/17/2016 | RIF List Created 11/17/2016 | | | | |
| D-256 | FDC00048231 | | 12/22/2016 | RIF List Created 12/22/2016 | | | | |

17

**DEFENDANTS' AMENDED TRIAL EXHIBIT LIST**

| Ex. No. | Bates No. | Depo. Exh. | | Description | | | Objection | Response |
|---|---|---|---|---|---|---|---|---|
| D-257 | FDC00048222 | | 1/19/2017 | RIF List Created 1/19/2017 | | | | |
| D-258 | | 223-PM | 4/2/2017 | SB 2016 Form 1040 return | | | | |
| D-259 | | 47-MC | 12/31/2017 | Form 10-K | | | | |
| D-260 | SBB00000343 | 144-SB | 12/31/2017 | Form W-2 2017 from FD to SB | | | | |
| D-261 | MetLife0034 | | 3/9/2018 | MetLife LTD Payment History | | | | |
| D-262 | SBB001325-26 | 124-FB | 5/18/2018 | Fw: Due diligence research on First Data management | Shearer, Shawn | Barger, Steve | | |
| D-263 | | 216-PM | 9/31/2010 | The Barger Group LLC State of Alabama Articles of Organization | | | | |
| D-264 | MetLife0001-07, 197-216 | 190-AS | | Health and Life Benefits Summary Plan Description First Data Corp. January 2016 | | | | |
| D-265 | MetLife0008-20 | Baddour 4 | | Claim Activity Review/Summary | | | | |
| D-266 | MetLife0035-40 | Baddour 5 | | Claim Activity Review/Summary | | | | |
| D-267 | MetLife0178-83 | 140-SB | 2/3/2017 | MetLife LTD Claim Approval | | | | |
| D-268 | FDC00000013-80 | | | Pay Stubs from 7/15/2014 - 2/28/2017 | | | | |
| D-269 | FDC00000440-41 | Gardemal 4 | | Assessment | | | | |
| D-270 | FDC00049568-78 | 120-FB | | First Data Corporation, Severance Plan for U.S. Employees | | | | |
| D-271 | FDC00048232 | 59A-DC | | RIF List (redacted) | | | | |
| D-272 | FDC00048232 | 59B-DC | | RIF List (redacted) | | | | |
| D-273 | FDC00048216 native | 212-KB | | Spreadsheets (redacted) | | | | |

DEFENDANTS' AMENDED TRIAL EXHIBIT LIST

| Ex. No. | Bates No. | Depo. Exh. | Description | | | Objection | Response |
|---|---|---|---|---|---|---|---|
| D-274 | FDC00048222 native | 213-KB | Spreadsheets | | | | |
| D-275 | FDC00052345-57 | | RIF List of STG (redacted) | | | | |
| D-276 | GrantBarger0001 | 248-GB | Lebenthal Purpose | | | | |
| D-277 | FDC00010915 | 48-MC | New Hire Master Oreintation Schedule | | | | |
| D-278 | | 224-PM | 2017 tax return extenstion request | | | | |
| D-279 | FDC00053143 | 245-GB | Barger Group LLC W-9 | | | | |
| D-280 | | | | | | | withdrawn |
| D-281 | | 240-PM | Documents from PM Subpoena | | | | |
| D-282 | FDC00047817 | 123-FB | Photo of Handwritten Notes | | | | |
| 283 | | 2016 | Picture of Barger, Marino, and Plumeri golfing | | | | |
| D-284 | FDC00044797 | | RE: Leave Extension Request - Steve Barger | | | | |
| D-285 | FDC00053156-59 | 2014 | Barger NewHire COE 2014 | | | | |
| D-286 | FDC00053160-63 | 2015 | Barger AE2015 COE | | | | |
| D-287 | FDC00053164-67 | 2016 | Barger AE2016 COE | | | | |
| D-288 | FDC00053168-71 | 2017 | Barger AE2017 COE | | | | |
| D-289 | | 5/31/2018 | Dep. of Robin Ording | | | | |
| D-290 | | 5/31/2018 | Dep. of Karen Whalen | | | | |
| D-291 | | 5/31/2018 | Dep. of Josh King | | | | |
| D-292 | | 6/1/2018 | Dep. of Anthony Marino | | | | |
| D-293 | | 6/25/2018 | Dep. of Ashley Parrish | | | | |
| D-294 | | 6/25/2018 | Dep. of Michael Baddour | | | | |
| D-295 | | 6/26/2018 | Dep of Dan Charron | | | | |
| D-296 | | 6/26/2018 | Dep. of Matthew Cagwin | | | | |
| D-297 | | 6/27/2018 | Dep. of Rhonda Johnson | | | | |
| D-298 | | 6/29/2018 | Dep. of Frank Bisignano | | | | |
| D-299 | | 8/10/2018 | Dep. of Steve Barger | | | | |
| D-300 | | 8/21/2018 | Dep. of Amy Steffen | | | | |

**DEFENDANTS' AMENDED TRIAL EXHIBIT LIST**

| Ex. No. | Bates No. | Depo. Exh. | Description | | | Objection | Response |
|---|---|---|---|---|---|---|---|
| D-301 | | | 8/22/2018 | Dep. of Kathi Benhardt | | | |
| D-302 | | | 10/15/2018 | Dep. of Julie Kelly | | | |
| D-303 | | | 10/30/2018 | Dep. of Joe Gardemal | | | |
| D-304 | | | 10/30/2018 | Dep. of Steven Shapiro | | | |
| D-305 | | | 1/4/2019 | Dep. of Grant Barger | | | |
| D-306 | | | 1/4/2019 | Dep. of Philip Morgan | | | |
| D-307 | FDC00053172 | | | Welcome to FD Way Agenda | | | |
| D-308 | FDC00053173-76 | | | Variable Incentive Compensation Plan | | | |