UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

STEVEN B. BARGER,

    Plaintiff,

v.   Civil Case No. 1:17-cv-04869-FB-LB

FIRST DATA CORPORATION, *et al.*,

    Defendants.

### DEFENDANTS' OBJECTIONS TO PLAINTIFF'S TRIAL EXHIBIT LIST

    Defendants First Data Corporation, Frank Bisignano, Dan Charron, Anthony Marino, and Rhonda Johnson, by and through their undersigned counsel, respectfully submit the following objections to Plaintiff's proposed trial exhibit list (*see* ECF No. 110). Defendants reserve the right to amend or modify any of the objections set forth herein on the basis of any stipulation entered into by the parties, corrections, revisions, or other modifications to the underlying exhibits, any order from the Court on outstanding motions, and any ruling from the Court impacting admissibility.

    Defendants object to the introduction of exhibits that are not properly authenticated, but are willing to confer with Plaintiff regarding means to resolve authenticity objections in advance of trial. However, even in instances where a stipulation as to authenticity may be reached, and unless otherwise noted, Defendants reserve all other objections to admissibility including, but not limited to, objections based on lack of foundation, hearsay, and relevance.

                                                 **SAUL EWING ARNSTEIN & LEHR LLP**

                                                 */s/ Gary B. Eidelman*
                                                 Gary B. Eidelman (admitted *pro hac vice*)
                                                 Michael P. Cianfichi (admitted *pro hac vice*)

500 E Pratt Street
Baltimore, Maryland 21202
T: (410) 332-8975
gary.eidelman@saul.com
michael.cianfichi@saul.com

Gillian A. Cooper
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, Pennsylvania 19125
T: (215) 972-7861
gillian.cooper@saul.com
**New York Office**
1270 Avenue of the Americas, Suite 2005
New York, New York 10020

**BOND, SCHOENECK & KING PLLC**

Louis P. DiLorenzo
600 Third Avenue 22nd floor
New York, New York 10016-1915
T: (646) 253-2315
ldilorenzo@bsk.com

*Attorneys for Defendants,*
*First Data Corporation, Frank Bisignano, Dan*
*Charron, Anthony Marino, and Rhonda Johnson*

Dated: September 5, 2019

| PLF. NO. | BATES NO. | DEPO NO. | DESCRIPTION OF EXHIBITS AND WITNESSES | DEFENDANTS' OBJECTIONS | PLAINTIFF'S RESPONSE |
|---|---|---|---|---|---|
| P- 9 | | | Exhibit 99.2 to First Data's Form 8-K filed with the SEC on January 16, 2019 announcing the acquisition of First Data by Fiserv for $22 billion in an equity exchange transaction to close later in 2019 | Objection. Rule 402; Rule 403; See Defendants' MIL, ECF No. 108, § 2. | |
| P- 14 | SBB002080-3 | | Consulting Revenue Spreadsheets | Objection. Rule 402; Rule 801; Rule 901 | |
| P- 91 | SBB001188-94 | 121 | First Data Website Executive Leadership Photos and Bios | Objection. Rule 402; Rule 403; See Defendants' MIL, ECF No. 108, § 3. | |
| P- 109 | SBB000575-672 | | February 2017 Job Openings at First Data | Objection. Rule 402; Rule 801; Rule 901 | |
| P- 110 | SBB001307-10 | 27 | First Data Press Release dated January 13, 2017 | Objection. Rule 402; See Defendants' MIL, ECF No. 108, § 5. | |
| P- 111 | SBB000775 | | Letter of recommendation provided to Barger by Hack | Objection. Rule 402; Rule 801; Rule 901 | |
| P- 117 | SBB000748-50 | | Bureau of Labor Statistics Participation Rates | Objection. Rule 801; Rule 901; Document includes 2 different documents. First document contains edits by Plaintiff. Second document is an article. | |
| P- 125 | | | Table 9 of Markov Process Model for Work-Life Expectancy | Objection. Rule 602. Rule 801. Rule 901. | |
| P- 126 | | | Plaintiff's Rule 56 Motion calendar of proper allocation of leave, STD, and PTO | Objection. Rule 801; Rule 901; Rule 1006 | |

| | | | | | |
|---|---|---|---|---|---|
| P- | 128 | SBB001814, -27, -29 | | Excerpts of First Data's Publically Available Bylaw re Authorized Officers | Objection. Rule 402 |
| P- | 129 | SBB002076-9 | | Excerpts from "Power of Being Yourself" Book by Joe Plumeri | Objection. Rule 402; Rule 801 |
| P- | 130 | SBB000117-33 | | First Data Position Statement in Response to EEOC Charge | Objection. Rule 402; Rule 801 |
| P- | 132 | | | Publically Available First Data WARN Act Notices | Objection. Rule 402 |
| P- | 133 | SBB001056-59 | | First Data OWBPA used by in lay-off in Guy Chiarello's organization | Objection. Rule 402 |
| P- | 134 | | | SEC Filings and Exhibits: Press Releases, Investor Presentation, Section 425 Filing Townhall Meeting Transcript re: Fiserv Merger | Objection. Rule 402; Rule 403; See Defendants' MIL, ECF No. 108, § 2. |
| P- | 135 | | | Saul Ewing E-mails dated July 13-16 2018 re: Voycheske Declaration | Objection. Rule 501; Attorney-Client Privileged Communication. New York RPC Rule 4.4(b); Rule 402. Rule 801. See also ECF No. 23 (Stipulation and Order Regarding Confidentiality of Discovery Material) |
| P- | 136 | | | Executive Compensation Excerpts from First Data Schedule 14A Proxy Statement for 2018 Annual Meeting. | Objection. Rule 402; Rule 403; See Defendants' MIL, ECF No. 108, § 1. |
| P- | 139 | | | Transcript of Rosman non-appearance on June 22, 2018 | Objection. Rule 402. |

| | | | | | |
|---|---|---|---|---|---|
| P- | 140 | | | Transcript of Jackson non-appearance on July 3, 2018 | Objection. Rule 402. See Defendants' MIL, ECF No. 108, § 5. See also Judge Bloom's Order dated Sept. 4, 2018, denying Plaintiff's Motion to Compel Deposition of EJ Jackson. |
| P- | 142 | | | Video of Dan Charron Announcing Hiring of EJ Jack in First Data Press Release of January 13, 2017 | Objection. Rule 402. See Defendants' MIL, ECF No. 108, § 5. See also Judge Bloom's Order dated Sept. 4, 2018, denying Plaintiff's Motion to Compel Deposition of EJ Jackson. |
| P- | 148 | SBB001160-1180 | | First Data Connected Magazine Vol. 2 2017 | Objection. Rule 402. Rule 602. See Defendants' MIL, ECF No. 108, § 3. |
| P- | 149 | | | Top Scoop Ice Cream Video re: Clover embedded within First Data internet site with URL https://www.firstdata.com/en_us/products/small-business/insights.html?placement=Solutions_Nav | Objection. Rule 402. Rule 602. Rule 801. Rule 901. |