# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

STEVEN B. BARGER,

      Plaintiff,

v.                                         Civil Case No. 1:17-cv-04869-FB-LB

FIRST DATA CORPORATION, *et al.*,

      Defendants.

## **DEFENDANTS' OBJECTIONS TO PLAINTIFF'S TRIAL WITNESS LIST**

Defendants First Data Corporation, Frank Bisignano, Dan Charron, Anthony Marino, and Rhonda Johnson, by and through their undersigned counsel, respectfully submit the following objections to Plaintiff's proposed trial witness list (*see* ECF No. 109). Defendants reserve the right to amend or modify any of the objections set forth herein on the basis of any stipulation entered into by the parties, corrections, revisions, or other modifications to the underlying exhibits, any order from the Court on outstanding motions, and any ruling from the Court impacting admissibility.

| WITNESS (First Name, Last Name) | Live or By Deposition | Defendants' Objection |
| --- | --- | --- |
| Michael Cianfichi | Live | Objection. Rule 501; Attorney-Client Privileged Communication. New York RPC Rule 4.4(b); Rule 402. Rule 801. See also ECF No. 23 (Stipulation and Order Regarding Confidentiality of Discovery Material)Mr. Cianfichi is an attorney representing Defendants in this matter. See also Defendants' Objections to P-135. |

| Gary Eidelman | Live | See ECF No. 112, Plaintiff's letter dated September 2, 2019, identifying Mr. Eidelman as a possible witness. Objection. Rule 501; Attorney-Client Privileged Communication. New York RPC Rule 4.4(b); Rule 402. Rule 801. See also ECF No. 23 (Stipulation and Order Regarding Confidentiality of Discovery Material) Mr. Eidelman is an attorney representing Defendants in this matter. See also Defendants' Objections to P-135. |
|---|---|---|

**SAUL EWING ARNSTEIN & LEHR LLP**

*/s/ Gary B. Eidelman*
Gary B. Eidelman (admitted *pro hac vice*)
Michael P. Cianfichi (admitted *pro hac vice*)
500 E Pratt Street
Baltimore, Maryland 21202
T: (410) 332-8975
gary.eidelman@saul.com
michael.cianfichi@saul.com

Gillian A. Cooper
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, Pennsylvania 19125
T: (215) 972-7861
gillian.cooper@saul.com
**New York Office**
1270 Avenue of the Americas, Suite 2005
New York, New York 10020

**BOND, SCHOENECK & KING PLLC**

Louis P. DiLorenzo
600 Third Avenue 22nd floor
New York, New York 10016-1915
T: (646) 253-2315
ldilorenzo@bsk.com

*Attorneys for Defendants,
First Data Corporation, Frank Bisignano, Dan
Charron, Anthony Marino, and Rhonda Johnson*

Dated: September 5, 2019