UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN B. BARGER, an individual<br><br>Plaintiff<br><br>v.<br><br>FIRST DATA CORPORATION et al.<br><br>Defendants. | Case No. 1:17-cv-4869-FB-LB<br><br>**PLAINTIFF'S OBJECTIONS TO DEFENDANTS' EXHIBIT LIST**<br><br>**(Assigned to the Honorable Frederic Block)** |

**PLAINTIFF'S OBJECTIONS TO DEFENDANT'S EXHIBIT LIST**

Plaintiff Steven B. Barger, by and through his undersigned counsel, respectfully submits the objections set forth on Exhibit A to Defendants' Exhibit List [ECF No. 102]. Plaintiff reserves the right to amend or modify any of the objections on the basis of any stipulation entered into by the parties; corrections, revisions or other modifications to the underlying exhibits; any order from the Court on outstanding motions; and any ruling from the Court impacting admissibility.

Plaintiff objects to the introduction of exhibits that are not properly authenticated, but are willing to confer with defendants regarding means to resolve any authenticity objections in advance of trial. However, in instances where a stipulation as to authenticity may be reached, and unless otherwise notes, Plaintiff reserves all other objections to admissibility, including, but not limited to objections based on lack of foundation, hearsay and relevance.

Plaintiff objects to the following exhibits on Defendants' Exhibit List because, as of the filing of these objections, Defendants have not provided copies of the exhibits or bates numbers corresponding to document Bates numbers produced in discovery.

| D-74 | BARGER00291747 | Repricing Range |
|---|---|---|
| D-103 | BARGER00016177 | FW: Top 150 List Based on MC Feedback |

1

| D-164 | BARGER00407494 | RE: Updated Comp on RIF List |

The following documents all fall into gaps in Defendant's Bates numbering during production and are not in the Plaintiff's possession. Plaintiff objects to all of these exhibits.

| | |
|---|---|
| D99 | FDC00048829 |
| D105 | FDC00048892 |
| D113 | FDC00049057 |
| D128 | FDC00051658 |
| D144 | FDC00052276 |
| D155 | FDC00051707 |
| D189 | FDC00052295 |
| D191 | FDC00052309 |
| D225 | FDC00051862 |
| D232 | FDC00052298 |
| D235 | FDC00051634 |
| D252 | FDC00052345* |
| D275 | FDC00052345* |

\* The Bates numbers of for D252 and D275 are the same, and FDC52345 is not in Defendant's production.

Plaintiff reserves all objections to the above documents until produced. As to the preceding documents, Plaintiff's objections are conditional, pending review of exhibits once they are provided.

With respect to Plaintiff's objections, the list below provides a key to the objections set forth below

| CODE | OBJECTION |
|---|---|
| 106 | Incomplete; the introduction of any remaining portions ought, in fairness, to be considered contemporaneously (Fed. R. Evid. 106) |
| 402 | Relevance (Fed. R. Evid. 402) |
| 403 | Misleading; undue prejudice; confusion of issues; waste of time (Fed. R. Evid. 403) |
| 701 | Lay opinion or legal conclusion; the exhibit contains an impermissible opinion by a lawy witness that is not reasonable based on perception or helpful to a clear understanding of the witness' testimony or to the determination of a fact in dispute |

| | |
|---|---|
| 801 and/or 802 | Hearsay; the exhibit is a statement made by one other than the witness while testifying at trial, offered into evidence to prove the truth of the matter asserted, and not subject to any hearsay exception (Fed. R. Evid.801 and 802) |
| 901 | Authentication; exhibit has not been properly authenticated (Fed. R. Evid 901) |
| 1001-1004 | Best evidence; the exhibit is objectionable because it is vague and ambiguous as to whether the witness is summarizing his or her own independent understanding of the contents of the document (Fed. R. Evid. 1001-1004) |
| E | Exhibit is objectionable because it cosnsituttes attempted expert testimony from a person who was not designated an expert (Fed. R. Civ. P. 26) |
| F | Exhibit lacks foundation |
| UT | Untimely, exhibit not provided during the discovery process. |
| Cond. | Conditional objection; Plaintiff reserves the right to object to this exhibit at trial depending on the purpose for which Defendants seek to introduce it. |
| | |

DATED:   September 5, 2019

Respectfully Submitted,
THE LAW OFFICE OF SHAWN SHEARER, P.C.
_____/s/ Shawn Shearer_____
SHAWN SHEARER
The Law Office of Shawn Shearer, P.C.
3839 McKinney Avenue, Suite 155-254
Dallas, Texas 75204
Telephone (972) 803-4499
*shawn@shearerlaw.pro*
Attorney for Plaintiff
Steven B. Barger

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was served via the Court's CM/ECF system on September __, 2019 on the following:

Gary Eidelman
MichaelP Cianfichi
Gillian Cooper
SAUL EWING ARNSTEIN & LEHR LLP

Louis P. DiLorenzo
BOND, SCHOENECK & KING PLLC

                                                      _____/s/ Shawn Shearer_____
                                                      Shawn Shearer