# EXHIBIT A
## PLAINTIFF'S OBJECTIONS TO DEFENDANTS' EXHIBIT LIST

| DEFENDANTS' EXHIBIT NO. | | OBJECTION |
|---|---|---|
| **D38** | Form 1040 for 2010 | 401/402<br>403 |
| **D39** | Form 1040 for 2011 | 401/402<br>403 |
| **D40** | Form 1040 for 2012 | 401/402<br>403 |
| **D41** | Form 1040 for 2013 | 401/402<br>403 |
| **D42** | Form 1040 for 2014 | 401/402<br>403 |
| **D47** | Barger Group LLC 2010 Tax Forms (PM) | 401/402<br>403<br>801/802<br>901<br>1001-1004 |
| **D48** | 2010 1120s Barger Group LLC (PM) | 401/402<br>403<br>801/802<br>901<br>1001-1004 |
| **D49** | SB 2010 Form 1040 (PM) | 401/402<br>403<br>901<br>1001-1004 |
| **D50** | SB 2011 Form 1040 (PM) | 401/402<br>403<br>901<br>1001-1004 |
| **D51** | 2011 1120s Barger Group LLC (PM) | 401/402<br>403<br>801/802<br>901<br>1001-1004 |
| **D52** | SB 2012 Form 1040 (PM) | 401/402<br>403<br>801/802<br>901<br>1001-1004 |

| DEFENDANTS' EXHIBIT NO. | | OBJECTION |
|---|---|---|
| D53 | 2012 1120s Barger Group LLC (PM) | 401/402<br>403<br>801/802<br>901<br>1001-1004 |
| D54 | SB 2013 Form 1040 (PM) | 401/402<br>403<br>801/802<br>901<br>1001-1004 |
| D55 | 2013 1120s Barger Group LLC (PM) | 401/402<br>403<br>801/802<br>901<br>1001-1004 |
| D56 | SB 2015 Form 1040 (PM) | 401/402<br>403<br>801/802<br>901<br>1001-1004 |
| D57 | 2014 1220s Barger Group LLC (PM) | 401/402<br>403<br>801/802<br>901<br>1001-1004 |
| D58 | SB 2014 Form 1040 (PM) | 401/402<br>403<br>801/802<br>901<br>1001-1004 |
| D60 | Independent Contractor Agreement | 901<br>1001-1004 |
| D61 | Executed Independent Contractor Agreement | 106<br>901 |
| D62 | Barger Group Invoices to FD for Consulting | 401/402<br>901 |
| D65 | Email 8/24/14 Raices & Barger | F<br>801/802 |
| D66 | Email 9/2/14 Short and Short | F<br>801/802 |
| D67 | Email 10/14/14 Barnes & Patel | F<br>801/802 |

2

| DEFENDANTS' EXHIBIT NO. | | OBJECTION |
|---|---|---|
| D68 | 01/09/15 Search SVP Resume Barger & Hoefer [redacted] | F<br>106<br>401/402<br>403 |
| D69 | 03/12/15 Status Report on Exec Search – no names | F<br>C<br>401/402<br>403<br>801/802 |
| D71 | 11/23/15 Talent Review slide email JH and RJ | F<br>901 |
| D78 | Email Successor resumes Johnson & Hoefer | F<br>106<br>403 |
| D85 | Email 08/10/16 aaron rogers to SB | 801/802 |
| D98 | 09/23/16 are yiu tere | F<br>403 |
| D100 | 09/28/16 New Bionic (Hospital photo) | C<br>403 |
| D104 | 10/12/16 Email SB & RJ | C<br>403 |
| D111 | 11/3/16 Email SB to big group | F<br>C<br>403<br>901 |
| D116 | Draft Leave of Absence Letter dated 11/15/16 | 901<br>1001-1004 |
| D123 | Letter AM to SB dated 11/17/16 re: Leave of Absence | 901 |
| D126 | OA Responsibilities on Leave | 106 [Cited bates numbers – docs do not match] |
| D143 | Update on Impact List | 901 |
| D146 | 11/30/16 Interview [Redacted] – [Note : bad description, doc is the job specifications for SVP of Training] | F<br>801/802<br>901 |
| D176 | Re: SVP[Redacted] | F<br>106<br>401/402 |
| D181 | 1/1/17 Sales Transform Review IC MC Exec. Summary | F |
| D182 | 1/1/17 Sales Transform Review Fact Packet for KW, RO, Hadler | F<br>801/802<br>901 |

| DEFENDANTS' EXHIBIT NO. | | OBJECTION |
|---|---|---|
| D183 | 1/3/17 email Benhardt and Friedman list of 141 names | F<br>801/802<br>901 |
| D187 | 1/5/17 email RJ & KW Barger returning 1/17 | F<br>901 |
| D192 | 01/05/17 Not Eligible for FMLA LOAHelp and Voycheske | F<br>901 |
| D194 | 1/5/17 Email Voycheske and Luebbe | F<br>801/802<br>901 |
| D197 | 1/5/17 Email RO & RJ re Sales force Transformation Resources allocations 2016 | F<br>801/802<br>901 |
| D198 | 01/05/17 Time Off Request LOAHELP & Voycheske | F<br>801/802<br>803<br>901 |
| D207 | 01/07/2017 Email RJ & Hack Draft list Sat 4 pm | F<br>106<br>801/802<br>901 |
| D211 | 01/09/17 Email list of names Friedman & Benhardt | 801/802 |
| D214 | 01/09/17 Hack to DC and KW list 9am | 801/802<br>901 |
| D217 | Re Offer ws | F<br>401/402<br>901 |
| D243 | 01/26/17 Email Kevin Race, KW, AM, DC Update Sales Training | F<br>401/402<br>801/802<br>901 |
| D248 | MetLife LTD Check #1 | 401/402<br>403 |
| D249 | MetLife LTD Check #1 and #2 | 401/402<br>403 |
| D250 | OA Impact Analysis 02/09/17 | F<br>801/802<br>901 |
| D251 | 02/16/17 Mullin Outplacement Report | F<br>901 |

| **DEFENDANTS' EXHIBIT NO.** | | **OBJECTION** |
|---|---|---|
| **D254** | 11/17/16 spreadsheet | F<br>109<br>801/802<br>901 |
| **D255** | 11/17/16 spreadsheet | F<br>109<br>801/802<br>901 |
| **D256** | 12/22/16 spreadsheet | F<br>109<br>801/802<br>901 |
| **D257** | 11/19/16 spreadsheet | F<br>109<br>801/802<br>901 |
| **D258** | SB 2016 Form 1040 (PM) | 401/402<br>403<br>901<br>1001-1004 |
| **D261** | 03/09/18 MetLife LTD Payment History | 403 |
| **D263** | Barger Group LLC Articles of Organization | F<br>401/402<br>403<br>901 |
| **D278** | 2017 tax return extension (PM) | F<br>401/402<br>403<br>901<br>1001-1004 |
| **D281** | Documents from PM Subpoena (PM) | F<br>401/402 |
| **D285**<br>**D286**<br>**D287**<br>**D288** | Barger COEs 2014 to 2017 | UT<br>801/802 |

<u>Untimely and all objections reserved</u>:
D74    BARGER00291747
D99    FDC00048829
D103   BARGER00016177
D105   FDC00048892
D113   FDC0049057

```
D128  FDC00051658
D144  FDC00052276
D155  FDC00051707
D164  BARGER00407494
D189  FDC00052295
D191  FDC00052309
D225  FDC00051862
D232  FDC00052298
D235  FDC00051634
D252  FDC00052345*
D275  FDC00052345*
```

* The Bates numbers of for D252 and D275 are the same, and FDC52345 is not in Defendant's production.