## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN B. BARGER, an individual<br><br>Plaintiff<br><br>v.<br><br>FIRST DATA CORPORATION et al.<br><br>Defendants. | Case No. 1:17-cv-4869-FB-LB<br><br>**(Assigned to the Honorable Frederic Block)** |

## PLAINTIFF'S FIRST AMENDED OBJECTIONS TO DEFENDANTS' EXHIBIT LIST

Plaintiff Steven B. Barger, by and through his undersigned counsel, respectfully submits the following First Amended Objections to Defendants' Exhibit List attached as Exhibit A hereto. Plaintiff reserves the right to supplement and amend his objections to Defendants' trial exhibit list.

DATED: September 3, 2019

                                              Respectfully Submitted,
                                              THE LAW OFFICE OF SHAWN SHEARER, P.C.
                                              _____/s/ Shawn Shearer_____
                                              SHAWN SHEARER
                                              The Law Office of Shawn Shearer, P.C.
                                              3839 McKinney Avenue, Suite 155-254
                                              Dallas, Texas 75204
                                              Telephone (972) 803-4499
                                              *shawn@shearerlaw.pro*
                                              Attorney for Plaintiff
                                              Steven B. Barger