**EXHIBIT A**
**PLAINTIFF'S FIRST AMENDED OBJECTIONS TO DEFENDANTS' EXHIBIT
LIST**

| DEFENDANTS' EXHIBIT NO. | | OBJECTION |
|---|---|---|
| D38 | Form 1040 for 2010 (PM) | 401/402<br>403 |
| D39 | Form 1040 for 2011(PM) | 401/402<br>403 |
| D40 | Form 1040 for 2012 (PM) | 401/402<br>403 |
| D41 | Form 1040 for 2013 (PM) | 401/402<br>403 |
| D42 | Form 1040 for 2014 (PM) | 401/402<br>403 |
| D47 | Barger Group LLC 2010 Tax Forms (PM) | 401/402<br>403<br>801/802<br>901<br>1001-1004 |
| D48 | 2010 1120s Barger Group LLC (PM) | 401/402<br>403<br>801/802<br>901<br>1001-1004 |
| D49 | SB 2010 Form 1040 (PM) | 401/402<br>403<br>901<br>1001-1004 |
| D50 | SB 2011 Form 1040 (PM) | 401/402<br>403<br>901<br>1001-1004 |
| D51 | 2011 1120s Barger Group LLC (PM) | 401/402<br>403<br>801/802<br>901<br>1001-1004 |
| D52 | SB 2012 Form 1040 (PM) | 401/402<br>403<br>801/802<br>901<br>1001-1004 |

| DEFENDANTS' EXHIBIT NO. | | OBJECTION |
|---|---|---|
| **D53** | 2012 1120s Barger Group LLC (PM) | 401/402<br>403<br>801/802<br>901<br>1001-1004 |
| **D54** | SB 2013 Form 1040 (PM) | 401/402<br>403<br>801/802<br>901<br>1001-1004 |
| **D55** | 2013 1120s Barger Group LLC (PM) | 401/402<br>403<br>801/802<br>901<br>1001-1004 |
| **D56** | SB 2015 Form 1040 (PM) | 401/402<br>403<br>801/802<br>901<br>1001-1004 |
| **D57** | 2014 1220s Barger Group LLC (PM) | 401/402<br>403<br>801/802<br>901<br>1001-1004 |
| **D58** | SB 2014 Form 1040 (PM) | 401/402<br>403<br>801/802<br>901<br>1001-1004 |
| **D60** | Independent Contractor Agreement | 901<br>1001-1004 |
| **D61** | Executed Independent Contractor Agreement | 106<br>901 |
| **D62** | Barger Group Invoices to FD for Consulting | 401/402<br>901 |
| **D65** | Email 8/24/14 Raices & Barger | F<br>801/802 |
| **D66** | Email 9/2/14 Short and Short | F<br>801/802 |
| **D67** | Email 10/14/14 Barnes & Patel | F<br>801/802 |

| **DEFENDANTS' EXHIBIT NO.** | | **OBJECTION** |
|---|---|---|
| **D68** | 01/09/15 Search SVP Resume Barger & Hoefer [redacted] | F<br>106<br>401/402<br>403 |
| **D69** | 03/12/15 Status Report on Exec Search – no names | F<br>C<br>401/402<br>403<br>801/802 |
| **D71** | 11/23/15 Talent Review slide email JH and RJ | F<br>901 |
| **D74** | Repricing Page | F<br>901 |
| **D78** | Email Successor resumes Johnson & Hoefer | F<br>106<br>403 |
| **D85** | Email 08/10/16 aaron rogers to SB | 801/802 |
| **D98** | 09/23/16 are yiu tere | F<br>403 |
| **D100** | 09/28/16 New Bionic (Hospital photo) | C<br>403 |
| **D103** | Top 150 list based on MC Feedback | F<br>401/402<br>901 |
| **D104** | 10/12/16 Email SB & RJ | C<br>403 |
| **D111** | 11/3/16 Email SB to big group | F<br>C<br>403<br>901 |
| **D116** | Draft Leave of Absence Letter dated 11/15/16 | 901<br>1001-1004 |
| **D123** | Letter AM to SB dated 11/17/16 re: Leave of Absence | 901 |
| **D126** | OA Responsibilities on Leave | 106 [Cited bates numbers – docs do not match] |
| **D143** | Update on Impact List | 901 |
| **D146** | 11/30/16 Interview [Redacted] – [Note : bad description, doc is the job specifications for SVP of Training] | F<br>801/802<br>901 |
| **D155** | SB Update | F<br>401/402<br>901 |

| DEFENDANTS' EXHIBIT NO. | | OBJECTION |
|---|---|---|
| **D164** | Updated Comp on RIF List | F |
| **D176** | Re: SVP[Redacted] | F<br>106<br>401/402 |
| **D181** | 1/1/17 Sales Transform Review IC MC Exec. Summary | F |
| **D182** | 1/1/17 Sales Transform Review Fact Packet for KW, RO, Hadler | F<br>801/802<br>901 |
| **D183** | 1/3/17 email Benhardt and Friedman list of 141 names | F<br>801/802<br>901 |
| **D187** | 1/5/17 email RJ & KW Barger returning 1/17 | F<br>901 |
| **D189** | Great News | F<br>401/402<br>901 |
| **D192** | 01/05/17 Not Eligible for FMLA LOAHelp and Voycheske | F<br>901 |
| **D194** | 1/5/17 Email Voycheske and Luebbe | F<br>801/802<br>901 |
| **D197** | 1/5/17 Email RO & RJ re Sales force Transformation Resources allocations 2016 | F<br>801/802<br>901 |
| **D198** | 01/05/17 Time Off Request LOAHELP & Voycheske | F<br>801/802<br>803<br>901 |
| **D207** | 01/07/2017 Email RJ & Hack Draft list Sat 4 pm | F<br>106<br>801/802<br>901 |
| **D211** | 01/09/17 Email list of names Friedman & Benhardt | 801/802 |
| **D214** | 01/09/17 Hack to DC and KW list 9am | 801/802<br>901 |
| **D217** | Re Offer ws | F<br>401/402<br>901 |
| **D243** | 01/26/17 Email Kevin Race, KW, AM, DC Update Sales Training | F<br>401/402<br>801/802<br>901 |

| DEFENDANTS' EXHIBIT NO. | | OBJECTION |
|---|---|---|
| **D248** | MetLife LTD Check #1 | 401/402<br>403 |
| **D249** | MetLife LTD Check #1 and #2 | 401/402<br>403 |
| **D250** | OA Impact Analysis 02/09/17 | F<br>801/802<br>901 |
| **D251** | 02/16/17 Mullin Outplacement Report | F<br>901 |
| **D252** | sales training position elimination | F<br>106<br>801/802<br>901 |
| **D254** | 11/17/16 spreadsheet | F<br>109<br>801/802<br>901 |
| **D255** | 11/17/16 spreadsheet | F<br>109<br>801/802<br>901 |
| **D256** | 12/22/16 spreadsheet | F<br>109<br>801/802<br>901 |
| **D257** | 11/19/16 spreadsheet | F<br>109<br>801/802<br>901 |
| **D258** | SB 2016 Form 1040 (PM) | 401/402<br>403<br>901<br>1001-1004 |
| **D261** | 03/09/18 MetLife LTD Payment History | 403 |
| **D263** | Barger Group LLC Articles of Organization | F<br>401/402<br>403<br>901 |
| **D275** | RIF List of STG | F<br>106<br>801/802<br>901 |

| DEFENDANTS' EXHIBIT NO. | | OBJECTION |
|---|---|---|
| **D278** | 2017 tax return extension (PM) | F<br>401/402<br>403<br>901<br>1001-1004 |
| **D281** | Documents from PM Subpoena (PM) | F<br>401/402 |
| **D285**<br>**D286**<br>**D287**<br>**D288** | Barger COEs 2014 to 2017 | UT<br>801/802 |
| **D307** | First Data Way Agenda | F<br>602<br>901 |
| **D308** | Rule 1006 Summary of D309 SB and Plumeri Texts | FRE 1006- D309 is not voluminous (it is 8 pages) |