**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STEVEN B. BARGER,<br><br>    Plaintiff,<br><br>v.<br><br>FIRST DATA CORPORATION, *et al.*,<br><br>    Defendants. | Civil Case No. 1:17-cv-04869-FB-LB |

**PLAINTIFF'S AND DEFENDANTS' AMENDED EXHIBIT LISTS**

Plaintiff Steven B. Barger and Defendants First Data Corporation, Frank Bisignano, Dan Charron, Anthony Marino, and Rhonda Johnson, by and through counsel, respectfully submit their exhibit lists and objections thereto. The Parties reserve the right to supplement and amend their exhibit lists and to submit additional exhibits based on the Court's rulings before or at trial, or otherwise, as appropriate. The Parties reserve the right to use additional documents for purposes of impeachment.

**SAUL EWING ARNSTEIN & LEHR LLP**

*/s/ Gary B. Eidelman*
Gary B. Eidelman (admitted *pro hac vice*)
Michael P. Cianfichi (admitted *pro hac vice*)
500 E Pratt Street
Baltimore, Maryland 21202
T: (410) 332-8975
gary.eidelman@saul.com
michael.cianfichi@saul.com

Gillian A. Cooper
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, Pennsylvania 19125
T: (215) 972-7861
gillian.cooper@saul.com

-2-

**New York Office**
1270 Avenue of the Americas, Suite 2005
New York, New York 10020

**BOND, SCHOENECK & KING PLLC**

Louis P. DiLorenzo
600 Third Avenue 22nd floor
New York, New York 10016-1915
T: (646) 253-2315
ldilorenzo@bsk.com

*Attorneys for Defendants,*
*First Data Corporation, Frank Bisignano, Dan*
*Charron, Anthony Marino, and Rhonda Johnson*

Dated: September 9, 2019