**Plaintiff's Exhibit List with Defendants' Objections**

| PLF. NO. | BATES NO. | DESCRIPTION OF EXHIBITS AND WITNESSES | DEFENDANTS' OBJECTIONS |
|---|---|---|---|
| P- 1 | SBB000984 | Steve Barger Biography | |
| P- 2 | SBB001584 | Steve Barger Presentation Videos | |
| P- 3 | FDC00049586 FDC00049591-95 FDC00049616 FDC00049632-38 | Excerpts from First Data's U.S. Employee Handbook | |
| P- 4 | FDC00000122-124 | First Data's U.S. Family Medical Leave (FMLA) Policy | |
| P- 5 | FDC00000119-121 | First Data's U.S. Americans with Disabilities Act (ADA) Policy. | |
| P- 6 | FDC00050184-191 | First Data's Restructuring Accounting Policy | |
| P- 7 | MetLife000001-7 MetLife000197-216 | Excerpts From First Data's Health and Life Benefits Plan Summary Plan Description dated January 2016 | |
| P- 8 | MetLife000855-98 | First Data Disability Benefit Plan Advice to Pay Administrative Services Agreement between MetLife and First Data | |
| P- 10 | SBB-00395-00568 | First Data's Form 10-K filed with the SEC for Fiscal year 2017 | |
| P- 11 | GrantBarger0001-3 | Barger Presentation to Lebenthal Holdings LLC | |
| P- 12 | FDC00053147 | Statement of Work Barger Consulting for First Data Corporation | |

**Plaintiff's Exhibit List with Defendants' Objections**

| | | | | |
|---|---|---|---|---|
| P- | 13 | GrantBarger0162-3 | First Data Purchase Order Issued to The Barger Group | |
| P- | 14 | SBB002080-3 | Consulting Revenue Spreadsheets | |
| P- | 15 | SBB001921-40 | Barger Invoices 2017-2018 consulting | |
| P- | 16 | SBB000102-3 | Signed Employment Offer Letter | |
| P- | 17 | FDC00000440-1 | Barger's First Data Self-Assessment for 2014 | |
| P- | 18 | FDC00000477-486 | Barger's First Data Self-Assessment for 2015 | |
| P- | 19 | FDC00043731-2 | Email chain among, Johnson, Charron, Hack, and Whalen from July 13, 2016 to July 21, 2016 | |
| P- | 20 | FDC00044388 | Email Johnson to Whalen from July 20, 2016 | |
| P- | 21 | FDC00043612 | E-mail from Johnson to Hack on August 11, 2016 | |
| P- | 22 | FDC00044418 | Email from Johnson to members of First Data's talent search team dated August 31, 2016 | |
| P- | 23 | SBB000211-244 | Steve Barger 360 Degree Performance Review dated September 23, 2016 | |
| P- | 24 | FDC00044768-9 | Email exchange involving Barger, his administrative assistant Gita Patel, his direct reports and forwarded to Johnson from September 8, 2016 to September 9, 2016 | |

**Plaintiff's Exhibit List with Defendants' Objections**

| | | | | |
|---|---|---|---|---|
| P- | 25 | FDC00043708 | Email exchange between Johnson and Hack on September 9, 2016 | |
| P- | 26 | FDC00007379-80 | Email Exchange among Barger and direct reports and Johnson from September 28, 2016 to September 30, 2016 | |
| P- | 27 | FDC00044741 | Email Exchange between Johnson and members of First Data human resources on October 12, 2016 | |
| P- | 28 | FDC00043693 | Email from Johnson to Hack dated November 16, 2016 | |
| P- | 29 | FDC00044439 | Email exchange among Ording, Johnson, and members of First Data's human resources department on November 17, 2016 | |
| P- | 30 | FDC00007363 | Email exchange between Johnson and Barger on November 21, 2016 | |
| P- | 31 | FDC00048533 | Email from Barger to administrative assistant Gita Patel on October 5, 2016 | |
| P- | 32 | FDC00048895 | Emails sent by Barger on October 26, 2016 to his staff | |
| P- | 33 | FDC00048598 | Email sent by Barger to Paula Lessen and J. Kelly on November 15, 2016 | |
| P- | 34 | FDC00049006 | Email sent by Barger to Jan Koors on November 20, 2016 | |

**Plaintiff's Exhibit List with Defendants' Objections**

| | | | | |
|---|---|---|---|---|
| P- | 35 | SBB001028-30 | Text Messages between Barger and Marino November 8, 2016 to January 16, 2017 | |
| P- | 36 | SBB000081-2 | Letter from Marino to Barger dated November 18, 2016 | |
| P- | 37 | FDC00044655-7 | Email from Johnson to Voycheske on November 23, 2016 with attachments | |
| P- | 38 | FDC00044535-6 | Email exchange among Johnson, Voycheske, Barger, and Leave Management on November 23, 2016 | |
| P- | 39 | FDC00044546-7 | Email from Voycheske to Johnson on November 23, 2016 | |
| P- | 40 | FDC00000380 | Email from loahelp to Jeff Hack on November 23, 2016 re: leave request | |
| P- | 41 | FDC00044732 | Email from Johnson to Barger on December 5, 2016 | |
| P- | 42 | FDC00007364 | Email exchange among First Data Leave Management, Barger, and Johnson dated December 5, 2016 | |
| P- | 43 | SBB000832-5 | Email exchange between Barger and Johnson on December 5, 2016 | |
| P- | 44 | FDC00044681-3 | Email exchange among Barger, Voycheske, Johnson from November 23, 2016 to December 15, 2016 | |
| P- | 45 | FDC00043710 | Email from Leave Management to Hack on December 15, 2016 | |

**Plaintiff's Exhibit List with Defendants' Objections**

| | | | | |
|---|---|---|---|---|
| P- | 46 | SBB000085 | Leave Designation Letter from First Data Leave Management to Barger dated December 15, 2016 | |
| P- | 47 | FDC0007452-3 | Email Exchange among Johnson and Barger dated December 15 & 16, 2016 | |
| P- | 48 | FDC00049156 | Email exchange between Johnson, Barger, and Leave Management from December 16, 2016 to December 20, 2016 | |
| P- | 49 | FDC00049123 | Email exchange among Voycheske, Johnson, and Barger dated December 16, 2016 | |
| P- | 50 | FDC00044931 | Email exchange among Leave Management, Hack and Voycheske dated December 19, 2016 | |
| P- | 51 | SBB000855-858 | Email exchange on January 5, 2017 between Barger and Voycheske | |
| P- | 52 | FDC00044804 | Email dated January 5, 2017 from Leave Management to Johnson | |
| P- | 53 | FDC00044454 | Email exchange between Johnson and Voycheske on January 5, 2017 | |
| P- | 54 | FDC00044518 | Email exchange between Johnson and Voycheske on January 6, 2017 | |

**Plaintiff's Exhibit List with Defendants' Objections**

| | | | | |
|---|---|---|---|---|
| P- | 55 | FDC00049743 | Email exchange involving Pulverenti, Johnson, Whalen, Barger and Marino on January 25, 2017 | |
| P- | 56 | FDC00044686-7 | Email exchange among Johnson, Voycheske, Barger, and Leave Management between December 16, 2016 and December 19, 2016 | |
| P- | 57 | FDC00044521 | Email exchange among Johnson, Voycheske, and Yulian Mateo on December 20, 2016 | |
| P- | 58 | FDC00000414 | Email exchange between Johnson and Voycheske on December 15, 2016 | |
| P- | 59 | FDC00000400 | Email exchange between Barger, Johnson, Steffen, and others on January 4, 2017 and January 5, 2017 | |
| P- | 60 | FDC00044619-20 | Email exchange among Johnson, Voycheske, and First Data Leave Management and HR on Monday November 21, 2016 and Tuesday November 22, 2016 | |
| P- | 61 | FDC00044584 | Email exchange between Ording and Johnson on December 20, 2016 | |
| P- | 62 | FDC00044017 | Email exchange among Ording, Whalen, Marino, and others on December 22, 2016 | |

**Plaintiff's Exhibit List with Defendants' Objections**

| | | | | |
|---|---|---|---|---|
| P- | 63 | FDC00052691-7 | Text Message Exchanges between Barger and Hack from April 16, 2016 through December 30, 2016 | |
| P- | 64 | FDC00043696-7 | Email exchange between Hack and Marino on December 28, 2016 | |
| P- | 65 | FDC00044200 | Email from Ording to Johnson and Whalen on January 4, 2017 | |
| P- | 66 | FDC00049745 | Email exchange among Barger, Johnson and Voycheske on January 5, 2017 | |
| P- | 67 | FDC00044611-2 | Email exchange among Johnson and Ording January 6 and 7, 2017 | |
| P- | 68 | FDC00044161-2 | Email exchange among Ording, Marino, Johnson, and Steffen on January 6, 2017 | |
| P- | 69 | FDC00043761 | Email exchange among Ording, Marino, and Johnson on January 6, 2017 | |
| P- | 70 | FDC00044375-6 | Email exchange among Steffen, Johnson, Whalen, and Pulverenti from January 7, 2017 to January 9, 2017 | |
| P- | 71 | FDC00044277-8 | Email exchange among Whalen, Benhardt, and other members of human resources on January 9, 2017 | |
| P- | 72 | FDC00000403-4 | Email exchange among Johnson, Voycheske, and Steffen on January 10, 2017 | |

**Plaintiff's Exhibit List with Defendants' Objections**

| | | | | |
|---|---|---|---|---|
| P- | 73 | FDC00044032 | Email Johnson to Marino and Whalen January 10, 2017 | |
| P- | 74 | FDC00043719-20 | Email exchange between Hack and Marino from August 8, 2016 and August 12, 2016 | |
| P- | 75 | FDC00044940 | Email exchange among Whalen, Johnson and Hack from January 6, 2016 to January 7, 2016 | |
| P- | 76 | FDC00043945 | Email from Johnson to Marino dated August 16, 2016 | |
| P- | 77 | FDC00044383-4 | Email exchange among Whalen, Johnson, Marino and other members of human resources on December 4, 2016 and December 5, 2016 | |
| P- | 78 | FDC00047791 | Email Exchange between Benhardt and Friedman on November 18, 2016 | |
| P- | 79 | FDC00043734 | Email from Marino to Bisignano, Charron and Hack dated November 22, 2016 | |
| P- | 80 | FDC00052753 | Email exchange between Benhardt and Marino on December 1, 2016 | |
| P- | 81 | FDC00010915 | First Data's Atlanta new hire orientation speaking schedule for February 2017 | |
| P- | 82 | FDC00044674 | Email Exchange between Voycheske and Johnson on January 5, 2017 and January 6, 2017 | |

**Plaintiff's Exhibit List with Defendants' Objections**

| | | | | |
|---|---|---|---|---|
| P- | 83 | FDC00000373-4 | Email exchange among Whalen, Johnson, Pulverenti, Steffen, and Voycheske on January 6, 2017 and January 8, 2017 | |
| P- | 84 | FDC00044028-9 | Email exchange among Marino, Benhardt, Whalen and others in human resources on January 7, 2017 | |
| P- | 85 | FDC00000558-9 | Email exchange among Whalen, Marino and Charron on January 9, 2017 | |
| P- | 86 | FDC00047523 | Email from Benhardt to members of human resources group on January 9, 2017 | |
| P- | 87 | FDC00052775-6 | Email exchange among Benhardt, Whalen, Marino, and other members of human resources on January 11, 2017 | |
| P- | 88 | FDC00047514-20 | First Data OA Impact Analysis dated January 11, 2017 | |
| P- | 89 | FDC00047533-41 | First Data OA Impact Analysis dated January 19, 2017 | |
| P- | 90 | FDC00048232 | Excerpts of OA impact tracking tables used by Benhardt | |
| P- | 91 | FDC00048216 | Native Excel Spreadsheet used by Benhardt | |
| P- | 92 | FDC0004822 | Native Excel Spreadsheet used by Benhardt | |
| P- | 93 | SBB000575-672 | February 2017 Job Openings at First Data | |
| P- | 94 | SBB001307-10 | First Data Press Release dated January 13, 2017 | Objection. See Defendants' MIL, ECF No. 108, § 5. |

**Plaintiff's Exhibit List with Defendants' Objections**

| | | | | |
|---|---|---|---|---|
| P- | 95 | FDC00044665-6 | Email exchange between Johnson and Barger on November 8, 2016 | |
| P- | 96 | SBB000323 | Steve Barger Compensation Summary | |
| P- | 97 | SBB000299-303 | Steve Barger Stock Option Table | |
| P- | 98 | FDC00044027 | Email exchange between Marino and King on August 26, 2016 | |
| P- | 99 | SBB000869-881 | Paystubs August 2016 to February 2017 | |
| P- | 100 | SBB002141-42 | Bureau of Labor Statistics Participation Rates | Objection. Rule 602; Rule 901 |
| P- | 101 | FDC00000365-366 | FMLA Certificate of Healthcare Provider from Baddour's Office | |
| P- | 102 | Emory0056-59 | ENT Clinic Notes - Final Report 11/04/16 | |
| P- | 103 | Emore0051-52 | ENT Clinic Notes - Final Report 11/08/16 | |
| P- | 104 | Emory0048-50 | ENT Clinic Notes - Final Report 12/09/16 | |
| P- | 105 | Emory0042-44 | ENT Clinic Notes - Final Report 12/21/16 | |
| P- | 106 | Emory0039-41 | ENT Clinic Notes - Final Report 01/10/17 | |
| P- | 107 | Emory0037-38 | ENT Clinic Notes - Final Report 01/20/17 | |
| P- | 108 | Emory0099-101 | ENT Clinic Notes - Final Report 02/21/17 | |
| P- | 109 | Emory0093 | January 10, 2017 medical Work Clearance | |
| P- | 110 | Emory0097-102 | Physician Report to MetLife on January 23, 2017 | |

**Plaintiff's Exhibit List with Defendants' Objections**

| | | | | |
|---|---|---|---|---|
| P- | 111 | | Table 9 of Markov Process Model for Work-Life Expectancy | Objection. Rule 602; Rule 801; Rule 901 |
| P- | 112 | SBB001814, -27, -29 | Excerpts of First Data's Publicly Available Bylaw re Authorized Officers | Objection. Rule 402 |
| P- | 113 | SBB002076-9 | Excerpts from "Power of Being Yourself" Book by Joe Plumeri | |
| P- | 114 | SBB000117-33 | First Data Position Statement in Response to EEOC Charge | Objection. Rule 402; Rule 801 |
| P- | 115 | | Publicly Available First Data WARN Act Notices | Objection. Rule 402 |
| P- | 116 | SBB001056-59 | First Data OWBPA used by in lay-off in Guy Chiarello's organization | Objection. Rule 402 |
| P- | 117 | | SEC Filings and Exhibits: First Data by the Numbers | Objection. See Defendants' MIL, ECF No. 108, § 2. |
| P- | 118 | | SEC Filings and Exhibits: Employee Townhall Excerpts | Objection. See Defendants' MIL, ECF No. 108, § 2. |
| P- | 119 | SBB000399-400 | Business Segments and Transaction Processing Images from 10-K for fiscal year 2017 | |
| P- | 120 | | Top Scoop Ice Cream Video re: Clover embedded within First Data internet site with URL https://www.firstdata.com/en_us/products/small-business/insights.html?placement=Solutions_Nav | Objection. Rule 402. Rule 602. Rule 801. Rule 901. |

**Plaintiff's Exhibit List with Defendants' Objections**

| | | | | |
|---|---|---|---|---|
| P- | 121 | | Hartford Courant August 2, 1994 Article "Travelers Inc. Picks New Chairman" re: Plumeri and Barger moving to Travelers from Smith Barney | |
| P- | 122 | | Investment News February 22, 1999 article "Citibank? Change that to Citiadviser: It's Turning Bankers into Stock, Insurance Brokers" re: implementation for transformation by Plumeri and Barger | |
| P- | 123 | FDC00048892 | Thinking about you email October 12, 2016 between Guerra and Barger | |
| P- | 124 | FDC00052761-63 | Headcount report week of Dec. 14 email dated 12/17/16 among Benhardt, Whalen, Marino and others | |
| P- | 125 | FDC00047583-85 | Discuss 10% email between Benhardt and Ho on 01/10/17 | |
| P- | 126 | FDC00051862 | 01/11/17 Email b/w Brinker and Hadler re Partner Training | |