## Defendants' Exhibit List with Plaintiff's Objections

| Ex. No. | Bates No. | | Description | | | Plaintiff's Objections |
|---|---|---|---|---|---|---|
| D- 30 | FDC00000132-33 | | Equal Employment Opportunity Policy | | | |
| D- 31 | FDC00000119-21 | | US Americans with Disabilities Act Policy | | | |
| D- 32 | FDC00000122-24 | | US Family Medical Leave Policy | | | |
| D- 33 | FDC00000125-31 | | US Leave of Absence Policy | | | |
| D- 35 | | | FD US Employee Handbook (Excerpts) | | | |
| D- 36 | FDC00050184-91 | 5/19/2016 | First Data Policy on Restructuring Accounting | | | |
| D- 40 | SBB001345-55 | 2012 | Form 1040 for 2012 | | | Objection. Rule 402 |
| D- 41 | SBB001356-63 | 2013 | Form 1040 for 2013 | | | Objection. Rule 402 |
| D- 42 | SBB001364-73 | 2014 | Form 1040 for 2014 | | | Objection. Rule 402 |
| D- 43 | SBB001585-1621 | 2017 | Form 1040 for 2017 | | | Objection. Rule 402 |
| D- 44 | FDC00052578 | 2014 | Form 1099-MISC from FD to Barger Group | | | |
| D- 46 | SBB000985 | 2017 | Form 1099-MISC from Oasis | | | |
| D- 59 | SBB002135-40 | 2018 | 2018 Tax Documents | | | |
| D- 60 | FDC00053015-25 | 4/4/2014 | Independent Contractor Agreement | | | |
| D- 61 | FDC00053142-48 | | Executed Independent Contractor Agreement | | | |
| D- 311 | | | Stipulated Independent Contractor Agreement | | | |
| D- 62 | FDC00052579, 52610-13, 52632, 52614, 52594, 52580 | 2/26/2014 | Barger Group Invoices to FD for consulting | | | |
| D- 63 | GrantBarger0162-63 | 4/24/2014 | Purchase Order from FD to Barger Group | | | |

Defendants' Exhibit List with Plaintiff's Objections

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| D- | 64 | SBB000845-46, 864 | 6/12/2014 | FD Offer Letter to SB from Plumeri | | | |
| D- | 66 | FDC00051365 | 9/2/2014 | FW: Thanks | Short, Kathleen | Short, David | |
| D- | 67 | FDC00052822-25 | 10/14/2014 | RE: Dan and Lamont | Barnes, Katherine | Patel, Gita | |
| D- | 68 | FDC00052800-01 | 1/9/2015 | FW: Search - SVP Head of Sales Transformation - Resume of [Redacted] | Barger, Steve | Hoefer, Kim | |
| D- | 69 | FDC00044639-40 | 3/12/2015 | Status Report on Executive Search for FDC SVP Head of Sales Transformation | | | |
| D- | 70 | FDC00044830-31 | 3/19/2015 | RE: SVP Sales Transformation Search | Barger, Steve | Hoefer, Kim | |
| D- | 71 | FDC00044912 | 11/23/2015 | GBS Talent Review slides & SVP Profiles - Hack | Whalen, Karen | Johnson, Rhonda | |
| D- | 73 | FDC00044940 | 1/26/2016 | re: jeff/dan discussion, jeff's reqs & lab org structure | Whalen, Karen | Johnson, Rhonda | |
| D- | 74 | FDC00053177, 53149-50 | 1/28/2016 | Repricing Page | Johnson, Rhonda | Whalen, Karen | |
| D- | 75 | FDC00052691-97 | 4/16/2016 | Text Messages - SB and Hack | | | |
| D- | 77 | FDC00044411 | 7/8/2016 | Org Strategy - Pam & Steve Barger | Whalen, Karen | Johnson, Rhonda | |
| D- | 78 | FDC00044599 | 7/12/2016 | RE: Successor resumes | Johnson, Rhonda | Hoefer, Kim | |
| D- | 81 | FDC00044388-89 | 7/21/2016 | RE: Confidential: Training | Johnson, Rhonda | Whalen, Karen | |
| D- | 82 | FDC00043731-32 | 7/21/2016 | RE: Confidential: Training | Hack, Jeff | Charron, Dan | |
| D- | 83 | FDC00043704 | 8/3/2016 | Sourcing update: Head of Sales Training | Hack, Jeff | Johnson, Rhonda | |
| D- | 84 | FDC00043719-20 | 8/8/2016 | RE: (No Subject) | Marino, Anthony | Hack, Jeff | |

**Defendants' Exhibit List with Plaintiff's Objections**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| D- | 85 | FDC00051319 | 8/10/2016 | FW: followup and emory | Patel, Gita | Patel, Gita | |
| D- | 86 | FDC00041349-50 | 8/11/2016 | RE: Senior Leader Heads Up: Org Announcement on Changes to SMB and GBS | Mantia, Nick | Barger, Steve | |
| D- | 88 | FDC00043945 | 8/16/2016 | Steve - Confidential | Marino, Anthony | Johnson, Rhonda | |
| D- | 89 | FDC00044171 | 8/26/2016 | RE: Steve B. | Marino, Anthony | Bisignano, Frank | |
| D- | 90 | FDC00043773 | 8/27/2016 | RE: story | King, Josh | Marino, Anthony | |
| D- | 92 | FDC00044418 | 8/31/2016 | CONFIDENTIAL - Interview Request | Cartellone; Profeta; DiPietro | Johnson, Rhonda | |
| D- | 96 | FDC00044529 | 9/15/2016 | FW: Steve Update | Johnson, Rhonda | Kelly, Julie | |
| D- | 98 | FDC00007819 | 9/23/2016 | are yiu tere | Patel, Gita | Barger, Steve | |
| D- | 101 | FDC00044501 | 9/28/2016 | Steve Barger | McCarthy, Barry | Johnson, Rhonda | |
| D- | 103 | FDC00053151 | 10/1/2016 | FW: Top 150 List Based on MC Feedback | Charron, Dan; Hack, Jeff | Hack, Jeff | |
| D- | 104 | FDC00007390-91 | 10/12/2016 | RE: MJJ - MSS Entry Completed | Johnson, Rhonda | Barger, Steve | |
| D- | 108 | FDC00044785-88 | 10/18/2016 | RE: FOR STEVE: FW: Sales Transformation headcount plan | Barger, Steve; Lessen, Paula; Stamey, Justin | Johnson, Rhonda | |
| D- | 109 | FDC00007484 | 10/19/2016 | RE: Confidential | Johnson, Rhonda | Barger, Steve | |

Defendants' Exhibit List with Plaintiff's Objections

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| D- | 110 | FDC00044750-51 | 10/24/2016 | RE: Requisitions | Stutz, Ed | Barger, Steve | |
| D- | 111 | FDC00007354 | 11/3/2016 | RE: Release of HOLD Dates - December 7 & 8 | big group | Barger, Steve | |
| D- | 113 | FDC00049057 | 11/8/2016 | Appreciate your thoughts | STG group | Barger, Steve | |
| D- | 114 | FDC00044665-66 | 11/8/2016 | RE: A quick meeting or email will do | Barger, Steve | Johnson, Rhonda | |
| D- | 115 | SBB001028-30 | 11/8/2016 | Text Messages - SB and Marino | | | |
| D- | 117 | FDC00043693 | 11/16/2016 | RE: Urgent - Barger | Johnson, Rhonda | Hack, Jeff | |
| D- | 118 | FDC00045507 | 11/16/2016 | Urgent - Barger overview for Tony | Whalen, Karen | Johnson, Rhonda | |
| D- | 120 | FDC00052711 | 11/17/2016 | RE: OA Action | Marino and HR Team | Benhardt, Kathi | |
| D- | 119 | FDC00052712-16 | 11/17/2016 | OA Action Document | | | |
| D- | 122 | FDC00045525 | 11/17/2016 | RE: Steve Barger - Leave Paperwork | Whalen, Karen | Johnson, Rhonda | |
| D- | 123 | FDC00045488-96 | 11/18/2016 | Leave of Absence Letter | Barger, Steve | Marino, Anthony | |
| D- | 124 | SBB000081-82 | 11/18/2016 | Leave of Absence Letter | Barger, Steve | Marino, Anthony | |
| D- | 125 | FDC00000386-87 | 11/21/2016 | MetLife Authorization Form | | | |
| D- | 126 | FDC00000368, 377 | 11/21/2016 | OA Responsibilities while on leave | | | |
| D- | 127 | FDC00007363 | 11/21/2016 | RE: Accepted: On Behalf of Jeff Hack | Barger, Steve | Johnson, Rhonda | |
| D- | 128 | FDC00051658 | 11/21/2016 | An Announcement | team | Ording, Robin | |
| D- | 132 | FDC00044619-20 | 11/22/2016 | E-mail & Good access | HR Solutions; Voycheske | Johnson, Rhonda | |

**Defendants' Exhibit List with Plaintiff's Objections**

| | | | | | | |
|---|---|---|---|---|---|---|
| D- | 134 | | 11/22/2016 | RE: Mid Year Pay Correction | Johnson, Rhonda | Ording, Robin | |
| D- | 135 | FDC00043728 | 11/22/2016 | Steve Bargar bonus | Charron, Dan; Hack, Jeff | Marino, Anthony | |
| D- | 136 | FDC00043734 | 11/22/2016 | Interim Sales Training Leader | Bisignano, Frank; Charron; Hack | Marino, Anthony | |
| D- | 138 | FDC00044655-57 | 11/23/2016 | Steve Barger forms | Voycheske, Jennifer | Johnson, Rhonda | |
| D- | 141 | FDC00044071 | 11/23/2016 | RE: Barger Equity | Marino, Anthony | Roding, Scott | |
| D- | 144 | FDC00052276-78 | 11/30/2016 | RE: Updated RIF Impact Summary | Friedman, Deborah | Benhardt, Kathi | |
| D- | 146 | FDC00046849-50 | 11/30/2016 | Head Global Sales Training and Transformation Job Description | | | |
| D- | 147 | FDC00052753 | 12/1/2016 | FW: OA RIF Impact Summary - 11.30.16 | Fitton-Gordon, Fujiko | Marino, Anthony | |
| D- | 148 | FDC00044732 | 12/5/2016 | Form to complete & Q/A response | Barger, Steve | Johnson, Rhonda | |
| D- | 149 | FDC00044832 | 12/5/2016 | FW: Leave of Absence Request Forms: Steve Barger, S09, Jennifer Voycheske | Barger, Steve | Patel, Gita | |
| D- | 151 | SBB000829-30 | 12/5/2016 | Re: Leave of Absence Request Forms: Steve Barger, S09, Jennifer Voycheske | Johnson, Rhonda | Barger, Steve | |
| D- | 154 | FDC00000365-66 | 12/14/2016 | Certification of Health Care Provider | | | |

**Defendants' Exhibit List with Plaintiff's Objections**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| D- | 156 | FDC00044681-83 | 12/15/2016 | FW: Forms Received: Barger, Steve-247809-S09-GA-Scott Owen | Johnson, Rhonda | Voycheske, Jennifer | |
| D- | 157 | SBB000085 | 12/15/2016 | FMLA Approval Form - 12/15 | Barger, Steve | FD LOA | |
| D- | 159 | FDC00000414 | 12/15/2016 | RE: Forms Received: Barger, Steve-247809-S09-GA-Scott Owen | Voycheske, Jennifer | Johnson, Rhonda | |
| D- | 160 | FDC00049123 | 12/16/2016 | RE: Steve Barger - LOA | Johnson, Rhonda | Voycheske, Jennifer | |
| D- | 163 | FDC00007452-53 | 12/16/2016 | Re: Action for Short Term Leave | Johnson, Rhonda | Barger, Steve | |
| D- | 164 | FDC00053152-55 | 12/16/2016 | RE: Updated Comp on RIF List | Friedman, Deborah | Benhardt, Kathi | |
| D- | 166 | FDC00044931 | 12/19/2016 | RE: Leave Approval - Continuous, Steve Barger, S09, Jennifer Voycheske | Voycheske, Jennifer | Luebbe, Melinda | |
| D- | 169 | FDC00049156 | 12/20/2016 | FW: Steve Barger - LOA | Barger, Steve | Patel, Gita | |
| D- | 172 | FDC00000389 | 12/21/2016 | RE: Steve Barger | Steffen, Amy | Voycheske, Jennifer | |
| D- | 177 | FDC00043696-97 | 12/28/2016 | RE: Training | Marino, Anthony | Hack, Jeff | |
| D- | 180 | SBB000323 | 12/31/2016 | SB Compensation Summary | | | |
| D- | 181 | FDC00051565-93 | 1/1/2017 | Sales Transformation review - Internal Consulting MC Executive Summary | | | |
| D- | 182 | FDC00044994-5032 | 1/1/2017 | Sales Transformation Review Fact Pack for Whalen, Ording, Hadler | | | |
| D- | 183 | FDC00047744 | 1/3/2017 | RE: can you send me the list of the 141 names | Benhardt, Kathi | Friedman, Deborah | |

**Defendants' Exhibit List with Plaintiff's Objections**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| D- | 186 | FDC00044454 | 1/5/2017 | RE: Leave Extension Request - Steve Barger | Johnson, Rhonda | Voycheske, Jennifer | |
| D- | 188 | FDC00000369 | 1/5/2017 | FMLA Approval Form - 1/5 | Barger, Steve | FD LOA | |
| D- | 189 | FDC00052294-97 | 1/5/2017 | MetLife Chart | | | |
| D- | 190 | FDC00044804 | 1/5/2017 | Leave Approval - Continuous, Steve Barger, S09, Jennifer Voycheske | Johnson, Rhonda | LOAHELP | |
| D- | 191 | FDC00052308-13 | 1/5/2017 | MetLife Database Screenshot | | | |
| D- | 193 | SBB000855-58 | 1/5/2017 | Re: Leave of Absence Pay Breakdown | Voycheske, Jennifer | Barger, Steve | |
| D- | 196 | FDC00044036 | 1/5/2017 | RE: RES: 10% Reduction | Marino, Anthony | Bergquist, Janelle | |
| D- | 201 | MetLife0021 | 1/6/2017 | MetLife STD Claim Approval | Barger, Steve | MetLife | |
| D- | 203 | FDC00044095-96 | 1/6/2017 | RE: Discuss 10% | HR Group | Marino, Anthony | |
| D- | 207 | FDC00047253-54 | 1/7/2017 | FW: Draft list - Sat 4pm | Johnson, Rhonda | Hack, Jeff | |
| D- | 208 | FDC00043749-50 | 1/7/2017 | RE: Barger Analysis | Bisignano, Frank | Marino, Anthony | |
| D- | 213 | FDC00044381-82 | 1/9/2017 | FW: FDCSecureMail REVISED Top 3000 Charron | Benhardt, Kathi | Whalen, Karen | |
| D- | 214 | FDC00043730 | 1/9/2017 | Hack List Monday 9:30am - Nearly Final | Hack, Jeff | Charron, Dan; Whalen, Karen | |
| D- | 220 | Emory0093 | 1/10/2016 | Return to Work Authorization | | | |
| D- | 231 | FDC00051008-09 | 1/16/2017 | FW: Barger Follow-Up | Barger, Steve | Marino, Anthony | |
| D- | 232 | FDC00052298 | 1/17/2017 | Barger | Voycheske, Jennifer | Johnson, Rhonda | |

**Defendants' Exhibit List with Plaintiff's Objections**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| D- | 235 | FDC00051634 | 1/17/2017 | RE: Barger - confidential | Johnson, Rhonda | Benhardt, Kathi | |
| D- | 237 | FDC00049736 | 1/18/2017 | RE: Howdy | Barger, Steve | Schmid, Rick | |
| D- | 243 | FDC00047510 | 1/26/2017 | RE: UPDATE - Sales Training | Whalen, Karen; Marino, Anthony; Charron, Dan | Race, Kevin | |
| D- | 248 | SBB000964 | 2/6/2017 | MetLife LTD Check #1 | | | |
| D- | 249 | SBB000978 | 2/6/2017 | MetLife LTD Check Copies #1 and #2 | | | |
| D- | 250 | FDC00047566-69 | 2/9/2017 | OA Impact Analysis | | | |
| D- | 254 | FDC00048217 (native) | 11/17/2016 | RIF List Created 11/17/2016 | | | Objection. |
| D- | 255 | FDC00048219 (native) | 11/17/2016 | RIF List Created 11/17/2016 | | | Objection. |
| D- | 256 | FDC00048231 (native) | 12/22/2016 | RIF List Created 12/22/2016 | | | Objection. |
| D- | 257 | FDC00048222 (native) | 1/19/2017 | RIF List Created 1/19/2017 | | | Objection. |
| D- | 261 | MetLife0034 | 3/9/2018 | MetLife LTD Payment History | | | |
| D- | 267 | MetLife0178-83 | 2/3/2017 | MetLife LTD Claim Approval | | | |
| D- | 268 | FDC00000056, 59, 63, 67, 70, 73, 76, 77, 80, 18, 24, 25 | | Pay Stubs Dated: 9/15/2016, 9/30/2016, 10/14/2016, 10/31/2016, 11/15/2016, 11/30/2016, 12/15/2016, 12/15/2016 (bonus), 12/30/2016, 1/31/2017, 2/15/2017, 2/28/2017 | | | |
| D- | 273 | FDC00048216 (native) | 11/17/2016 | Spreadsheets (redacted) | | | Objection. |

**Defendants' Exhibit List with Plaintiff's Objections**

| | | | | | | |
|---|---|---|---|---|---|---|
| D- | 283 | | 2016 | Picture of Barger, Marino, and Plumeri golfing | | |
| D- | 307 | FDC00053172 | | Welcome to FD Way Agenda | | |
| D- | 308 | FDC00053173-76 | | Variable Incentive Compensation Plan | | |
| D- | 309 | FDC00050165-72 | | Text Messages Between S. Barger and J. Plumeri | | |
| D- | 310 | | | Rule 1006 of D-309: Chronological Summary of Text Messages Between S. Barger and J. Plumeri (showing "Last Activity: Time"; "From"; "To"; and "Body" Columns) | | |