UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------
  Steven Barger,
                    Plaintiff,


                                                              **ORDER**
  -vs-                                                     CV-17-4869(FB)


  First Data Corp., et. al.,
                    Defendants.



-------------------------------------------------

       IT IS HEREBY ORDERED that Saul Ewing and Lehr Keytunna, paralegals for
the defendants on trial are permitted to enter the building with cell phones and laptop and keep it
on their person until the conclusion of the trial.




                                        SO ORDERED.
                                         /S/ Frederic  Block_____
                                        UNITED STATES DISTRICT JUDGE


DATED: Brooklyn, New York
              September 9,2019