# SAUL EWING ARNSTEIN & LEHR LLP

Gary B. Eidelman
Phone: (410) 332-8975
Fax: (410) 332-8976
Gary.Eidelman@saul.com
www.saul.com

September 13, 2019

**Via Electronic Mail**

Honorable Frederic Block, U.S.D.J.
U. S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:   *Steven B. Barger v. First Data Corporation et al.*
            **Civil Case No. 1:17-cv-4869**

Dear Judge Block:

    Dan Charron, one of the Individual Defendants and a witness being called by the Plaintiff has a hearing impairment that requires the use of a hearing aid. Mr. Charron has advised me that his hearing aid is calibrated through an app on his smart phone and that when he is in a new setting, he uses the app to make adjustments for the best clarity. He can then turn off the phone unless he needs it for his hearing aids. On Mr. Charron's behalf, I am requesting that he be permitted to bring his phone into the courtroom for the duration of the trial.

    Thank you for your consideration of this request.

Respectfully submitted,

Gary B. Eidelman

*Application Granted*
*So ORDERED*
s/ FB
USDJ
Sept. 14, 2019

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ SEP 17 2019 ★
BROOKLYN OFFICE

500 E. Pratt Street ♦ Suite 900 ♦ Baltimore, MD 21202-3133
Phone: (410) 332-8600 ♦ Fax: (410) 332-8862

DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP