UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------

STEVEN BARGER,                                    ORDER OF SUSTENANCE
                Plaintiff,

  -vs-

                                        CV-17-4869 (FB)

FIRST DATA CORP., et., al.,
                Defendant.

------------------------------------------------------------

      **ORDERED** that the Marshal supply proper

( )   LODGING

(XX)  SUSTENANCE

( )   TRANSPORTATION

      to the (8) jurors empaneled in the above entitled case.

DATED:  Brooklyn, New York
       **September 23, 2019**

( ) DURING TRIAL

(XX) DELIBERATING

( ) SEQUESTERED

                                        /s/ Frederic Block
( ) BREAKFAST                                U. S. D. J.

(XX) LUNCH

( ) OTHER _____