UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------

STEVEN BARGER,　　　　　　　　　　　　ORDER OF SUSTENANCE
　　　　　　　　Plaintiff,

  -vs-

　　　　　　　　　　　　　　　　　　　　CV-17-4869 (FB)

FIRST DATA CORP., et., al.,
　　　　　　　　Defendant.

-----------------------------------------------------------


　　　**ORDERED** that the Marshal supply proper

( )　LODGING

(XX)　SUSTENANCE

( )　TRANSPORTATION

　　　to the (8) jurors empaneled in the above entitled case.


DATED:  Brooklyn, New York
　　　**September 24, 2019**


( ) DURING TRIAL

(XX) DELIBERATING

( ) SEQUESTERED

　　　　　　　　　　　　　　　　　　　　/s/ Frederic Block
( ) BREAKFAST　　　　　　　　　　　　　U. S. D. J.

(XX) LUNCH

( ) OTHER _____