

# PLAINTIFF'S EXHIBIT LIST

| PLF. NO. | BATES NO. | DATE | DESCRIPTION OF EXHIBITS AND WITNESSES | | |
|---|---|---|---|---|---|
| P-3 | FDC00049586 FDC00049591-95 FDC00049616 FDC00049632—38 | | Excerpts from First Data's U.S. Employee Handbook | | |
| P-4 | FDC00000122-124 | | First Data's U.S. Family Medical Leave (FMLA) Policy | | |
| P-6 | FDC00050184-191 | | First Data's Restructuring Accounting Policy | | |
| P-10 | SBB-00095-00568 | 2017 | First Data's Form 10-K filed with the SEC for Fiscal year 2017 | | |
| P-11 | GrantBarger 0001-3 | 2014 | Barger Presentation to Lebenthal Holdings LLC | | |
| P-13 | GrantBarger 0162-3 | 2014 | First Data Purchase Order Issued to The Barger Group | | |
| P-15 | SBB001921-40 | 2017-2018 | Barger Invoices 2017-2018 consulting | | |
| P-16 | SBB000102-3 | 6/30/14 | Signed Employment Offer Letter | | |
| P-19 | FDC00043731-1 | 7/13/16-7/21/16 | Email chain among, Johnson, Charron, Hack, and Whalen from July 13, 2016 to July 21, 2016 re initial search for successor for training | | |
| P-20 | FDC00044388 | 7/20/16 | Email Johnson to Whalen from July 20, 2016 re successor | Johnson | Whalen |
| P-23 | SBB000211-244 | 9/23/16 | Steve Barger 360 Degree Performance Review dated September 23, 2016 | Barger | |

1

## PLAINTIFF'S EXHIBIT LIST

| PLF. NO. | BATES NO. | DATE | DESCRIPTION OF EXHIBITS AND WITNESSES | | |
|---|---|---|---|---|---|
| P-24 | FDC00044768-9 | 9/9/16 | Email exchange involving Barger, his administrative assistant Gita Patel, his direct reports and forwarded to Johnson from September 8, 2016 to September 9, 2016 Barger connected to internet at hospital | Barger | |
| P-27 | FDC00044741 | 10/12/16 | Email Exchange between Johnson and members of First Data human resources Call scheduled with Barger to discuss sales group staffing and hiring | Johnson | HR Team members |
| P-28 | FDC00043693 | 11/16/16 | Email from Johnson to Hack re: seeking permission to require Barger to be placed on leave | Johnson | Hack |
| P-35 | SBB001028-30 | 11/19/16 | Text Messages between Barger and Marino November 8, 2016 to January 16, 2017 – Required to take leave texts | Barger | Marino |
| P-36 | SBB000081-2 | 11/18/16 | Letter from Marino to Barger dated November 18, 2016 Marino Letter requiring Barger to take leave | Marino | Barger |
| P-37 | FDC00044655-7 | 11/23/16 | Email from Johnson to Voycheske on November 23, 2016 with attachments – leave documents signed by Barger | Johnson | Voycheske |
| P-42 | FDC00007364 | 12/5/16 | Email exchange among First Data Leave Management, Barger, and Johnson dated December 5, 2016 – Barger no access to leave forms | Barger | Johnson |
| P-44 | FDC00044681-3 | 12/15/16 | Email exchange among Barger, Voycheske, Johnson from November 23, 2016 to December 15, 2016 – Leave approval from 10/24-1/16 | Barger Voycheske | Johnson |
| P-45 | FDC00043710 | 12/15/16 | Email from Leave Management to Hack on December 15, 2016 re: notice of leave approval from 10/24-1/16 | Leave MGT | Hack |

## PLAINTIFF'S EXHIBIT LIST

| PLF. NO. | BATES NO. | DATE | DESCRIPTION OF EXHIBITS AND WITNESSES | | |
|---|---|---|---|---|---|
| P-46 | SBB000085 | 12/15/16 | Leave Designation Letter from First Data Leave Management to Barger dated December 15, 2016 | FD | Barger |
| P-47 | FDC0007452-3 | 12/15/16 | Email Exchange among Johnson and Barger dated December 15 & 16, 2016 Barger asking for last day worked | Johnson | Barger |
| P-48 | FDC00049156 | 12/16/16 | Email exchange between Johnson, Barger, and Leave Management from December 16, 2016 to December 20, 2016 – Barger asking last day worked | Johnson Barger | Leave MGT |
| P-49 | FDC00049123 | 12/16/16 | Email exchange among Voycheske, Johnson, and Barger dated December 16, 2016 re: last day worked need to ask manager | Voycheske Johnson | Barger |
| P-52 | FDC00044804 | 1/5/17 | Email dated January 5, 2017 from Leave Management to Johnson re: revised leave | Leave MGT | Johnson |
| P-60 | FDC00044619-20 | 11/22/16 | Email exchange among Johnson, Voycheske, and First Data Leave Management and HR on Monday November 21, 2016 and Tuesday November 22, 2016 – Cut-off of e-mail access | Johnson Voychekse | Leave MGT |
| P-62 | FDC00044017 | 12/22/16 | Email exchange among Ording, Whalen, Marino, and others on December 22, 2016 – Barger in office planning to return in January | Ording Whalen | Marino ETC |
| P-63 | FDC00052691-7 | 4/16/16 | Text Message Exchanges between Barger and Hack from April 16, 2016 through December 30, 2016 – Barger text on 12/28 to Hack re: return on January 15 | Barger | Hack |
| P-64 | FDC00043696-7 | 12/28/16 | Email exchange between Hack and Marino on December 28, 2016 re: Planning for return of Barger | Hack | Marino |
| P-65 | FDC00044200 | 1/4/17 | Email from Ording to Johnson and Whalen on January 4, 2017 re: Barger in office announcing return | Ording | Johnson Whale |

3

## PLAINTIFF'S EXHIBIT LIST

| PLF. NO. | BATES NO. | DATE | DESCRIPTION OF EXHIBITS AND WITNESSES | | |
|---|---|---|---|---|---|
| P-68 | FDC00044161-2 | 1/6/17 | Email exchange among Ording, Marino, Johnson, and Steffen on January 6, 2017 – Barger in office announcing return, need for medical clearance | Ording | Marino Johnson Steffen |
| P-70 | FDC00044277-8 | 1/9/17 | Email exchange among Whalen, Benhardt, and other members of human resources on January 9, 2017 re SB returning 01/17 | Whalen | Benhardt |
| P-73 | FDC00044032 | 1/10/17 | Email Johnson to Marino and Whalen January 10, 2017 – Notice Barger delivered return to work authorization | Marino | Whalen |
| P-77 | FDC00044383-4 | 12/4/16 | Email exchange among Whalen, Johnson, Marino and other members of human resources on December 4, 2016 and December 5, 2016 – need to move OAs to severance pool | Whalen Johnson | Marino |
| P-79 | FDC00043734 | 11/22/16 | Email from Marino to Bisignano, Charron and Hack dated November 22, 2016 – Ording interim, save if she does well | Bisignano Charron | Hack |
| P-81 | FDC00010915 | 2/17 | First Data's Atlanta new hire orientation speaking schedule for February 2017 | Cagwin | |
| P-82 | FDC00044674 | 1/6/17 | Email Exchange between Voycheske and Johnson on January 5, 2017 and January 6, 2017 – Barger not terminated recommend approval of LTD first | Voycheske | Johnson |
| P-84 | FDC00044028-9 | 1/7/17 | Email exchange among Marino, Benhardt, Whalen and others in human resources on January 7, 2017 – costs of backfills and rehires | Marino Benhardt | Whalen |
| P-87 | FDC00052775 | 1/11/17 | Email exchange among Benhardt, Nage, Marino, and Friedman re Barger not on list as of 1/11/17 due to being on LTD | Nage Benhardt | Marino |
| P-88 | FDC00047514-20 | 1/11/17 | First Data OA Impact Analysis dated January 11, 2017 | | |

4

## PLAINTIFF'S EXHIBIT LIST

| PLF. NO. | BATES NO. | DATE | DESCRIPTION OF EXHIBITS AND WITNESSES | | |
|---|---|---|---|---|---|
| P-89 | FDC00047533-41 | 1/19/17 | First Data OA Impact Analysis dated January 19, 2017 | | |
| P-92 | FDC0004822 | | Native Excel Spreadsheet used by Benhardt – shows Barger added 1/17/17 (P-90 contains a partial print of the relevant portions of this is entire spreadsheet) [No hard copy of spreadsheet – Excel file can be viewed in courtroom] | | |
| P-96 | SBB000323 | | Steve Barger Compensation Summary | | |
| P-97 | SBB000299-303 | | Steve Barger Stock Option Table | | |
| P-98 | FDC00044027 | 8/26/16 | Email exchange between Marino and King on August 26, 2016 re: article about Steve, dislikes retirement | Marino | King |
| P-99 | SBB000869-881 | | Paystubs August 2016 to February 2017 | | |
| P-101 | FDC00000365-366 | | FMLA Certificate of Healthcare Provider form Baddour's Office | | |
| P-104 | Emory0048-50 | 12/9/16 | ENT Clinic Notes – Final Report 12/09/16 | Baddour | |
| P-106 | Emory0039-41 | 1/10/17 | ENT Clinic Notes – Final Report 01/10/17 | Baddour | |
| P-107 | Emory0037-38 | 1/20/17 | ENT Clinic Notes – Final Report 01/20/17 | Baddour | |
| P-109 | Emory0093 | 1/10/17 | January 10, 2017 Medical Work Clearance | | |
| P-110 | Emory0097-102 | 1/23/17 | Physician Report to MetLife on January 23, 2017 (Barger able to work) | | |
| P-124 | FDC00047583-85 | 12/17/16 | Headcount report week of Dec. 14 email dated 12/17/16 | Benhardt | Whalen Marino |