## Defendants' Exhibit List

| Ex. No. | Bates No. | | Description | | |
|---|---|---|---|---|---|
| D- 30 | FDC00000132-33 | | Equal Employment Opportunity Policy | | |
| D- 31 | FDC00000119-21 | | US Americans with Disabilities Act Policy | | |
| D- 32 | FDC00000122-24 | | US Family Medical Leave Policy | | |
| D- 33 | FDC00000125-31 | | US Leave of Absence Policy | | |
| D- 36 | FDC00050184-91 | 5/19/16 | First Data Policy on Restructuring Accounting | | |
| D- 40 | SBB001345-55 (First Page Only) | 2012 | Form 1040 for 2012 | | |
| D- 41 | SBB001356-63 (First Page Only) | 2013 | Form 1040 for 2013 | | |
| D- 43 | SBB001585-1621 (First Page Only) | 2017 | Form 1040 for 2017 | | |
| D- 44 | FDC00052578 | 2014 | Form 1099-MISC from FD to Barger Group | | |
| D- 60 | FDC00053015-25 | 4/4/14 | Independent Contractor Agreement | | |
| D- 61 | FDC00053142-48 | | Executed Independent Contractor Agreement | | |
| D- 62 | FDC00052579, 52610-13, 52632, 52614, 52594, 52580 | 2/26/14 | Barger Group Invoices to FD for consulting | | |
| D- 63 | GrantBarger0162-63 | 4/24/14 | Purchase Order from FD to Barger Group | | |
| D- 66 | FDC00051365 | 9/2/14 | FW: Thanks | Short, Kathleen | Short, David |
| D- 70 | FDC00044830-31 | 3/19/15 | RE: SVP Sales Transformation Search | Barger, Steve | Hoefer, Kim |
| D- 71 | FDC00044912 | 11/23/15 | GBS Talent Review slides & SVP Profiles - Hack | Whalen, Karen | Johnson, Rhonda |
| D- 73 | FDC00044940 | 1/26/16 | re: jeff/dan discussion, jeff's reqs & lab org structure | Whalen, Karen | Johnson, Rhonda |
| D- 74 | FDC00053177, 53149-50 | 1/28/16 | Repricing Page | Johnson, Rhonda | Whalen, Karen |
| D- 77 | FDC00044411 | 7/8/16 | Org Strategy - Pam & Steve Barger | Whalen, Karen | Johnson, Rhonda |
| D- 85 | FDC00051319 | 8/10/16 | FW: followup and emory | Patel, Gita | Patel, Gita |
| D- 89 | FDC00044171 | 8/26/16 | RE: Steve B. | Marino, Anthony | Bisignano, Frank |
| D- 104 | FDC00007390-91 | 10/12/16 | RE: MJJ - MSS Entry Completed | Johnson, Rhonda | Barger, Steve |

Defendants' Exhibit List

| | | | | | | |
|---|---|---|---|---|---|---|
| D- | 108 | FDC00044785-88 | 10/18/16 | RE: FOR STEVE: FW: Sales Transformation headcount plan | Barger, Steve; Lessen, Paula; Stamey, Justin | Johnson, Rhonda |
| D- | 110 | FDC00044750-51 | 10/24/16 | RE: Requisitions | Stutz, Ed | Barger, Steve |
| D- | 111 | FDC00007354 | 11/3/16 | RE: Release of HOLD Dates - December 7 & 8 | big group | Barger, Steve |
| D- | 113 | FDC00049057 | 11/8/16 | Appreciate your thoughts | STG group | Barger, Steve |
| D- | 115 | SBB001028-30 | 11/8/16 | Text Messages - SB and Marino | | |
| D- | 117 | FDC00043693 | 11/16/16 | RE: Urgent - Barger | Johnson, Rhonda | Hack, Jeff |
| D- | 123 | FDC00045488-96 | 11/18/16 | Leave of Absence Letter | Barger, Steve | Marino, Anthony |
| D- | 127 | FDC00007363 | 11/21/16 | RE: Accepted: On Behalf of Jeff Hack | Barger, Steve | Johnson, Rhonda |
| D- | 135 | FDC00043728 | 11/22/16 | Steve Bargar bonus | Charron, Dan; Hack, Jeff | Marino, Anthony |
| D- | 154 | FDC00000365-66 | 12/14/16 | Certification of Health Care Provider | | |
| D- | 157 | SBB000085 | 12/15/16 | FMLA Approval Form - 12/15 | Barger, Steve | FD LOA |
| D- | 182 | FDC00044994-5032 | 1/1/17 | Sales Transformation Review Fact Pack for Whalen, Ording, Hadler | | |
| D- | 188 | FDC00000369 | 1/5/17 | FMLA Approval Form - 1/5 | Barger, Steve | FD LOA |
| D- | 191 | FDC00052308-13 | 1/5/17 | MetLife Database Screenshot | | |
| D- | 193 | SBB000855-58 | 1/5/17 | Re: Leave of Absence Pay Breakdown | Voycheske, Jennifer | Barger, Steve |
| D- | 196 | FDC00044036 | 1/5/17 | RE: RES: 10% Reduction | Marino, Anthony | Bergquist, Janelle |
| D- | 201 | MetLife0021 | 1/6/17 | MetLife STD Claim Approval | Barger, Steve | MetLife |
| D- | 208 | FDC00043749-50 | 1/7/17 | RE: Barger Analysis | Bisignano, Frank | Marino, Anthony |
| D- | 214 | FDC00043730 | 1/9/17 | Hack List Monday 9:30am - Nearly Final | Hack, Jeff | Charron, Dan; Whalen, Karen |

## Defendants' Exhibit List

| | | | | | | |
|---|---|---|---|---|---|---|
| D- | 232 | FDC00052298 | 1/17/17 | Barger | Voycheske, Jennifer | Johnson, Rhonda |
| D- | 235 | FDC00051634 | 1/17/17 | RE: Barger - confidential | Johnson, Rhonda | Benhardt, Kathi |
| D- | 249 | SBB000978 | 2/6/17 | MetLife LTD Check Copies #1 and #2 | | |
| D- | 267 | MetLife0178-83 | 2/3/17 | MetLife LTD Claim Approval | | |
| D- | 268 | FDC00000056, 59, 63, 67, 70, 73, 76, 77, 80, 18, 24, 25 | | Pay Stubs Dated: 9/15/2016, 9/30/2016, 10/14/2016, 10/31/2016, 11/15/2016, 11/30/2016, 12/15/2016, 12/15/2016 (bonus), 12/30/2016, 1/31/2017, 2/15/2017, 2/28/2017 | | |
| D- | 273 | FDC00048216 (native) | 11/17/16 | Spreadsheets (redacted) | | |
| D- | 283 | | 2016 | Picture of Barger, Marino, and Plumeri golfing | | |
| D- | 310 | | | Rule 1006 of D-309: Chronological Summary of Text Messages Between S. Barger and J. Plumeri (showing "Last Activity: Time"; "From"; "To"; and "Body" Columns) | | |
| D- | 311 | | | Stipulated Independent Contractor Agreement | | |