Requesting the following Exhibits:

| | |
|---|---|
| P16 | D154 |
| P23 | D157 |
| P28 | D188 |
| P37 | D30 |
| P52 | D31 |
| P92 | D32 |
| P87 | D33 |
| P82 | D191 |
| P62 | D193 |
| P63 | D70 |
| P64 | D208 |
| P96 | D235 |
| P97 | D193 |
| ~~scratched out~~ | D201 |
| P109 | D268 |
| | D267 |
| | D249 |

COURT'S
EXHIBIT NO. 3
IDENTIFICATION/EVIDENCE
DKT.# 17-4869
DATE: 9/24/19

9/24/19
Jessica Antigua
J Antigua

COURT'S
EXHIBIT NO.
IDENTIFICATION/EVIDENCE
DKT.# 17-4869
DATE: 9/24/19

Jury Instructions Doc.

Pg. 10
1st sentence;
2nd paragraph under FMLA claim

Question:

Is this a statement of fact or opinion?

9/24/19
Jessica Antigua
C/Antigua

We have Reached a verdict.

9/24/19

Antigua

Jessica Antigua



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------x
STEVEN B. BARGER,

                Plaintiff,

  -against-                   **VERDICT**
                                   Case No. 17-CV-4869-FB-LB

FIRST DATA CORPORATION,

                Defendant.
------------------------------------------------x

1.   **ADA**

    a. Is First Data liable under the ADA for requiring plaintiff to take medical leave?

       Yes ___   No ✓

       If you answered "No," skip to Question 2.

       If you answered "Yes," proceed to Questions 1b and 1c.

    b. What amount of compensatory damages, if any, should be awarded against First Data for requiring plaintiff to take medical leave?

       $ _____

    c. What amount of punitive damages, if any, should be awarded against First Data for requiring plaintiff to take medical leave?

       $ _____

2. **FMLA**

   a. Is First Data liable under the FMLA for terminating plaintiff's employment?

      Yes ___ No ✓

      If you answered "No," your verdict is complete.

      If you answered "Yes," proceed to Question 2b.

   b. What amount of back pay, if any, should be awarded to plaintiff?

      $ _____

*Have your foreperson date and sign the verdict sheet.*

Dated: September 24, 2019
Brooklyn, New York

_Jessica Antigua_
FOREPERSON

2