# EXHIBIT 2

# THE LAW OFFICE OF SHAWN SHEARER, P.C.

3839 McKINNEY AVENUE, SUITE 155-254
DALLAS, TEXAS 75204
OFFICE: (972) 803-4499
shawn@shearerlaw.pro

October 11, 2019

**VIA ELECTRONIC MAIL AND CERTIFIED MAIL**

Mr. Adam Rosman
Fiserv
Senior Advisor
500 Fiserv Drive
Brookfield, Wisconsin 53045

Mr. Rosman:

Due to testimony given in *Barger v. First Data, et al (2017)* it has come to my attention that there is need for legal holds to be placed in anticipation of litigation between Mr. Steven Barger and Mr. Joseph J. Plumeri II. Please understand that Mr. Barger's claims are not related to employment, and are wholly distinct from Barger's pending appeal in *Barger v. First Data, et al (2017)* which resulted from Barger's illegal termination from Fiserv. Your indeterminate employment status, absence from the website at Fiserv, and my inability to locate you elsewhere, has left me no choice but to contact you directly at Fiserv.

This litigation will span the duration of your employment at Willis, Towers, Watson; Kohlberg, Kravis and Roberts; First Data and Fiserv. This litigation will be comprised of contract, fraud and theft of intellectual property claims, and while I have not determined as of today whether or not you will be a party to this litigation, I have determined that you hold information that will not be subject to privilege. It is for this reason that I am noticing you of your obligation to place the appropriate legal holds as advised.

You are being instructed to place an immediate formal legal hold on all communications, past or present, including metadata that originated from, or was received by, any and all phones and devices including but limited to: work phone(s), home phone(s), cell phone(s) (including any "burner" phones you have in your possession and control), public phones, the phones of your family members, the phones and devices of Elizabeth Fissler-Rosman, your work computer(s), home computer(s), any iPads, Blackberries, iPhones, tablets, smart phones, Alexa, Google Home, handheld devices, car phones, pagers, laptops, handwritten notes, publications, notes from which you work when you write, video recordings, audio recordings, ghost writings and all notes and writings related to the published work "The Power of Being Yourself", DeCapo Lifelong Books, contracts surrounding the ghost writing and writing of the aforementioned book, letters, both

**THE LAW OFFICE OF SHAWN SHEARER, P.C.**

hand written and typed, all social media chats, instant messages, message boards including but not limited to Facebook, LinkedIn, Snapchat, Tinder, Grindr, Instagram, match.com, EHarmony, internal communications in all forms and all other forms of communication not expressly described. This hold includes, but is not limited to professional and personal communications of any kind that exist between you and:

Mr. Steven Barger
Mr. Joseph J. Plumeri II
Mr. Samuel Plumeri, Jr.
Mr. Paul Plumeri
Ms. Elizabeth Fissler - Rosman
Mr. Peter Cohen
Mr. James Dimon
Mr. Sanford I. Weill
Ms. Jessica Weill Bibliowitz
Mrs. Nancy Plumeri
Ms. Leslie Plumeri
Mr. Jay Plumeri
Mrs. Susan Plumeri
Mr. Henry Kravis
Mr. George Roberts
Mr. Peter Theil
Mr. Dominic Caesserely
Ms. Alexandra Lebenthal
Mr. Guy Chiarello
Mr. Joshua King
Ms. Karen Whalen
Mr. Edward J. Labry
Mr. Gary Eidelman and all staff , associates and employees  named or unnamed
Ms. Gillian Cooper and all staff, associates and employees named or unnamed
Ms. Lindsey Kennedy and all staff, associates and employees named or unnamed
Mr. Michael Cianfinchi and all staff, associates and employees named or unnamed
Mr. Louis P. Di Lorenzo and all staff, associates and employees named or unnamed
Mr. Neil Block and all staff, associated and employees named or unnamed
The Honorable Judge Frederic Block and all employees and staff named or unnamed
The Honorable Magistrate Judge Lois Bloom and all employees and staff named or unnamed
DeCapo Lifelong Books and all affiliated associates and employees, named or unnamed
Hachette Books
Mr. Michael Pietch
Ms. Carol Ross
Netflix
Mr. Reed Hastings
Harry Walker Agency and all affiliated associates and employees named or unnamed

Please understand that communications between you and the above named parties, to the extent that you believe they are privileged, will be subject to provision of a "privilege log" that the judge assigned in *Barger v. Plumeri, et al* can determine the extent to which privilege will attach. Your status as an attorney for Willis, KKR, First Data and/or Fiserv precludes you from being Mr. Plumeri's private lawyer in this matter, and as such, your communications with him will not be subject to privilege of any kind as they relate to the litigation that is commencing.

I will contact your former employers and place the appropriate holds at your former workplaces as determined by the sworn testimony provided by Joseph J. Plumeri II and others in the matter of *Barger v. First Data, et al (2017)*.

Very truly yours,

# THE LAW OFFICE OF SHAWN SHEARER, P.C.

3839 McKINNEY AVENUE, SUITE 155-254
DALLAS, TEXAS 75204
OFFICE: (972) 803-4499
shawn@shearerlaw.pro

October 11, 2019

**<u>VIA ELECTRONIC MAIL AND CERTIFIED MAIL</u>**

Ms. Lynn McCreary
255 Fiserv Drive
Brookfield, Wisconsin 53045

Ms. McCreary:

Please see the attached legal hold letter for all relevant communications of Mr. Adam Rosman. Please understand that litigation commencing against Mr. Joseph J. Plumeri is not related to Mr. Barger's appeal of *Barger v. First Data, et al (2017)* and that Mr. Rosman's current indeterminate employment status at Fiserv gives rise to the need for a hold to be placed at Fiserv.

This litigation is a result of Mr. Joseph J. Plumeri's sworn testimony as provided in *Barger v. First Data, et al (2017)* as well as the testimony of other parties in that litigation. That testimony has resulted in newly discovered claims against Plumeri and his employers, unrelated to Mr. Barger's illegal termination by First Data. Mr. Rosman will not receive any benefit of privilege in this matter. Mr. Rosman is not, and cannot be Mr. Plumeri's private lawyer in this matter. All necessary legal holds will be placed at Mr. Rosman's relevant employers during the time frame that spans Mr. Barger's claims against Mr. Plumeri. That time frame will begin in the year 1982, just prior to Mr. Barger's hiring by Mr. Peter Cohen, Ms. Elizabeth Fissler-Rosman's current employer, and continue until the date that litigation is exhausted or settlement is reached.

Please ensure that all appropriate holds are placed at Fiserv, that no communications are destroyed or altered. While this is not an employment claim, Mr. Barger has reason to believe that Rosman's employer(s) will have information relevant to his claims, which are now ripe and will be brought against Mr. Plumeri before years end.

Very truly yours,

[signature]

THE LAW OFFICE OF SHAWN SHEARER, P.C.