## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN B. BARGER, | |
| Plaintiff, | **NOTICE OF TAXATION OF COSTS** |
| v. | Civil Case No. 1:17-cv-04869-FB-LB |
| FIRST DATA CORPORATION, | |
| Defendant. | |

**PLEASE TAKE NOTICE** pursuant to Rule 54 of the Federal Rules of Civil Procedure, Local Civil Rule 54.1, and 28 U.S.C. § 1920, Defendant hereby submits its Bill of Costs, Memorandum in support thereof, and Affidavit of Gary B. Eidelman with Exhibits seeking an order granting fees and costs sought by Defendant and granting such other and further relief as this Court deems just and proper.

Respectfully submitted,

**SAUL EWING ARNSTEIN & LEHR LLP**

*/s/ Gary B. Eidelman*
Gary B. Eidelman (admitted *pro hac vice*)
Michael P. Cianfichi (admitted *pro hac vice*)
500 E Pratt Street
Baltimore, Maryland 21202
T: (410) 332-8975
gary.eidelman@saul.com
michael.cianfichi@saul.com

Gillian A. Cooper
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, Pennsylvania 19102
T: (215) 972-7861
gillian.cooper@saul.com

-2-

                                **New York Office**
1270 Avenue of the Americas, Suite 2005
New York, New York 10020

**BOND, SCHOENECK & KING PLLC**
Louis P. DiLorenzo
600 Third Avenue 22nd floor
New York, New York 10016-1915
T: (646) 253-2315
ldilorenzo@bsk.com

*Attorneys for Defendant,*
*First Data Corporation*

Dated: October 18, 2019

## **CERTIFICATION OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served on the following counsel via ECF:

David A. Zeitlin, Esq.
Zeitlin & Zeitlin, P.C.
50 Court Street, Suite 506
Brooklyn, New York 11201
T: (718) 522-5644
david@zeitlinlawfirm.com
*Attorneys for Plaintiff*

Shawn E. Shearer, Esq.
The Law Office of Shawn Shearer, P.C.
3839 McKinney Avenue, Suite 155-254
Dallas, Texas 75204
T: (214) 434-1594
shawn@shearerlaw.pro
*Attorneys for Plaintiff*

*/s/ Gary B. Eidelman*
Gary B. Eidelman

Dated: October 18, 2019