United States District Court
Eastern District of New York

NOTICE OF
RELATED CASE

The Civil Cover Sheet filed in civil action

___19___ CV ___5896 FB-RER___

indicated that this case is related to the following case(s):

_____17-cv-4869 FB-LB_____

_____

_____