# EXHIBIT E

Sent on Nov 8, 2016 1:09:18 PM

> Thanks for the wonderful visit. Personal things are the only ones that count. Going in for additional repair surgery next week. 6 days in hospital. 4 weeks full recovery. Should be talking around Christmas time. I could play santa. At office party. Ha ha pc corrected. Love you Tony

Sent on Nov 10, 2016 7:29:11 PM

> Tony here is a kind note from MJ who delivers training in APAC. up till recently he has been by himself. A quick acknowledgement from you would mean everything. Thank
>
> "You have a big hand in my transformation sir, i owe it to you. I am on a 12-14 hour shift everyday to help people do well here and i will try my best to "
>
> One more operation soon and I'll have the open internal wounds healed and we can start eating and drinking again. Thanks for being in my life Tony. It means everything.
> Love Steve

Received on Nov 19, 2016 7:55:16 AM

Coach, Later today you will get a fed ex from me that will require you to begin the disability claims process (short term and then if necessary long term). We've held off on this but now procedurally we are where we are. This will allow you to focus all energies on getting better and not be burdened by First Data work. We will announce Robin as the interim leader on Monday so your team will have support. We are all praying for your recovery and I personally look forward to our time on the links for years to come. Shoot me a note if you have any questions after you get the fed ex.

Sent on Nov 19, 2016 8:00:27 AM

> You are removing me from my job. I'm fired?

Received on Nov 19, 2016 8:04:48 AM

No not fired like any employee required to move to short term disability until your Dr. releases you medically to return to work. When you return your salary restored and you will be given a comparable job. We've held off on this as long as we could.

Sent on Nov 19, 2016 8:10:08 AM

> What will this do to my salary and bonus?

Received on Nov 19, 2016 8:14:41 AM

No impact on bonus. Salary will be reduced once your paper work is submitted.

Sent on Nov 19, 2016 8:17:45 AM

> Reduce to what

Received on Nov 19, 2016 8:34:21 AM

Doubling checking with Stephanie be back to you just as soon as she verifies.

Received on Nov 19, 2016 9:19:45 AM

STD --- 66and2/3rds of Base Salary, No Cap, up to 6months
LTD --- 50 percent of Base Salary with a cap of $10,000 a month.
If you purchased Voluntary LTD, 60 percent of Base Salary with a cap of $15,000 per month.

Received on Nov 19, 2016 9:30:47 AM

Correction Steve, STD runs for 3mos after you've enrolled not 6mos.

Sent on Nov 19, 2016 4:26:36 PM

> So does this mean I can't go to work and have meetings.

Received on Nov 19, 2016 4:31:37 PM

Yes this means you need to shut down for a little while...you will fully concentrate on getting strong and be back soon.

Messages with (917) 780-5442 (+19177805442)

Sent on Nov 21, 2016 1:51:46 PM

> Tony
> Rhonda just took care of everything for my STD. I appreciate her gentle loving care. I need to discuss my options with you and Joe. They need to be transferred into my wife's name and make certain they are all issued. All my other accounts will be in her name also. I need your help getting my finances together. Dr .Harrison at Moffitt was very concerned about the lymph node cancer being inoperable. Don't know length of time but need your help for my family security. Please don't broadcast this.



Received on Nov 21, 2016 2:33:12 PM


I will pull everything together ASAP.

Received on Nov 22, 2016 4:58:24 PM


Coach, good news we are going to pay your bonus now! It is the same as last year (which is good considering the pool is down 5%). This year it will be paid for you in all cash. Look for a deposit on 12/15 of $174,000. (Less applicable taxes and deductions)

Sent on Nov 24, 2016 1:15:32 PM

> Thanks for your your concern and help. I appreciate your friendship. Can't do this without you.



Received on Nov 24, 2016 4:18:50 PM


Happy Thanksgiving Steve...I look forward to seeing you soon.

Sent on Dec 9, 2016 3:07:22 PM

> Tony
> Just left the doctor. After 90 days all cancer is gone over entire body. Throat is almost healed. Don't need a second operation. Could possibly start eating regular food in 10 days. Started with my speech therapist today.
> I am a lucky man. All of your prayers and kind thoughts have pulled me through. I will be eternally grateful. Hope to see you soon. Thanks for making this journey much easier.
> Love
> Steve



Received on Dec 9, 2016 3:22:09 PM


Steve it's been a long week and this is just the news to learn about on a Friday! I am so happy to hear that you've gotten the most important step clarified for you and have a plan to take in a few stages. Lean on me as much as you need. You are the older brother I never had and a person I admire greatly. Be in touch soon!!

Sent on Dec 9, 2016 3:23:24 PM

> Thanks my friend. Your help has made this work.



Sent on Dec 21, 2016 1:30:59 PM

> Hole in my throat is closed. Can swallow clear liquids for 4 days. Puréed food after that for 10 days. Then maybe all soft food after 14 days. Merry Christmas. Enjoy your family. See you in late January.



Sent on Dec 24, 2016 10:53:01 AM

> Have a wonderful Christmas.



Received on Dec 24, 2016 10:55:16 AM


Same to you my friend! Merry Christmas!

Received on Jan 9, 2017 6:59:33 PM


Let's speak in the morning. I am excited to hear that you are doing so well! I've been flat out last two weeks with major downsizing and comp. Look forward to catching up!!

Sent on Jan 16, 2017 4:41:34 AM

> Please send my original employment agreement and my current status of vested stock at Merrill Lynch. Also what is the status of my stock bonus payment from 2015? When does it vest?

**Messages with (917) 780-5442 (+19177805442)**

Sent on Jan 16, 2017 4:53:26 AM

You have a leak in HR. Others new about this before I did. I received texts and calls in the last 2 week from three Directors, two VPs and from two SVPs wanting to know if I had resigned.
Seems I am the last to know. 

Received on Jan 16, 2017 4:50:22 PM

 Both your Equity statement and your offer letter have been sent to your home email address.