# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN B. BARGER, an individual<br><br>Plaintiff<br><br>v.<br><br>FIRST DATA CORPORATION et al.<br><br>Defendants. | Case No. 1:17-cv-4869-FB-LB<br><br>NOTICE OF APPEAL |

## NOTICE OF APPEAL

Notice is hereby given that Steven B. Barger, Plaintiff, in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment [ECF No. 133] entered in this action on September 26, 2019. A motion pursuant to Rule 59 seeking a new trial was filed by Plaintiff in this case on October 22, 2019 [ECF No. 138] and remains undecided.

DATED:	October 27, 2019

                                                Respectfully Submitted,

                                                THE LAW OFFICE OF SHAWN SHEARER, P.C.

                                                _____/s/ Shawn Shearer_____
                                                SHAWN SHEARER
                                                The Law Office of Shawn Shearer, P.C.
                                                3839 McKinney Avenue, Suite 155-254
                                                Dallas, Texas 75204
                                                Telephone (972) 803-4499
                                                *shawn@shearerlaw.pro*
                                                Attorneys for Plaintiff
                                                Steven B. Barger