


FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ OCT 31 2019 ★

BROOKLYN OFFICE

&%RPDUPLICATE

Court Name: Eastern District of New York
Division: 1
Receipt Number: 4653145043
Cashier ID: vjones
Transaction Date: 10/31/2019
Payer Name: Steven B. Barger
----------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: Steven B. Barger
 Case/Party: D-NYE-1-17-CV-004869-001
 Amount:         $505.00
----------------------------------------
PAPER CHECK CONVERSION
 Amt Tendered:  $505.00
----------------------------------------
Total Due:      $505.00
Total Tendered: $505.00
Change Amt:     $0.00