# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN B. BARGER, an individual<br><br>Plaintiff<br><br>v.<br><br>FIRST DATA CORPORATION et al.<br><br>Defendants. | Case No. 1:17-cv-4869-FB-LB<br><br>AMENDED NOTICE OF APPEAL |

## AMENDED NOTICE OF APPEAL

**[This Notice Amends ECF. No. 139]**

Notice is hereby given that Steven B. Barger, Plaintiff, in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from (i) the Judgment [ECF No. 133] entered in this action on September 26, 2019 and (ii) the Order denying Plaintiff's motion for a new trial pursuant to Fed. R. Civ. P. 59 [ECF No. 144] entered on September 16, 2020. This Notice amends the Notice of Appeal [ECF No. 139] filed on October 27, 2019 to add the Order entered September 16, 2020 to the appeal.

DATED:       September 25, 2020

> Respectfully Submitted,
>
> THE LAW OFFICE OF SHAWN SHEARER, P.C.
>
>      /s/ Shawn Shearer
> SHAWN SHEARER
> The Law Office of Shawn Shearer, P.C.
> 3839 McKinney Avenue, Suite 155-254
> Dallas, Texas 75204
> Telephone (972) 803-4499
> *shawn@shearerlaw.pro*
> Attorneys for Plaintiff
> Steven B. Barger