# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

STEVEN B. BARGER,

    Plaintiff,

v.

FIRST DATA CORPORATION,

    Defendant.

**NOTICE OF TAXATION OF COSTS**

Civil Case No. 1:17-cv-04869-FB-LB

**PLEASE TAKE NOTICE** pursuant to Rule 54 of the Federal Rules of Civil Procedure, Local Civil Rule 54.1, and 28 U.S.C. § 1920, Defendant hereby submits its Bill of Costs, Memorandum in support thereof, and Affidavit of Gary B. Eidelman with Exhibits seeking an order granting fees and costs sought by Defendant and granting such other and further relief as this Court deems just and proper.

Respectfully submitted,

**SAUL EWING ARNSTEIN & LEHR LLP**

*/s/ Gary B. Eidelman*
Gary B. Eidelman (admitted *pro hac vice*)
500 E Pratt Street, Suite 900
Baltimore, Maryland 21202
T: (410) 332-8975
gary.eidelman@saul.com

**NEW YORK OFFICE**
1270 Avenue of the Americas, Suite 2005
New York, New York  10020

**BOND, SCHOENECK & KING PLLC**
Louis P. DiLorenzo
600 Third Avenue 22nd floor
New York, New York 10016-1915
T: (646) 253-2315
ldilorenzo@bsk.com
Attorneys for Defendant,
First Data Corporation

Dated: August 13, 2021

## CERTIFICATION OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on the following counsel via ECF:

David A. Zeitlin, Esq.
Zeitlin & Zeitlin, P.C.
50 Court Street, Suite 506
Brooklyn, New York 11201
T: (718) 522-5644
david@zeitlinlawfirm.com
*Attorneys for Plaintiff*

Shawn E. Shearer, Esq.
The Law Office of Shawn Shearer, P.C.
3839 McKinney Avenue, Suite 155-254
Dallas, Texas 75204
T: (214) 434-1594
shawn@shearerlaw.pro
*Attorneys for Plaintiff*

/s/ *Gary B. Eidelman*
Gary B. Eidelman

Dated:  August 13, 2021