# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of August, two thousand twenty-one.

Steven B. Barger,

    Plaintiff - Appellant,

v.

First Data Corporation,

    Defendant – Appellee.

**STATEMENT OF COSTS**

Docket No. 19-3538

IT IS HEREBY ORDERED that costs are taxed in the amount of $720.40 in favor of the Defendant-Appellee.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 08/30/2021